**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., ET AL., *Plaintiffs*, v. DONALD J. TRUMP, ET AL., *Defendants*. | Civil Case No. _________ **DECLARATION OF JULIA MARSH** |

## DECLARATION OF JULIA MARSH

I, Julia Marsh, hereby declare as follows:

1. I am Executive Editor, Washington of POLITICO LLC (POLITICO). I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge and on information available to me in my role at POLITICO. I make this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath.

2. POLITICO is a Delaware limited liability company with its principal place of business in Arlington, Virginia. POLITICO publishes news at politico.com and in newsletters, including Playbook and West Wing Playbook, a daily newsletter devoted to coverage of the White House, and provides policy news and analysis to subscribers through POLITICO Pro. POLITICO has covered the White House from inside the White House complex since its launch in 2007.

3. POLITICO has approximately 16 journalists assigned to cover the White House. As of September 18, 2026, 16 POLITICO journalists held White House press credentials known as "hard passes," which allow a journalist to enter the White House complex on a regular basis. To my knowledge, before September 19, 2026, no POLITICO journalist had ever had a hard pass

denied, suspended, or revoked. POLITICO is also a member of the White House print press pool rotation, and is next scheduled to serve as the print pooler on October 14, 2026

4. On September 18, 2026, the President announced on Truth Social that he was "banning" POLITICO, along with CNN and MS NOW, from the White House "effective immediately." POLITICO received no notice of the ban from the White House before or after that announcement. No one at the White House has told POLITICO the scope or duration of the ban or offered POLITICO any process to respond to or contest it. When POLITICO asked the White House about the ban on September 19, 2026, the White House referred POLITICO to the President's remarks of the day before.

5. On the morning of September 19, 2026, POLITICO White House Reporter Cheyenne Haslett went to the White House to do her job. The United States Secret Service denied her entry to the White House complex and confiscated her hard pass. POLITICO understands that the hard passes of all of its White House journalists have been deactivated.

6. As long as the ban remains in place, POLITICO's journalists cannot enter the White House complex, attend press briefings or other events open to credentialed journalists, work from POLITICO's workspace inside the complex, or serve in the press pool. That access, and the reporting that depends on it, cannot be replicated from outside the White House.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _20__ day of September 2026 in Washington, D.C.

Julia Marsh

____________________________
JULIA MARSH