**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. ________________ |

**DECLARATION OF THEODORE J. BOUTROUS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Theodore J. Boutrous, Jr., hereby declare as under penalty of perjury follows:

1. I am over 18 years of age and make this declaration based upon my own personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I represent the Plaintiffs in the above-captioned case. I make this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order.

3. The White House's video of the President's September 18, 2026 Oval Office press conference is available at https://www.whitehouse.gov/videos/president-trump-makes-an-announcement-on-healthcare-sep-18-2026/.

4. A transcript of the President's September 18, 2026 Oval Office press conference is available at https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-healthcare-drug-prices-oval-office-september-18-2026/.

5. The President's Truth Social post announcing the ban, dated September 18, 2026 at 3:04 p.m., is available at https://truthsocial.com/@realDonaldTrump/posts/117293599348325006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of September 2026 in Washington, D.C.

Theodore J. Boutrous, Jr.