**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. ____________ |

**CERTIFICATE OF COUNSEL REGARDING ACTUAL NOTICE**

Plaintiffs Cable News Network, Inc., MS NOW Cable, LLC, POLITICO LLC, Akayla Gardner, Cheyenne Haslett, and Betsy Klein are filing a Motion for a Temporary Restraining Order with this Court. Pursuant to Local Civil Rule 65.1(a), undersigned counsel for Plaintiffs certifies that, on September 21, 2026 at 6 a.m., Defendants Donald J. Trump, Steven Cheung, Sean M. Curran, and Susan Wiles, each of whom is sued in his or her official capacity, were provided actual notice of the time of making the application and that Plaintiffs would be filing said motion via email to:

- Peter C. Pfaffenroth, Chief, Civil Division, United States Attorney's Office for the District of Columbia, at peter.pfaffenroth@usdoj.gov;
- Alex Haas, Director, Federal Programs Branch, Civil Division, United States Department of Justice, at alex.haas@usdoj.gov; and
- Diane Kelleher, Director, Federal Programs Branch, Civil Division, United States Department of Justice, at diane.kelleher@usdoj.gov.

Attached to the aforementioned email sent to counsel for Defendants were copies of all pleadings and papers filed in this action to date or to be presented to the Court at the hearing,

including (1) the Complaint for Declaratory and Injunctive Relief; (2) the Civil Cover Sheet; (3) the proposed Summonses; (4) Plaintiffs' Corporate Disclosure Statements pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1; (5) Plaintiffs' Motion for a Temporary Restraining Order; (6) the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for a Temporary Restraining Order; (7) the Declaration of Julia Marsh; (8) the Declaration of Sudeep Reddy; (9) the Declaration of David Vigilante; (10) the Declaration of Akayla Gardner; (11) the Declaration of Betsy Klein; (12) the Declaration of Cheyenne Haslett; (13) the Declaration of Theodore J. Boutrous, Jr., together with the exhibits thereto; (14) the [Proposed] Order Granting Plaintiffs' Motion for a Temporary Restraining Order; (15) the Notices of Appearance of counsel for Plaintiffs; and (16) this Certificate of Counsel.

September 21, 2026

Respectfully submitted,

Katie Townsend (D.C. Bar No. 1026115)
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
KTownsend@gibsondunn.com
TBoutrous@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiffs*

**Pro Hac Vice Application Forthcoming*