**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. ________________ |

**CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1, I, the undersigned, counsel of record for Plaintiff Cable News Network, Inc. (CNN) certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies that own 10% or more of the stock of CNN, which have any outstanding securities in the hands of the public.

CNN is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc., a publicly held corporation whose stock is traded on the Nasdaq Stock Market LLC under the symbol "WBD". Warner Bros. Discovery, Inc. has no parent company, and no publicly held company owns 10% or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 21, 2026

Respectfully submitted,

Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiff*

**Pro Hac Vice Application Forthcoming*