**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. ________________ |

**CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1, I, the undersigned, counsel of record for Plaintiff MS NOW Cable, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies that own 10% or more of the stock of MS NOW Cable, LLC, which have any outstanding securities in the hands of the public.

MS NOW Cable, LLC is a wholly owned indirect subsidiary of Versant Media Group, Inc., a publicly held corporation whose stock is traded on the Nasdaq Stock Market LLC under the symbol "VSNT". BlackRock, Inc., a publicly held corporation whose stock is traded on the New York Stock Exchange under the symbol "BLK" owns 10% or more of the stock of Versant Media Group, Inc. To the best of MS NOW Cable, LLC's knowledge, Versant Media Group, Inc. has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 21, 2026

Respectfully submitted,

Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiff*

**Pro Hac Vice Application Forthcoming*