**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs*, v. DONALD J. TRUMP, ET AL. , *Defendants*. | Civil Action No. 1:26-cv-________ **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Katie Townsend of Gibson, Dunn & Crutcher LLP as counsel of record for Plaintiffs Cable News Network, Inc., MS NOW Cable, LLC, POLITICO LLC, Akayla Gardner, Cheyenne Haslett, and Betsy Klein in the above-captioned action. Katie Townsend is a member in good standing of the Bar of this Court (D.D.C. Bar No. 1026115), and requests that all pleadings, orders, notices, and other papers in this action be served upon her at the address, telephone number, and electronic mail address set forth below.

Dated: September 21, 2026

Respectfully submitted,

Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
KTownsend@gibsondunn.com

*Counsel for Plaintiffs*