**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs*, v. DONALD J. TRUMP, ET AL., *Defendants*. | Civil Action No. 1:26-cv-________ **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Connor S. Sullivan of Gibson, Dunn & Crutcher LLP as counsel of record for Plaintiffs Cable News Network, Inc., MS NOW Cable, LLC, POLITICO LLC, Akayla Gardner, Cheyenne Haslett, and Betsy Klein in the above-captioned action. Connor S. Sullivan is a member in good standing of the Bar of this Court (D.D.C. Bar No. D00506), and requests that all pleadings, orders, notices, and other papers in this action be served upon him at the address, telephone number, and electronic mail address set forth below.

Dated: September 21, 2026

Respectfully submitted,

Connor S. Sullivan (D.D.C. Bar No. D00506)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Because no counsel has yet entered an appearance for Defendants, I further certify that a copy of the foregoing was transmitted by electronic mail to the Civil Division of the United States Attorney's Office for the District of Columbia and to the Federal Programs Branch of the Civil Division of the United States Department of Justice, at the addresses identified in Plaintiffs' Certificate Pursuant to Local Civil Rule 65.1(a), and will be served on Defendants together with the Summons and Complaint in accordance with Federal Rule of Civil Procedure 4(i).

*/s/ Connor S. Sullivan*
Connor S. Sullivan