**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. |

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

This matter is before the Court on the Emergency Motion for Temporary Restraining Order filed by Plaintiffs Cable News Network, Inc. (CNN), MS NOW Cable, LLC (MS NOW), POLITICO LLC (POLITICO), Betsy Klein, Akayla Gardner, and Cheyenne Haslett. Upon consideration of the Motion and supporting materials, it is hereby:

ORDERED that the Motion is GRANTED;

ORDERED that Defendants, save the President, and all those acting in concert with them are ENJOINED from taking any further action to enforce or implement the President's September 18, 2026 directive banning CNN, MS NOW, and POLITICO, including Ms. Klein, Ms. Gardner, Ms. Haslett, and their other journalists, from the White House grounds;

ORDERED that Defendants, save the President, shall immediately restore the access that Plaintiffs and their reporters had to the White House prior to September 18, 2026, including by returning and reactivating Plaintiffs' hard passes, issuing directives to their subordinates to ensure all access that previously existed is restored, and taking all other actions necessary to effectuate

this order;

ORDERED that Defendants must, in good faith, take such other steps as are necessary to prevent the enforcement or implementation of the September 18, 2026 ban;

ORDERED that Defendants must file a status report within 24 hours of the issuance of this Temporary Restraining Order certifying their compliance with this Temporary Restraining Order and describing the steps taken to comply with it; and

ORDERED that this Temporary Restraining Order shall remain in effect until further order of this Court.

SO ORDERED.

Dated: ____________, 2026

________________________

United States District Judge