**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CABLE NEWS NETWORK, INC., et al.,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants*.

Civil Action No. 1:26-cv-3287

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned attorney in the above-captioned case as counsel for the Defendants.

Dated: September 21, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

/S/*Michael K. Velchik*

MICHAEL K. VELCHIK
Senior Counsel
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on September 21, 2026.

/s/Michael K. Velchik
MICHAEL K. VELCHIK