**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, ET AL.,<br>*Defendants*. | Civil Action No. 1:26-cv-03287-TJK |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court of an opinion of the D.C. Circuit published today, September 22, 2026, that may bear on the proper resolution of Plaintiffs' Motion for Temporary Restraining Order—in particular, pages 23–26 of Plaintiffs' Memorandum of Law, ECF No. 2-1, arguing that the ban unconstitutionally restricts access to a nonpublic forum. A copy of the opinion is attached.

Dated: September 22, 2026

Respectfully submitted,

/s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiffs*

**Pro Hac Vice Application Forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, causing it to be served on all counsel of record.

/s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.