**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. 1:26-cv-03287-TJK |

**SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Theodore J. Boutrous, Jr., hereby declare as under penalty of perjury follows:

1. I am over 18 years of age and make this declaration based upon my own personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I represent the Plaintiffs in the above-captioned case. I make this supplemental declaration in support of Plaintiffs' Motion for a Temporary Restraining Order.

3. Attached as **Exhibit A** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 21, 2026 at 7:53 a.m., available at https://truthsocial.com/@realDonaldTrump/posts/117308890736529824.

4. Attached as **Exhibit B** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 21, 2026 at 3:39 p.m., available at https://truthsocial.com/@realDonaldTrump/posts/117310724294153031.

5. Attached as **Exhibit C** is a true and correct copy of a press release from the White House entitled "White House Access is a Privilege — Not a Right," dated September 21, 2026, available at https://www.whitehouse.gov/releases/2026/09/white-house-access-is-a-privilege-not-a-right/.

6. Attached as **Exhibit D** is a true and correct copy of an article by Herb Scribner entitled "'You Shouldn't Be Here': Trump Calls Out CNN's Kaitlin Collins at U.N.," dated September 22, 2026, available at https://www.axios.com/2026/09/22/trump-cnn-white-house-un-speech.

7. A video published by the New York Post capturing the exchange between President Donald J. Trump and Kaitlin Collins at the U.N., dated September 22, 2026, is available at https://www.youtube.com/watch?v=Cwa3y4zGFeU.

8. Plaintiffs' Memorandum in Support of the Motion for Temporary Restraining Order, ECF No. 2-1, contains a scrivener's error. Specifically, page 8 of that memorandum states that "CNN has been part of the White House television pool for **25** years"; it should state that "CNN has been part of the White House television pool for **45** years." The Declaration of David Vigilante in Support of the Motion for Temporary Restraining Order, ECF No. 2-5, contains the same scrivener's error at ¶ 6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September 2026.

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, causing it to be served on all counsel of record.

/s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.