# EXHIBIT C

PRESIDENT TRUMP PARTICIPATES IN A BILATERAL MEETING WITH THE PRESIDENT OF UKRAINE ( WATCH NOW ) PRE
APP • REAL-TIME NEWS • LIVE UPDATES • A DIRECT LINE TO THE ADMINISTRATION → DOWNLOAD THE OFFICIAL WHITE HOUSE APP • REAL-TIME NEWS



# White House Access Is a Privilege — Not a Right

The White House

September 21, 2026

**Last week, President Donald J. Trump removed CNN, MS NOW, and Politico from the White House grounds after years of false reporting.** The First Amendment protects their right to publish; it does not entitle them to a hard pass, briefing room seat, or place in the press pool. Access changes are nothing new. What is new, however, is the sudden claim that it becomes sacred only when the outlets are friendly to the Radical Left. The rule was never “every outlet gets in.” It was always “our side stays in.”

For years, Democrat Administrations have restricted, punished, and locked out the press.

**2009:** The Obama White House branded Fox News as the “research arm” and “communications arm” of the Republican Party, barred it from a round of exclusive Sunday show interviews, instructed agencies to “skip” including it in pooled coverage, derided it as “really not news,” and undertook an all-out effort to isolate the organization. Barack Hussein Obama now calls a Fox ban “unimaginable,” but his White House tried it — and his spokesman admitted they were willing to do it.


FOX NEWS channel

Obama Team Continues Effort to Isolate Fox News

**2010:** The Obama Justice Department labeled Fox News correspondent James Rosen a possible “co-conspirator” in a criminal leak case, secretly monitored his emails and phone calls, and tracked

his movements — an “unprecedented” level of surveillance and intimidation of a journalist over his reporting.

**2011:** Obama White House officials restricted the *Boston Herald* from coverage — writing that pool slots depended on covering Obama “fairly” — after the paper ran a front page Mitt Romney op-ed.

MEDIAITE

**White House Refuses Access To *Boston Herald*, Calls Out Mitt Romney’s Front Page Op-Ed**

**2011:** After a *San Francisco Chronicle* reporter recorded protesters interrupting an Obama fundraiser, White House officials threatened to strip the outlet from access and warned of retaliation if the paper reported on it.

**2012:** The Obama Justice Department secretly seized two months of telephone records covering more than 20 Associated Press lines used by more than a dozen journalists — targeting them over their reporting.

**2023:** The Biden White House blocked *New York Post* reporter Steven Nelson from covering the President’s only daytime public event — despite empty seats in the room — after the reporter pressed Biden on his family’s shady business dealings.

NEW YORK POST

**White House bans The Post from Biden event as Hunter indictment looms**

**2023:** The Biden Administration restricted more than 440 reporters from White House access through a new, retroactive press credentialing process — with independent and conservative journalists taking a heavy share of the hit. The White House Correspondents’ Association barely objected.


FOX NEWS channel

**FLASHBACK: Biden also changed White House press pool, cutting off more than 440 reporters' credentials**

**2008:** In the Obama campaign's final days, senior campaign officials pulled reporters from three prominent outlets off the traveling press plane — restricting them from coverage after the papers endorsed Obama's opponent.

**2021:** The same media now suing once urged a ban on Fox News. CNN's Brian Stelter repeatedly floated removing Fox News from the White House press tool as a "political tool," and later even suggested Fox News be dropped from cable altogether.

---




During the first 100 days of President Trump's second term, the Media Research Center found that 92% of coverage by mainstream outlets was negative compared to nearly 60% positive coverage during the same period under Biden. That's more like a political operation with cameras than a free press holding power to account.

**No President is required to host a hostile operation on the grounds.** Access has always been a privilege — and President Trump is applying that rule.

Related

ABC "News" Is Fake News

Releases | November 19, 2025

NEVER SURRENDER: Karoline Leavitt's Historic Tenure as White House Press Secretary

Releases | August 27, 2026

President Trump Finally Ends the Madness of NPR, PBS

Releases | May 2, 2025

White House Ballroom Continues Proud Presidential Legacy

Releases | October 21, 2025

The NPR, PBS Grift Has Ripped Us Off for Too Long

Releases | April 14, 2025

1 2 3 ... 25 NEXT PAGE



WH WIRE

GET THE FACTS →

ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email SIGN UP

Click here or text 45470 to receive updates

DOWNLOAD THE WHITE HOUSE APP:

Available On The App Store Get It On Google Play

GET UPDATES STRAIGHT TO YOUR DESKTOP

AVAILABLE ON

Download Browser Extension Enable Desktop Notifications

THE WHITE HOUSE