AXIOS




A message from Uber

Uber's Share My Trip feature lets loved ones
your ride. Safety at every turn.

2 hours ago - Politics & Policy

# "You shouldn't be here": Trump calls out CNN's Kaitlan Collins at U.N.



Herb Scribner

Add Axios on Google

Add Axios as your preferred source to see more of our stories on Google.

Asked about a poll showing broad pessimism about the Iran war, President Trump told CNN's Kaitlan Collins, "You shouldn't be here," Tuesday morning at the United Nations General Assembly.

**Why it matters:** The exchange brought Trump's fight with major news organizations to an event outside White House grounds as the dispute heads to federal court.

**What they're saying:** Ahead of his speech at the UN Tuesday morning, Trump fielded questions, including one from Collins about findings showing that two-thirds of Americans think the U.S. is losing the Iran war.

- Trump replied: "I'm surprised that CNN is here covering me. You shouldn't be here. You should not be here covering me. You said you weren't going to cover me. You shouldn't be covering me."
- Collins told Trump that CNN was credentialed by the UN to cover Tuesday's event.

**Catch up quick:** Trump said Friday he was banning CNN, MS NOW and Politico from the White House, and reporters from the three outlets were denied access beginning Saturday.

- The move prompted backlash from those outlets and a broader coalition of major news organizations.
- The White House TV pool suspended coverage of presidential events requiring pool coverage, a rare coordinated response among rival networks.



A message from Uber

Uber's Share My Trip feature lets loved ones follow your ride. Safety at

Learn more ⟶

**Between the lines:** Trump's White House press ban doesn't apply to events at UN headquarters, where reporters are credentialed by the UN.

**The latest:** CNN, MS NOW, and Politico filed a First Amendment lawsuit Monday alleging the White House retaliated against them

by denying press access.

- Trump administration officials argue that the White House has the authority to restrict reporters' access to certain spaces, while legal experts contend that precedent supports the news outlets, Axios' Sara Fischer writes.

**Go deeper:** "National security" becomes Trump's executive sledgehammer

Add Axios on Google