September 22, 2026

Dear CNN,

This letter is to provide notice that the President has made the determination to revoke hard passes for members of your organization. No President has been as transparent to the public or as accessible to the press as President Trump. Nevertheless, your organization has exhibited behavior in violation of the standards of professionalism and decorum expected of those given access to the White House Complex, including by trafficking in verifiable falsehoods about national security and other issues, and publishing sensitive or classified information.

Since the beginning of this administration, CNN personnel have had the opportunity to enter the White House Complex at any time with hard pass credentials that are provided only to a select few. Hard pass credentials are reserved for those who abide by standards of professional conduct, demonstrate a level of trustworthiness commensurate with the privilege of unfettered access to the White House Complex, and perform their duties in a way that does not interfere with the White House's daily operations. CNN has failed to uphold these expectations in the following non-exhaustive list of reporting incidents, including those that have threatened national security and/or spread falsehoods:

- In January 2026, CNN disclosed "top-secret" construction details related to the East Wing bunker, which is designed to protect the President in times of crisis or national security emergency.[1]
- In July 2026, CNN reported that the Trump Administration was "struggling to reconcile exactly where things stand" on munitions counts.[2]
- In August 2026, CNN reported that "multiple sources" claimed the US military had exhausted nearly 80% of its interceptors.[3]
- In September 2026, CNN falsely reported an Iranian school was struck because of "outdated intelligence, when the United States attacked a neighboring Islamic Revolutionary Guard Corps naval base."[4]

Publication of sensitive security information, and misinformation about national security information, diverts White House resources and those of the national security team in particular, which must evaluate whether the leaked information is classified, the source of any leak, and the security implications of any such disclosure. The spread of misinformation, especially relating to

---

[1] Betsy Klein, *Inside Plans to rebuild the 'top-secret' bunker beneath the White House East Wing*, CNN (Jan. 19, 2026) https://www.cnn.com/2026/01/19/politics/east-wing-secret-bunker-construction-details.

[2] Aaron Blake, *The Trump Team's Muddled Messaging on a Munitions Shortfall*, CNN (July 27, 2026), https://www.cnn.com/2026/07/27/politics/trump-administration-munitions-stockpile.

[3] Zachary Cohen, Jim Sciutto, & Haley Britzky, *Nearly 80% of Interceptors for a Key Missile Defense System Depleted, Sources Say*, CNN (Aug. 4, 2026), https://www.cnn.com/2026/08/04/politics/us-iran-key-missile-interceptors-low.

[4] Jessie Yeung, *Deadly US Strike on Iran School May Have Been a War Crime, UN Report Finds*, CNN (Sep. 18, 2026), https://www.cnn.com/2026/09/18/middleeast/us-strike-iran-school-war-crime-un-intl-hnk.

national security, is a threat that undermines the President's ability to safeguard the national security.

Should you wish to contest this initial decision or the factual basis set forth in this letter, please submit a written response to us in writing via email by 5:00 p.m. on Friday, September 25, 2026. Should you not submit a response by that time, this initial decision will be final. You may submit that response by emailing it to press@who.eop.gov. We will consider that response and any other materials you would like to submit.

Thank you,

White House Press Office