September 22, 2026

Dear MS NOW,

This letter is to provide notice that the President has made the determination to revoke hard passes for members of your organization. No President has been as transparent to the public or as accessible to the press as President Trump. Nevertheless, your organization has exhibited behavior in violation of the standards of professionalism and decorum expected of those given access to the White House Complex, including by trafficking in verifiable falsehoods about national security and other issues, and publishing sensitive or classified information.

Since the beginning of this administration, MS NOW personnel have had the opportunity to enter the White House Complex at any time with hard pass credentials that are provided only to a select few. Hard pass credentials are reserved for those who abide by standards of professional conduct, demonstrate a level of trustworthiness commensurate with the privilege of unfettered access to the White House Complex, and perform their duties in a way that does not interfere with the White House's daily operations. MS NOW has failed to uphold these expectations in the following non-exhaustive list of reporting incidents, including those that have threatened national security and/or spread falsehoods:

- In May 2026, MS NOW reported on an alleged leak investigation that the FBI was conducting focusing on a journalist.[1] Such an investigation, if it existed, would be nonpublic sensitive law enforcement information. MS NOW has demonstrated its willingness to publish sensitive information without regard for national security or the safety or security of senior government officials.
- In June 2026, MS NOW claimed a source said that President Trump "underestimated the willingness of Iran to resume conflict."[2]
- In August 2026, MS NOW claimed that the Iran conflict had "significantly depleted" the US military's munitions supply.[3]

Publication of sensitive security information, and misinformation about national security information, diverts White House resources and those of the national security team in particular, which must evaluate whether the leaked information is classified, the source of any leak, and the security implications of any such disclosure. The spread of misinformation, especially relating to national security, is a threat that undermines the President's ability to safeguard the national security.

---

[1] Ken Dilanian and Carol Leonnig, *FBI probing leaks to journalist who wrote explosive article on Kash Patel, sources say*, MS Now (May 6, 2026), https://www.ms.now/news/fbi-investigating-leaks-to-journalist-who-wrote-explosive-article-on-kash-patel-sources.
[2] Jake Traylor, *White House Official: Trump Has Underestimated Iran's Willingness to Resume Conflict*, MS Now (June 11, 2026), https://www.ms.now/liveblog/iran-news-trump-israel-war-june-8-2026#live-blog-1274853.
[3] Steve Benen, *As Questions Intensify over U.S. Weapons Shortfalls, Trump Trips over His Contradictions*, MS Now (Aug. 6, 2026), https://www.ms.now/rachel-maddow-show/maddowblog/trump-hegseth-iran-weapons-munitions-missiles-stockpiles.

Should you wish to contest this initial decision or the factual basis set forth in this letter, please submit a written response to us in writing via email by 5:00 p.m. on Friday, September 25, 2026. Should you not submit a response by that time, this initial decision will be final. You may submit that response by emailing it to press@who.eop.gov. We will consider that response and any other materials you would like to submit.

Thank you,

White House Press Office