September 22, 2026

Dear Politico,

This letter is to provide notice that the President has made the determination to revoke hard passes for members of your organization. No President has been as transparent to the public or as accessible to the press as President Trump. Nevertheless, your organization has exhibited behavior in violation of the standards of professionalism and decorum expected of those given access to the White House Complex, including by trafficking in verifiable falsehoods about national security and other issues, and publishing sensitive or classified information.

Since the beginning of this administration, Politico personnel have had the opportunity to enter the White House Complex at any time with hard pass credentials that are provided only to a select few. Hard pass credentials are reserved for those who abide by standards of professional conduct, demonstrate a level of trustworthiness commensurate with the privilege of unfettered access to the White House Complex, and perform their duties in a way that does not interfere with the White House's daily operations. Politico has failed to uphold these expectations in the following non-exhaustive list of reporting incidents, including those that have threatened national security and/or spread falsehoods:

- In April 2025, Politico published a story claiming Secretary Rubio and Special Envoy Steve Witkoff were considering lifting sanctions on Russia.[1] The Trump administration, however, has strengthened sanctions on Russia.
- In May 2026, Politico published a document detailing funding for the White House ballroom containing intricate descriptions of how the Secret Service would invest in security improvements.[2] Politico thereby expressed a willingness to publish sensitive undisclosed information relating to the security of the White House and the physical security of the President.
- In August 2026, Politico cited "a person familiar with Defense Department planning," reporting that reduced US military presence in the Pacific and Europe "has threatened the Pentagon's influence around the world."[3]
- In August 2026, Politico highlighted a "source" claiming the operations in Iran had exhausted US stockpiles of long-range missiles.[4]

---

[1] Ben Lefebvre, Felicia Schwartz, *White House debates lifting sanctions on Russian energy assets, Nord Stream,* Politico (April 23, 2025), https://www.politico.com/news/2025/04/23/white-house-debating-lifting-sanctions-on-russian-energy-assets-00306486.
[2] Jordan Carney and Katherine Tully-McManus, *Secret Service briefing fails to quiet GOP ballroom funding concerns*. Politico (May 12, 2026), https://www.politico.com/news/2026/05/12/secret-service-briefing-fails-to-quiet-gop-ballroom-funding-concerns-00917317.
[3] Jack Detsch and Paul Mcleary, *How the Iran war has made the US more vulnerable,* Politico (Aug. 28, 2026), https://www.politico.com/news/2026/08/28/iran-war-us-allies-military-influence-01052631.
[4] Finn McHugh, Ryan Heath and Phelim Kine, *Australia wanted more US missiles. The Iran war may make them harder to get*, Politico (Aug. 25, 2026), https://www.politico.com/news/2026/08/25/australia-wanted-more-us-missiles-the-iran-war-may-make-them-harder-to-get-01048703.

- In June 2026, Politico cited a "senior administration official … granted anonymity" said the odds of a preliminary deal to end the conflict with Iran were between 80 and 85 percent.[5]
- In September 2026, Politico Playbook relied on unnamed sources to paint the Republican midterm convention in Dallas as a disaster.[6] Media reporting showed that the convention had over 100 million live stream views.[7]

Publication of sensitive security information, and misinformation about national security information, diverts White House resources and those of the national security team in particular, which must evaluate whether the leaked information is classified, the source of any leak, and the security implications of any such disclosure. The spread of misinformation, especially relating to national security, is a threat that undermines the President's ability to safeguard the national security.

Should you wish to contest this initial decision or the factual basis set forth in this letter, please submit a written response to us in writing via email by 5:00 p.m. on Friday, September 25, 2026. Should you not submit a response by that time, this initial decision will be final. You may submit that response by emailing it to press@who.eop.gov. We will consider that response and any other materials you would like to submit.

Thank you,

White House Press Office

[5] Felicia Schwartz and Cheyenne Haslett, *A deal with Iran is near but not final, senior US official says*, Politico (Jun. 12, 2026), https://www.politico.com/news/2026/06/12/a-deal-with-iran-is-near-but-not-final-senior-us-official-says-00960804.
[6] Adam Wren, Dasha Burns, Will Steakin and Megan Messerly, '*The vibes are very bad' in Texas.* Politico (Sept. 9, 2026), https://www.politico.com/newsletters/playbook/2026/09/09/the-vibes-are-very-bad-in-texas-01068503.
[7]Nick Gilbertson, *First-Ever Midterm RNC Garnered Over 100 Million Live Stream Views* (Sept. 16, 2026), https://www.breitbart.com/politics/2026/09/16/first-ever-midterm-rnc-garnered-over-100-million-live-stream-views/.