AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CABLE NEWS NETWORK, INC., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-03287-TJK |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Reporters Committee for Freedom of the Press, White House Correspondents' Association, and 49 Media Organizations (see attached for complete list of amici) .

Date: 09/23/2026

/s/ Bruce D. Brown
*Attorney's signature*

Bruce D. Brown (DC Bar No. 457317)
*Printed name and bar number*

REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
*Address*

bruce.brown@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*

Print Save As... Reset

**List of Amici Curiae**

Reporters Committee for Freedom of the Press

White House Correspondents' Association

Advance Local Media LLC

American Broadcasting Companies, Inc.

The Associated Press

The Atlantic Monthly Group LLC

Axios

Bloomberg News

Boston Globe Media Partners, LLC

CBS Broadcasting Inc.

The Center for Investigative Reporting

Chicago Public Media, Inc.

Conde Nast

Courthouse News Service

The Daily Beast Company LLC

Dow Jones & Company, Inc.

The E.W. Scripps Company

Financial Times

Forbes Media LLC

Fox News Network, LLC

The Guardian U.S.

Hearst Corporation

HuffPost

The Intercept Media, Inc.

Knight First Amendment Institute at Columbia University

KQED Inc.

LAist

Los Angeles Times Communications LLC

McClatchy Media Company, LLC

MediaNews Group Inc.

Minnesota Public Radio

The National Press Club

National Public Radio, Inc.

NBCUniversal Media, LLC

The New Republic

New York Public Radio

The New York Times Company

News/Media Alliance

Newsday LLC

Open Vallejo

Penguin Random House LLC

Pro Publica, Inc.

Reuters News & Media Inc.

The Seattle Times Company

Slate

USA Today Co., Inc.

Vox Media Group, LLC

WAMU

The Washington Post

WBUR

WNET