**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, THE WHITE HOUSE CORRESPONDENTS' ASSOCIATION, AND 49 MEDIA ORGANIZATIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon this Court's review and full consideration of the Unopposed Motion of the Reporters Committee for Freedom of the Press, White House Correspondents' Association, and 49 Media Organizations for Leave to File Amicus Curie Brief, it is hereby

ORDERED that the Motion is GRANTED, and

ORDERED that the attached brief of the Reporters Committee for Freedom of the Press, White House Correspondents' Association, and 49 Media Organizations as amici curiae is hereby deemed filed in the above-captioned case.

Dated: ______________

______________________________
Hon. Timothy J. Kelly
United States District Judge