**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:26-cv-03287-TJK |

**ERRATA**

Proposed amicus curiae the Reporters Committee for Freedom of the Press files these errata to its Unopposed Motion for Leave to File an Amicus Curiae Brief (ECF No. 18) and Brief of Proposed Amici Curiae (ECF No. 18-1) to advise the Court of these corrections to amici's statements of interest and corporate disclosure statements:

NBCUniversal Media, LLC is one of the world's leading media and entertainment companies. Among other businesses, NBCUniversal Media, LLC owns and operates the NBC television network, the Spanish-language television network Telemundo, NBC News, and a local English and Spanish-language television-stations group. NBC News produces the "Today" show, "NBC Nightly News," "Dateline NBC" and "Meet the Press."

The Seattle Times Company: Blethen Corporation, a privately held Washington corporation, holds 100% of The Seattle Times' Class B stock. William K. Blethen, Jr. holds 21.3% of The Seattle Times' Class A stock. The Alden J. Blethen Exemption Trust holds 12.9% of The Seattle Times' Class A stock. None of the remaining The Seattle Times stockholders own 10% or more of The Seattle Times' stock.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Bruce D. Brown*

Bruce D. Brown (DC Bar No. 457317)
*Counsel of Record*
Lisa Zycherman (DC Bar No. 495277)
Gabriel Rottman (DC Bar No. 992728)
Marietta Catsambas (DC Bar No. 1617526)
Allyson Veile (DC Bar No. 1766038)
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Email: bruce.brown@rcfp.org

*Counsel for Proposed Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I electronically filed the foregoing ERRATA with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Bruce D. Brown*
Bruce D. Brown (DC Bar No. 457317)
*Counsel of Record for Proposed Amici Curiae*