**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Case No. 1:26-cv-03287-TJK<br>SECOND SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR. |

**SECOND SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR.**

I, Theodore J. Boutrous, Jr., hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration based upon my own personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I represent the Plaintiffs in the above-captioned case. I make this second supplemental declaration in support of Plaintiffs' Motion for a Temporary Restraining Order.

3. Attached as **Exhibit A** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 22, 2026 at 11:53 p.m., available at https://truthsocial.com/@realDonaldTrump/posts/117318329260090686.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of September 2026.

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, causing it to be served on all counsel of record.

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.

# EXHIBIT A



**Donald J. Trump**
@realDonaldTrump

All of the SLEAZEBAGS, like Third Rate "Reporter," Kaitlan Collins, of Fake News CNN, a truly unhappy person, said they weren't going to be covering me. Then why were they ranting and raving like Lunatics, in the Press Area, at the United Nations? Why was she there? She's got a "TRUMP" addiction, and so does CNN and MSDNC. They're all sick, treasonous, and demented! The "good news" is that they have a great, for them, and totally disloyal Judge. MAKE AMERICA GREAT AGAIN! President DONALD J. TRUMP

**2.78k** ReTruths **10.8k** Likes Sep 22, 2026, 11:53 PM