**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Case No. 1:26-cv-03287-TJK<br><br>SUPPLEMENTAL DECLARATION OF SUDEEP REDDY |

**SUPPLEMENTAL DECLARATION OF SUDEEP REDDY**

I, Sudeep Reddy, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age, am competent, and make this supplemental declaration based upon my own personal knowledge, my review of MS NOW's business records, and information provided to me in the course of my duties by MS NOW personnel with knowledge of the matters described.

2. I am the Washington Bureau Chief of MS NOW Cable, LLC (MS NOW), a Plaintiff in this action. I make this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath.

3. At approximately 10:41 p.m. Eastern Time on the night of September 22, 2026, Meredith Bennett-Smith, an MS NOW digital editor based in New York, received by email a letter from the White House Press Office. Defendants filed a copy of the White House Press Office letter with their opposition to the Motion as ECF No. 16-2.

4. The White House Press Office letter identifies three MS NOW articles: (1) an article by Ken Dilanian and Carol Leonnig that the White House Press Office described "reported

on an alleged leak investigation that the FBI was conducting focusing on a journalist," published May 6, 2026; (2) an article by Jake Traylor that the White House Press Office described "claimed a source said that President Trump 'underestimated the willingness of Iran to resume conflict,'" published June 11, 2026; (3) an article by Steve Benen that the White House Press Office described "claimed that the Iran conflict had 'significantly depleted' the US military's munitions supply," published August 6, 2026.

5. Only one of the three articles cited in the White House Press Office letter—the June 11, 2026 article by Mr. Traylor—was written by a journalist who held a White House hard pass. MS NOW submitted Mr. Traylor's name for renewal of his hard pass on June 18, 2026, after the June 11, 2026 date of the story cited in the letter, and his hard pass was subsequently renewed.

6. The other two articles cited in the White House Press Office letter were written by three MS NOW journalists, none of whom held a White House hard pass: Mr. Dilanian, Ms. Leonnig, and Mr. Benen. Each of them reports for MS NOW from outside the White House.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of September 2026 in Washington, D.C.

Sudeep Reddy