# Exhibit A

TRUTH.

## Truth Details

399 replies



**Donald J. Trump**
@realDonaldTrump

The story that the White House, or me, want to affix my name to Ford's Theatre, in Washington, D.C., where Abraham Lincoln was assassinated, is a ridiculous lie. It is FAKE NEWS! Who would possibly want a name on such a tragic place? The Dumocrats suffer from serious Trump Derangement Syndrome. They are Degenerates and Losers who make up lie after lie, and this Ford's Theatre Hoax is just another one of their never-ending, malicious falsehoods to try to discredit and demean. Thank you for your attention to this matter. President DONALD J. TRUMP

**955** ReTruths **3.13k** Likes Sep 23, 2026, 8:21 PM