# Exhibit B

News

# Trump aides explore attaching president's name to Ford's Theatre

The playhouse where Abraham Lincoln was assassinated has been mentioned among federal properties that could carry the president's name, people familiar with the effort told MS NOW.

By **Brian Bennett, Laura Barrón-López** and **Jake Traylor**

Sept. 23, 2026, 5:00 AM EDT

---

As President Donald Trump fights to rename the Kennedy Center after himself, administration officials are circulating a list of government sites that could have his name affixed to them in some way, according to people familiar with the effort.

One landmark that has emerged in the discussions among administration officials has raised eyebrows: Ford's Theatre, the playhouse where Abraham Lincoln was assassinated in 1865.

It is unclear how seriously the theater is being considered or how the administration would attach Trump's name to it. One administration official said the idea had been discussed, but they didn't know where it stood. The prospect sparked a flurry of discussion over the past week among people responsible for the historic site.

The discussions underscore how much of a priority honoring the president has become inside parts of the Trump administration — even as the Iran war nears its eighth month, diesel prices hit an all-time high, the midterm elections approach in six weeks and most Americans disapprove of the president's job performance.

White House officials, advisers and allies pitch ideas such as naming buildings after Trump to get on the president's good side, a former administration official told MS NOW, granted anonymity to discuss internal matters. The president's view, the

official said: "Why would I say no? Everybody's trying to please me."

"They know flattery gets them everything," the former official said, adding that people wait to hear "How can I help you?" in return.

One person with knowledge of the broader renaming effort who requested anonymity to address a sensitive topic said officials were looking for buildings and other sites that could carry the president's name while presenting an easier legal path than the Kennedy Center push.

Ford's Theatre and the Petersen House, where Lincoln later died, are owned by the Interior Department and maintained by the National Park Service as the Ford's Theatre National Historic Site. The Interior Department manages roughly a fifth of the nation's land, including the 433 units of the National Park System, more than 570 national wildlife refuges and hundreds of dams and reservoirs across the West.

Since returning to office, Trump has imprinted himself on Washington, D.C. In addition to the Kennedy Center, his appointees have renamed the U.S. Institute of Peace for him; put his likeness on U.S. passports, an NPS pass and a 24-karat gold $1 coin; hung large banners adorned with his face outside the departments of Justice, Labor and Agriculture; moved ahead with plans for a 250-foot "triumphal" arch near Arlington National Cemetery; discussed opening a promenade at the Lincoln Memorial; demolished the East Wing of the White House to make way for a new ballroom built to his specifications; and paved over the White House's Rose Garden for a Mar-a-Lago-style patio.

The president and top administration officials have also reportedly discussed putting his name on Penn Station in New York, Dulles International Airport in Virginia and the new Washington Commanders stadium. Trump has denied pursuing the renaming of Penn Station. Some Republican lawmakers have gone so far as introducing legislation to rename Dulles for Trump. And then-White House press secretary Karoline Leavitt said in November that it would be "beautiful" for the Commanders' stadium to bear Trump's name.

Ford's Theatre might be a bit different.

**More articles**

Hold Congress responsible in November for the USS Abraham Lincoln conditions

MS NOW



Pentagon accuses media of 'false narrative' over troubled USS Lincoln

Clarissa-Jan Lim



The scene of one of the great tragedies and turning points of American history, it is a working theater, a museum and a living memorial to Lincoln.

"What a place," Trump said in a June 2019 gala speech at Ford's Theatre before turning his attention to the box where the nation's 16th president was shot. "You look right there, and that says it all. That's history at its highest."

The site's name is set by a federal statute signed by former President Richard Nixon, which means a formal renaming would almost certainly require an act of Congress. That constraint did not stop the administration from putting Trump's name on the Institute of Peace or the Kennedy Center. Both drew immediate litigation.

In response to a request for comment, the White House denied MS NOW's reporting. "This story is completely false," White House spokesman Davis Ingle said. A spokesperson for the Interior Department added, via email: "This is not true."

The director of the Ford's Theatre Society and the chair of its board did not reply to a request for comment.

Sen. Bernie Sanders, I-Vt., introduced legislation in January that would bar the naming of federal buildings or land after a sitting president, retroactive to the Kennedy Center and the Institute of Peace. It has not advanced.

The theater is currently staging "Come From Away," a musical about the Canadian town that took in thousands of passengers whose U.S.-bound flights were grounded after the Sept. 11, 2001, terrorist attacks. The production is part of the theater's commemoration of the 25th anniversary of the 9/11 attacks — an effort for which former President George W. Bush and Laura Bush lent their names as honorary chairs.

*Felicia Schwartz, Madeleine Bimonte and Nora McKee contributed reporting.*



**Brian Bennett**

Brian Bennett is national security director at MS NOW.



**Laura Barrón-López**

Laura Barrón-López is a White House reporter for MS NOW.



**Jake Traylor**

Jake Traylor is a White House reporter for MS NOW.

Become a Member to join the discussion

## Comments

**All Comments** 43 Newest

KS **Karen S** **Member** 9 min ago

When Akhenaten died in Egypt, the people disliked him so much that his "monuments were dismantled and hidden, his statues were destroyed, and his name excluded from lists of rulers compiled by later pharaohs." - Wikipedia

I see foreshadowing...

**Edited**

**Join the Conversation ›**

## White House



Trump's former defense secretary tells White House not to 'roll out the red carpet' for Xi

Allison Detzel

New reporting sheds light on unsettling reason Trump's first ballroom architect quit

Steve Benen

John Heilemann maps out Trump's possible exits, including one 'ugly' scenario

Allison Detzel

## Congress



Alabama's Tuberville worries aloud about airline personnel joining 'the furry community'

Steve Benen

Wednesday's Campaign Round-Up, 9.23.26: Republicans spend exorbitantly to save Paxton

Steve Benen

The GOP is setting a debt trap for Democrats ahead of a midterms loss

Hayes Brown

## Supreme Court




There is a huge problem with Montana's new ballot initiative. It's called the First Amendment.

hosts and experts, delivered biweekly

Jessica Levinson



### The Rachel Maddow Show

What's next in Trump's bid to revive his 'big lie' defamation case against CNN

Jordan Rubin

The best of Rachel, including video highlights and the latest from The MaddowBlog, delivered daily

What Trump lauding Thomas and Alito as 'legends' means for the Supreme Court's future

Jordan Rubin



### The Blueprint with Jen Psaki

Jen Psaki chronicles the players, issues and movements shaping the future of the Democratic Party, delivered weekly

# Meet the Team

Everything MS NOW, all together. Discover the shows everyone's talking about.

← →

Explore Explore Explore Explore

SPONSORED / BTCC
Earn your first $100k in trading.
Sign Up

SPONSORED / BTCC
Best Ways To Make $1000 Fast (Every Day Online)
Sign Up

SPONSORED / TODAY 55+: NEURO HEALTH
Misplacing Things Lately? Experts Say: Notice If You Often Say These 3 Phrases

SPONSORED / XTND
Top AI Stocks in 2026
Learn More

SPONSORED / MEMORY HEALTH JOURNAL
MDs Say Mental Decline Begins When Seniors Can't Pronounce These 3 Phrases. Can You?

SPONSORED / TODAY 55+: NEURO HEALTH
Blanking More Often? Older Adults Are Rethinking This One Choice

SPONSORED / BRAIN RESEARCH: TRY THIS TONIGHT
Sharp Seniors Rethink This 1 Boxed Cereal — Foggy Ones Often Have It

SPONSORED / BLAVITY.COM
Derek Chauvin: Unconfirmed Reports Of A Pardon Have Minnesota Officials Preparing

SPONSORED / XTND
Trend drone stocks in 2026
Learn More

SPONSORED / BRAIN RESEARCH: TRY THIS TONIGHT
Blanking More Often? Experts Say: Notice If You Often Say These Things

SPONSORED / TRENDING

**Ceramic Flowers Are Quietly Helping Bees Survive American Summers**

SPONSORED / THE METABOLIC REVIEW

Read More

**Stage 3 Kidney Disease Doesn't Have to End in Dialysis — Here's the Upstream Fix Most Doctors Skip.**

SPONSORED / MEMORY EXPERTS DIGEST

## Sharp Seniors Do This Before Bed. Most People Over 50 Don't

SPONSORED / BLAVITY.COM

## New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity

## More From MS NOW

MS NOW

## Democrats have stumbled onto a new impeachment strategy

MS NOW

**Judge dismisses defamation suit Cassidy Hutchinson's lawyer brought against MS NOW analyst**

MS NOW

**Pro-Trump 'Freedom Fest' featuring Kid Rock canceled after poor VIP sales**

SPONSORED / COMFORT LIVING TODAY

Learn More

## At 66, I Stopped Wearing Bras. Here's What I Wear Instead

SPONSORED / NEURO HEALTH

Learn More

## This Popular Breakfast Item Is Now Tied to 89% of Forgetful Minds

SPONSORED / SEARCHRESULTOFFERS|SEARCHADS

Learn More

## New SUVs With Tiny Price Tags (Take A Look)

SPONSORED / MEMORY EXPERTS DIGEST

**These 3 Common Habits Could Be Getting In The Way of Everyday Mental Clarity**

MS NOW

## Trump's own private U.N.

MS NOW

**RFK Jr. reportedly moves money from Office of Minority Health to pay for his security detail**

MS NOW

**Team Trump removes 760,000 enrollees from the ACA system, claiming fraud**