**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Case No. 1:26-cv-03287-TJK **CORRECTED NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH TEMPORARY RESTRAINING ORDER AND REQUEST FOR IMMEDIATE HEARING** |

**CORRECTED NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH TEMPORARY RESTRAINING ORDER AND REQUEST FOR IMMEDIATE HEARING**

Early this morning the Court issued a Temporary Restraining Order directing "that Defendants (except for President Trump) and their agents, representatives, and all persons or entities acting in concert with them shall immediately return, reinstate, and restore the White House 'hard pass' press credentials held by employees of CNN, MS NOW, and POLITICO that were revoked on or about September 18, 2026." Dkt. 24 (the "Order"). This morning journalists from each of CNN, MS NOW, and POLITICO attempted to enter the White House and were turned away. A Secret Service agent confiscated the hard pass of journalists from all three organizations. And when Plaintiff Betsy Klein, whose hard pass was confiscated on Saturday, September 19, requested to have her hard pass returned, her request was denied and she was refused access to the White House complex.

Counsel for Plaintiffs reached out to counsel for Defendants this morning and requested to call the Court together. Counsel for Defendants has not responded.

Defendants have already repeatedly violated the Court's Order. Plaintiffs respectfully request that the Court set a hearing by videoconference or teleconference as soon as possible this morning.

September 24, 2026

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiffs*

**Pro Hac Vice Application Forthcoming*