# DECLARATION OF MICAH STOPPERICH

I, Micah Stopperich, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Director of White House Press Operations.
2. This declaration has been prepared in connection with litigation in Cable News Network, Inc. v. Trump, No. 1:26-cv-3287 (D.D.C.).
3. The information contained in this declaration is based on my personal knowledge or on information made available to me.
4. On September 24, 2026, White House Operations were notified at 7:10 am to restore access to affected reporters by turning on their hard badges.
5. White House Operations began the process of reinstating badges at 7:25 am.
6. United States Secret Service indicated that badges were back on at 9:07 am. United States Secret Service also began locating confiscated badges.
7. Confiscated badges were delivered to White House Operations at 9:45 am.
8. The White House press team dropped badges at the entry gate for members of the press to pick up around 9:55 am.
9. United States Secret Service has represented that press passes that were turned on were available for pick up at the press gate as soon as they were delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Micah Stopperich

Executed on September 24, 2026 at Washington, D.C.