**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. 1:26-cv-03287-TJK |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Plaintiffs Cable News Network, Inc. (CNN), MS NOW Cable, LLC, POLITICO LLC, Betsy Klein, Akayla Gardner, and Cheyenne Haslett, respectfully move for admission and appearance of attorney Patrick J. Fuster *pro hac vice* in the above-captioned matter.

As set forth in the accompanying Declaration, Mr. Fuster is admitted, practicing, and a member in good standing of the State Bar of California. This motion is supported and signed by Theodore J. Boutrous, Jr., an active and sponsoring member of the Bar of this Court. Pursuant to Local Rule 7(m), counsel for Plaintiffs have conferred with counsel for Defendants, who do not oppose this motion.

Dated: September 25, 2026

Respectfully submitted,

*/S/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No, 420440)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, California 90071-3197
Tel: (213) 229-7804
TBoutrous@gibsondunn.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, causing it to be served on all counsel of record.