**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER**

At the District of Columbia this ___ of ____________, 2026, having considered the Motion of Plaintiffs Cable News Network, Inc., MS NOW Cable, LLC, POLITICO LLC, Betsy Klein, Akayla Gardner, and Cheyenne Haslett, seeking the admission *pro hac vice* of Patrick J. Fuster (ECF No. ___), and the Declaration of Patrick J. Fuster submitted in support of the Motion;

IT IS HEREBY **ORDERED** that Plaintiffs' Motion is **GRANTED**.

______________________________
Hon. Timothy J. Kelly
United States District Judge

**ATTORNEYS AND PARTIES TO BE NOTICED**
***Pursuant to Local Rule 7(k)***

Michael Kenneth Velchik
Senior Counsel
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 860-8388
michael.velchik@usdoj.gov

*Counsel for Defendants*

Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiffs*