**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants.* | Case No. 1:26-cv-03287-TJK |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Patrick J. Fuster of Gibson, Dunn & Crutcher LLP as counsel of record for Plaintiffs Cable News Network, Inc., MS NOW Cable, LLC, POLITICO LLC, Akayla Gardner, Cheyenne Haslett, and Betsy Klein in the above-captioned action. Patrick J. Fuster was admitted to practice *pro hac vice* September 28, 2026, and requests that all pleadings, orders, notices, and other papers in this action be served upon him at the address, telephone number, and electronic mail address set forth below.

Dated: September 28, 2026

Respectfully submitted,

*<u>/s/ Patrick J. Fuster</u>*
Patrick J. Fuster (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, California 90071-3197
Tel: (213) 229-7117
PFuster@gibsondunn.com

*Counsel for Plaintiffs*