**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Civil Case No. 1:26-cv-03287-TJK **DECLARATION OF THEODORE J. BOUTROUS, JR.** |

**DECLARATION OF THEODORE J. BOUTROUS, JR.**

I, Theodore J. Boutrous, Jr., hereby declare as follows:

1. I am over 18 years of age and make this declaration based upon my own personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I represent the Plaintiffs in the above-captioned case. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. Attached as **Exhibit A** is a true and correct copy of the President's Truth Social post announcing the ban, dated September 18, 2026 at 3:04 p.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117293599348325006.

4. The White House's video of the President's September 18, 2026 Oval Office press conference is available at https://www.whitehouse.gov/videos/president-trump-makes-an-announcement-on-healthcare-sep-18-2026/.

5. Attached as **Exhibit B** is a true and correct copy of a transcript of the President's September 18, 2026 Oval Office press conference, available at

https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-healthcare-drug-prices-oval-office-september-18-2026/.

6. Attached as **Exhibit C** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 21, 2026 at 7:53 a.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117308890736529824.

7. Attached as **Exhibit D** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 21, 2026 at 3:39 p.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117310724294153031.

8. Attached as **Exhibit E** is a true and correct copy of a press release from the White House entitled "White House Access Is a Privilege — Not a Right," dated September 21, 2026, available at https://www.whitehouse.gov/releases/2026/09/white-house-access-is-a-privilege-not-a-right/.

9. Attached as **Exhibit F** is a true and correct copy of an article by Herb Scribner entitled "'You Shouldn't Be Here': Trump Calls Out CNN's Kaitlan Collins at U.N.," dated September 22, 2026, available at https://www.axios.com/2026/09/22/trump-cnn-white-house-un-speech.

10. A video published by the New York Post capturing the exchange between President Donald J. Trump and Kaitlan Collins at the U.N., dated September 22, 2026, is available at https://www.youtube.com/watch?v=Cwa3y4zGFeU.

11. Attached as **Exhibit G** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 22, 2026 at 11:53 p.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117318329260090686.

12. Attached as **Exhibit H** is a true and correct copy of an excerpt from the transcript of the September 23, 2026 hearing before this Court on Plaintiffs' Motion for a Temporary Restraining Order.

13. Attached as **Exhibit I** is a true and correct copy of a letter I sent on behalf of Plaintiffs to Michael K. Velchik, dated September 25, 2026, in response to the letters that the White House Press Office sent to CNN, MS NOW, and POLITICO on September 22, 2026, which were attached to Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order (ECF Nos. 16-1–16-3).

14. Attached as **Exhibit J** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 26, 2026 at 6:51 a.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117336958253518518.

15. Attached as **Exhibit K** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 26, 2026 at 8:22 a.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117337317276437965.

16. Attached as **Exhibit L** is a true and correct copy of a Truth Social post by President Donald J. Trump, dated September 26, 2026 at 11:58 a.m. Eastern Time, available at https://truthsocial.com/@realDonaldTrump/posts/117338166998410817.

17. A video published on X by the White House "Rapid Response 47" account (@RapidResponse47) capturing remarks by President Donald J. Trump regarding the ban, dated September 26, 2026, is available at https://x.com/RapidResponse47/status/2103950577008828906.

18. A video published by ABC News capturing the interview of Attorney General Todd Blanche on ABC's "This Week," dated September 27, 2026, is available at https://www.youtube.com/watch?v=9L8UumU3Vw8.

19. Attached as **Exhibit M** is a true and correct copy of a transcript of Attorney General Todd Blanche's interview on ABC's "This Week," dated September 27, 2026, available at https://abcnews.com/amp/Politics/week-transcript-9-27-26-attorney-general-todd/story?id=136781292.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of September 2026 in Washington, D.C.

/s/_*Theodore J. Boutrous, Jr.*_
Theodore J. Boutrous, Jr.