# EXHIBIT A

TRUTH.

Truth Details
11481 replies

**Donald J. Trump**
@realDonaldTrump

I am proud to announce that, effective immediately, I am banning Fake News CNN, MSNOW (who recently changed their name from MSNBC due to lack of viewership and credibility!), and Politico (The recipients of an illegal and ridiculous $8 Million Dollar subscription, an All Time Record, directly from the United States Government, under Crooked Joe Biden, in order to keep them "alive." Seems like corruption to me!), from the White House as a result of their constant "reporting" FAKE NEWS! Media Outlets shouldn't be able to constantly write or report FICTION and LIES when they're covering the President of the United States, the Trump Administration, or the United States of America. Other Fake News Media Outlets to follow. Thank you for your attention to this matter! President DONALD J. TRUMP

**14.2k** ReTruths **58.2k** Likes Sep 18, 2026, 7:04 PM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

**Live**

**America's Voice Live**
Real America's Voice

**Newswire: Episode 11**
Newsmax 2

**Cops Reloaded S1:E48 – ...**
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. 🇺🇸

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account Sign In

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/117293599348325006
Capture timestamp (UTC): Mon, 28 Sep 2026 19:17:39 GMT