# EXHIBIT B

Factbase Powered by FiscalNote StressLens

Donald J. Trump



# Remarks: Donald Trump Makes a Healthcare Announcement in the Oval Office - September 18, 2026

StressLens | 1 Topic | 9 Entities | Moderation | 7 Speakers




## Full Transcript

Donald Trump 00:00:00-00:00:02 (2 sec) NO STRESSLENS

Hello, everybody.

Question 00:00:02-00:00:08 (6 sec) NO STRESSLENS

Good afternoon, sir.

Donald Trump 00:00:08-00:00:33 (25 sec) STRONG (2.317)
1 of 170 paragraphs scored.

So a few things maybe before we start. This is such an important meeting. We're talking about favored nations on prescription drugs, so it's very, very important. But we've, uh, had some amazing numbers just come out. Uh, child poverty falls to the lowest rate ever recorded, just put out. That's this one here.

Donald Trump 00:00:33-00:01:07 (34 sec) STRONG (2.243)
6 of 170 paragraphs scored.

OK. I'm sure you love to see that. And real change in median household income by presidential term. Trump is number one and number two, ever. And here's just a

So a few things maybe before we start. This is such an important meeting. We're talking about favored nations on prescription drugs, so it's very, very important. But we've, uh, had some amazing numbers just come out. Uh, child poverty falls to the lowest rate ever recorded, just put out. That's this one here.

Donald Trump 00:00:33-00:01:07 (34 sec) STRONG (2.243)
6 of 170 paragraphs scored.

OK. I'm sure you love to see that. And real change in median household income by presidential term. Trump is number one and number two, ever. And here's just a little quick chart on that. That's the Trump. And then you have the real change in the average 401-K balance by term. As you can see, we're way up. The red is Biden administration and the two blues are rocket ships.

Donald Trump 00:01:07-00:01:31 (24 sec) STRONG (2.256)
4 of 170 paragraphs scored.

And the one that we're currently involved with, which is this second term, well, my third term, depending on the way you want to think about it, but the second term is going to be much higher than that. The red is Biden. They lost their shirts. Everybody lost their shirt. So they just came out. I thought I'd show them to you.

Donald Trump 00:01:31-00:02:06 (36 sec) STRONG (2.03)

You'd be happy to see. The other thing that just came out is that the first ever midterm RNC, if you look at the convention that we just had, just announced, we had over 100 million live stream views. Everyone is amazed because the NFL was our opponent on that one, and the NFL had 25 million. So we had for the convention 100 million live stream views, which is a record, and the NFL had 25 million.

Donald Trump 00:02:06-00:02:29 (23 sec) STRONG (2.055)

That's from Breitbart. OK? So that was really great and I think it had a big impact on things. And thank you all for being here today as we take historic action to officially extend the benefits of our most favored nation agreements on prescription drug prices to state Medicaid programs all across the nation.

Donald Trump 00:02:29-00:02:51 (22 sec) MEDIUM (1.647)

They're going into the states, and the states are going to look very good because we did something that nobody could have possibly done. I don't know if they tried. I think they didn't try because they didn't think it was possible. This will save states billions and billions of dollars per year on drugs, and allow them to invest those savings in providing better health care and higher quality service for the American people.

Donald Trump 00:02:51-00:03:26 (35 sec) MEDIUM (1.557)

I mean, this one thing alone should win us the midterms. It won't because the press doesn't report it, but this one thing alone, think of it. The biggest drug reduction prescription drug in history times maybe 10. Nobody's ever seen anything like it. Over the past year, my administration has reached unprecedented agreements with 26 of the world's largest pharmaceutical companies, and the rest are all coming in very rapidly to provide their drugs to Americans at discounts of 60, 70, 80, and even 90 percent discount.

Donald Trump 00:03:26-00:03:51 (24 sec) MEDIUM (1.766)

For decades, Americans paid the highest drug prices anywhere in the world by far. It wasn't even close. We were like a laughing stock. We were a whipping post. But now, under these agreements, we pay the lowest prices ever paid by our country. We pay the lowest prices in the world. So we went from paying the highest drug prices in the world to paying the lowest drug prices in the world.

Donald Trump 00:03:51-00:03:56 (6 sec) MEDIUM (1.583)

Can't say it any different than that, Bobby, right? What do you think? Not bad right.

Donald Trump 00:03:51-00:03:56 (6 sec) MEDIUM (1.583)

Can't say it any different than that, Bobby, right? What do you think? Not bad right.

Robert F. Kennedy Jr. 00:03:56-00:03:58 (2 sec) NO STRESSLENS

It's pretty great, Mr. President.

Donald Trump 00:03:58-00:04:00 (1 sec) NO STRESSLENS

Oz, would you say.

Mehmet Oz 00:04:00-00:04:01 (1 sec) NO STRESSLENS

100 percent.

Donald Trump 00:04:01-00:04:27 (26 sec) WEAK (1.208)

Something that nobody thought would even be possible. If they sell the drugs cheaper in Europe, as an example, they sell it cheaper in America. So if they're -- if a specific country is the lowest in the world, that's the price we pay. Nobody thought it could happen. This has resulted in the largest drop in prescription drug prices by far in the history of our country, by far.

Donald Trump 00:04:27-00:04:51 (23 sec) MEDIUM (1.624)

Many of these massive discounts are already available to all consumers on Trumprx.gov, but today, we're launching the program that will provide the most favored nation discounts to state Medicaid programs, covering nearly 70 million Americans. What we're doing is we're providing those tremendous discounts in prices to the states directly.

Donald Trump 00:04:51-00:05:18 (27 sec) MEDIUM (1.749)

Many left wing critics predicted that the states would not participate on our Most Favored Nation initiative, and some of the blue states tried not to, but they couldn't help it. When you're getting your drugs for 70, 80, 90 percent less, they all succumbed to the dollar. But I'm pleased to announce that we're launching this program with the participation of all 50 states, red and blue.

Donald Trump 00:05:18-00:05:42 (25 sec) MEDIUM (1.983)

Every Democrat state, if you want to call it that, every Republican state, everyone came in, as well as the District of Columbia and Puerto Rico, two places that the Democrats would love to see become states so they could pick up four Senators, etc. I want to thank Secretary Robert F. Kennedy Jr. for doing a fantastic -- he's done a fantastic job.

Donald Trump 00:05:42-00:06:08 (25 sec) MEDIUM (1.883)

The administrator of the centers for Medicare and Medicaid Services, Dr. Mehmet Oz, is another one. That's a great team, never been a better team. And deputy CMS Administrator Abe Sutton, want to thank you very much. Thanks as well to governors Sarah Huckabee Sanders, Tate Reeves, Larry Rhoden, all friends of mine, are fantastic people.

Donald Trump 00:06:08-00:06:29 (21 sec) MEDIUM (1.868)

The Council of Economic Advisers estimates that the most favored nations deals that we're extending to states today will save Medicaid over $64 billion, and that's over a relatively short period of time. And others reject the savings that are going to be actually much more than that. I think they're going to be much higher than that.

Donald Trump 00:06:29-00:06:51 (22 sec) MEDIUM (1.772)

It could be $100 billion. Every state will now have the ability to use those extra billions of dollars to invest in other health care improvements or something else, but they're going to save -- states are going to save tens of billions of dollars. This will help us save Medicaid and protect it for future generations.

Donald Trump 00:06:51-00:07:19 (28 sec) STRONG (2.313)
2 of 170 paragraphs scored.

Your medical costs are going to be coming down. I will not get any credit for it, but when prescription drugs come down or drugs come down, your Medicaid and Medicare, everything becomes a lot less expensive. So perhaps you can think of me as you watch the prices come down to the floor. With our Republican majorities in Congress, we also passed the largest ever investment in rural -- I love rural health care.

Donald Trump 00:07:19-00:07:43 (24 sec) STRONG (2.127)
9 of 170 paragraphs scored.

I won every rural area in the nation. $50 billion to get rural communities and hospitals the support they need. Every single Democrat in Congress voted against it. Every single, I call them Dumocrats because how could you be so dumb? They voted against it. They voted against our rural communities. But we got it done regardless, and we got it done pretty easily.

Donald Trump 00:07:43-00:08:18 (35 sec) STRONG (2.178)
8 of 170 paragraphs scored.

Very tough not to get it done, to be honest. It's so compelling. As I said, every single blue state voted in favor of saving the billions of dollars that the Republicans got them, and they made it very difficult. I would like to now ask Dr. Oz to say a few words, followed by Deputy Administrator Sutton. Governors Huckabee Sanders and Reeves and Roden, and they'll all speak for as short a period of time as possible so that I can get a -- get along with winning the war with Iran, which we are winning very handily.

Donald Trump 00:08:18-00:08:21 (3 sec) NO STRESSLENS

So, uh, Dr. Oz, please take it away.

Mehmet Oz 00:08:21-00:08:46 (24 sec) NO SIGNAL (0)

Mr. President, there are two main reasons that this generous program is being launched. The first is because you pushed everybody, secretary, myself and everybody else involved in administration to ensure we had most favored nation drug pricing. 26, the largest pharmaceutical companies in the world, representing 90 percent of all the drugs, have been in this office pledging to support the most favored nation drug prices, which have addressed a problem that you identified.

Mehmet Oz 00:08:46-00:09:04 (18 sec) NO SIGNAL (0)

Others have as well, but you're willing to take on, which is that we were paying three times more for the exact same drugs that other countries are paying, even when those drugs are made in this nation. As a result of that, all those drugs are now available at TrumpRx.gov, thank you for loaning your name to it. And that site is doing spectacularly well.

Mehmet Oz 00:09:04-00:09:14 (10 sec) NO SIGNAL (0)

And if you're about to buy a prescription in America, you need to check that site first. It's your site, it's a government site, and it's designed to allow you to have transparency and an understanding of what the right price for those drugs are.

Mehmet Oz 00:09:14-00:09:42 (27 sec) NO SIGNAL (0)

So, that's the first part of it, getting the price right. The other reason generous works -- and Abe Sutton, who runs that agency, is going to describe this, that component -- is that we got an all-of-government effort to work together, that includes the governors who are around this today. And by getting all of government

And if you're about to buy a prescription in America, you need to check that site first. It's your site, it's a government site, and it's designed to allow you to have transparency and an understanding of what the right price for those drugs are.

Mehmet Oz 00:09:14-00:09:42 (27 sec) NO SIGNAL (0)

So, that's the first part of it, getting the price right. The other reason generous works -- and Abe Sutton, who runs that agency, is going to describe this, that component -- is that we got an all-of-government effort to work together, that includes the governors who are around this today. And by getting all of government to work together, including Commerce, Secretary Lutnick helping with tariffs, and other folks that are involved in this process, Jamieson Greer, we've been able to take these ideas and spread them through the nation.

Mehmet Oz 00:09:42-00:10:05 (23 sec) NO SIGNAL (0)

Just to put it in context, it's 50 states, every single state as the president outlined, but also Puerto Rico, Washington, DC. It is such a good deal that every state realized they need to take it. And the governors will describe this, but the $50 billion in pharmaceutical prices that they're paying after rebates -- after rebates -- is crowding out schools and roads and long-term care and rural care.

Mehmet Oz 00:10:05-00:10:24 (20 sec) NO SIGNAL (0)

No matter how much money we put into the program, it never quite is enough if we have to pay that much money for our pharmaceuticals. We are rescuing state budgets with this program, Mr. President. And by doing that, we are squeezing rebates out of pharmaceutical companies. And the deal that we've offered is great, but I know you want even better deals.

Mehmet Oz 00:10:24-00:10:43 (19 sec) NO SIGNAL (0)

And so, what's better than Most Favored Nation? What's better than Most Favored Nation pricing is free. And there's a drug called Eliquis, which is very commonly used, many of you have relatives on it. I'm a heart surgeon; we use it quite a bit. And this drug is going to be donated, 1 million doses of this drug, to the American people through Medicaid programs.

Mehmet Oz 00:10:43-00:11:01 (17 sec) NO SIGNAL (0)

And you can't beat free. So, now we'll -- a one-two punch to make sure states have every opportunity possible, because this administration, Secretary Kennedy, would not have been possible without you. If you want to put a little context in what an achievement this was, because Americans should no longer have to choose between groceries and paying their bills.

Mehmet Oz 00:11:01-00:11:03 (3 sec) NO STRESSLENS

From now on, that's not going to be as necessary.

Robert F. Kennedy Jr. 00:11:03-00:11:11 (8 sec) NO SIGNAL (0)

I mean, I want to thank again, Mr. President, for your leadership on this, for getting these deals across the finish line.

Donald Trump 00:11:11-00:11:29 (17 sec) NO STRESSLENS

By the way, I love his tie. I want to get a nice, thin -- where do you get a guy like that? It's the thinnest I've ever -- it's almost like a rope. Well, he wants to show off his chest, see I know, that's the big difference. OK, go ahead, Bobby.

Robert F. Kennedy Jr. 00:11:29-00:11:51 (22 sec) NO SIGNAL (0)

But now we're going to pass those savings that we achieved through these 26 MFN negotiations to the states and to the poorest 70 million, the most vulnerable

By the way, I love his tie, I want to get a nice, thin -- where do you get a guy like that? It's the thinnest I've ever -- it's almost like a rope. Well, he wants to show off his chest, see I know, that's the big difference. OK, go ahead, Bobby.

Robert F. Kennedy Jr. 00:11:29-00:11:51 (22 sec) NO SIGNAL (0)

But now we're going to pass those savings that we achieved through these 26 MFN negotiations to the states and to the poorest 70 million, the most vulnerable population in our country. They're going to be getting these same prices and it is going to -- as Oz mentioned, it's going to save the state budget.

Robert F. Kennedy Jr. 00:11:51-00:12:20 (29 sec) NO SIGNAL (0)

We were locked in a negative feedback loop where the states had to choose between medicine and nutrition, lifestyle, prevention. Those areas were starved. Because of that people were getting sicker and sicker and requiring more medication. It was a negative feedback loop and we've ended that today. And this also is a very, very moral -- important moral imperative.

Robert F. Kennedy Jr. 00:12:20-00:12:42 (22 sec) NO SIGNAL (0)

Every nation has judged -- every civilization is judged based upon how it cares for the poorest members of society. And this is a -- President Trump just mentioned that the poverty levels have dropped to the lowest level in history during his term. This is something my party was promising and prioritizing for decades.

Robert F. Kennedy Jr. 00:12:42-00:13:13 (31 sec) NO SIGNAL (0)

That was the signature imperative for our party. And yet President Trump has actually achieved that in two short years. And now he's creating another giant benefit for the poorest members of our society, which is drugs at the lowest cost in the world. We were subsidizing every other nation. They were getting a free ride on what we were paying, what our 70 million poorest citizens were paying through Medicaid for these drugs.

Robert F. Kennedy Jr. 00:13:13-00:13:21 (8 sec) NO SIGNAL (0)

That is over today. They're going to get the benefits; the states are going to get the benefits, and our country is going to get healthy again.

Mehmet Oz 00:13:21-00:13:29 (8 sec) NO SIGNAL (0)

Mr. President, Abe Sutton's team put all this together. They're the innovation center, the nuclear reactor of the agency. Dave.

Unidentified 00:13:29-00:13:50 (21 sec) NO SIGNAL (0)

Thank you, Mr. President. Secretary Kennedy, Dr. Oz, our state partners, thank you. Today is truly a historic day for the Medicaid program. We are pleased to share that all 50 states, DC and Puerto Rico came in to the generous program for Most Favored Nation Medicaid drug pricing. That's extraordinary but it's also common sense.

Unidentified 00:13:50-00:14:11 (21 sec) NO SIGNAL (0)

Lower drug prices help every American; it should not be a partisan issue. Thanks to President Trump's leadership, we are proud to share that these reductions will result each year in $5.2 billion of savings, adding up, as estimated by the Council of Economic Advisors, to the $64 billion that President Trump said.

Unidentified 00:14:11-00:14:39 (29 sec) NO SIGNAL (0)

That's money back into states' budgets to fund other needed priorities. Our state partners have shared with us that they expect this to help them expand access to drugs and preserve access to needed medications. That's something that benefits the most vulnerable members of our society: the mother with a child who needs access to a treatment; the person with a disability who depends on Medicaid; and the taxpayer asking whether their government truly values every hard-earned dollar that they pay in taxes.

Unidentified 00:14:11-00:14:39 (28 sec) NO SIGNAL (0)

That's money back into states' budgets to fund other needed priorities. Our state partners have shared with us that they expect this to help them expand access to drugs and preserve access to needed medications. That's something that benefits the most vulnerable members of our society: the mother with a child who needs access to a treatment; the person with a disability who depends on Medicaid; and the taxpayer asking whether their government truly values every hard-earned dollar that they pay in taxes.

Unidentified 00:14:39-00:14:43 (4 sec) NO STRESSLENS

Today we answer them that it does. Thank you.

Mehmet Oz 00:14:43-00:15:05 (23 sec) NO SIGNAL (0)

And, Mr. President, you brought together the finest group ever negotiating drug prices, Inma Hernandez who's in the back there, Shel Fitzgerald, Beth Kelly, Chris Klomp, of course who you know well, John Brooks and many others contributed to allow Abe to accomplish his goals and dramatically change the terrain for Americans struggling to figure out if they should buy the medications prescribed by their doctor for them in the pharmacy.

Mehmet Oz 00:15:05-00:15:06 ( sec) NO STRESSLENS

I know --

Donald Trump 00:15:06-00:15:11 (5 sec) MEDIUM (1.718)

They're fantastic. Hey, why don't you come over here? You shouldn't be back there; you should be up here with us, right, don't you think?

Mehmet Oz 00:15:11-00:15:12 (1 sec) NO STRESSLENS

Yes. Steve, come up.

Donald Trump 00:15:12-00:15:13 (1 sec) NO STRESSLENS

Unless Oz wants to keep you back there.

Mehmet Oz 00:15:13-00:15:15 (2 sec) NO STRESSLENS

No, I want him to come on up here.

Donald Trump 00:15:15-00:15:16 (1 sec) NO STRESSLENS

Come on up here.

Mehmet Oz 00:15:16-00:15:23 (7 sec) NO SIGNAL (0)

She was giving fashion advice in the Oval Office. [Laughter] She has a couple of thoughts about the gold, some improvements.

Donald Trump 00:15:23-00:15:28 (5 sec) NO STRESSLENS

Come on up here, come on up, get up here. That group is fantastic.

Mehmet Oz 00:15:28-00:15:32 (4 sec) NO STRESSLENS

Corey, D.O. Your domestic policy council could not do it without you.

Donald Trump 00:15:23-00:15:28 (5 sec) NO STRESSLENS

Come on up here, come on up, get up here. That group is fantastic.

Mehmet Oz 00:15:28-00:15:32 (4 sec) NO STRESSLENS

Corey, D.O. Your domestic policy council could not do it without you.

Donald Trump 00:15:32-00:15:45 (13 sec) WEAK (1.221)

There's my man. Steve knows more about this stuff than any human being alive. That's great. Look at her, she's got a little red face, she's embarrassed. Don't be embarrassed; you look fantastic. Sarah, would you say a few words, please?

Sarah Huckabee Sanders 00:15:45-00:16:06 (21 sec) NO SIGNAL (0)

Yes, sir. First of all, it's an honor to be here. And everybody says they're going to deliver affordability, especially when it comes to prescription drug prices, except nobody does it. You're the only person who could have gotten this done. Not only is it going to save states billions of dollars, at the same time, you're investing in the Rural Health Transformation Fund.

Sarah Huckabee Sanders 00:16:06-00:16:26 (20 sec) NO SIGNAL (0)

Those two things combined are going to bring about a generational change in our country's health care. And with your leadership and the implementation of Secretary Kennedy and Dr. Oz, we are changing America for the better and every single person in our country benefits. And nobody else could have done that except for you.

Sarah Huckabee Sanders 00:16:26-00:16:33 (7 sec) NO SIGNAL (0)

So, we're incredibly grateful, and Arkansas celebrates and will be healthier because of your great work. So, thank you, Mr. President.

Donald Trump 00:16:33-00:16:37 (4 sec) NO SIGNAL (0)

Thank you very much. And governor, would you like to say a couple of words?

Larry Rhoden 00:16:37-00:16:39 (2 sec) NO STRESSLENS

Yeah. Well, uh, I would just say this --

Donald Trump 00:16:39-00:16:41 (2 sec) NO STRESSLENS

Great governor, by the way.

Larry Rhoden 00:16:41-00:17:01 (20 sec) NO SIGNAL (0)

I appreciate your help on this. In South Dakota, the two things that I hear all the time is the rural health care in such a rural state and affordability of health care. And I think you've hit the nail on the head with this. Your rural health care initiative has been a game changer in South Dakota and will continue to be, so we thank you for that.

Larry Rhoden 00:17:01-00:17:07 (6 sec) NO SIGNAL (0)

And I think this was just good commonsense leadership on your part. So, thank you, Mr. President, for your leadership on this issue.

Donald Trump 00:17:07-00:17:14 (7 sec) STRONG (2.2)

7 of 170 paragraphs scored.

Larry Rhoden 00:17:01-00:17:07 (6 sec) NO SIGNAL (0)

And I think this was just good commonsense leadership on your part. So, thank you, Mr. President, for your leadership on this issue.

Donald Trump 00:17:07-00:17:14 (7 sec) STRONG (2.2)
7 of 170 paragraphs scored.

Well, I'm being very nice to him because maybe he'll get my face on that beautiful wall. [Laughter] A beautiful wall that I've been looking at.

Mehmet Oz 00:17:14-00:17:17 (3 sec) NO STRESSLENS

Come on, Larry.

Donald Trump 00:17:17-00:17:21 (3 sec) NO STRESSLENS

Come on, let's get going. You've got to get going.

Larry Rhoden 00:17:21-00:17:23 (3 sec) NO STRESSLENS

You want it on Crazy Horse?

Donald Trump 00:17:23-00:17:27 (4 sec) NO STRESSLENS

Nice to see you, governor. Tate, please.

Tate Reeves 00:17:27-00:17:46 (19 sec) NO SIGNAL (0)

Yes, sir. Thank you, Mr. President and Secretary Kennedy, Dr. Oz, for giving us this opportunity. I just want to put this in perspective -- our entirety of our state budget general fund is $7 billion. We spend almost $700 million a year in state and federal dollars on prescription drugs for our Medicaid program alone.

Tate Reeves 00:17:46-00:18:14 (28 sec) NO SIGNAL (0)

This is a big deal. When we combine the ability of, Mr. President, to negotiate and give states the flexibility to operate, big things happen. But look, you don't have to believe me that this is a big deal; the three governors standing up here today agree on a lot of things. But if we put 50 governors in this room, I don't think we could all agree that today was Friday.

Tate Reeves 00:18:14-00:18:37 (22 sec) NO SIGNAL (0)

But all 50 states are participating in this opportunity to cut prescription drug costs at the state level in Medicaid programs, and that speaks to how big of a deal this is. So, to Mr. President, to all of you involved, thank you very much for your work. Today's a great day for rural America, for rural Mississippi.

Tate Reeves 00:18:37-00:18:39 (3 sec) NO STRESSLENS

And we thank you, Mr. President. Mississippi loves you.

Donald Trump 00:18:39-00:19:03 (23 sec) MEDIUM (1.868)

Thank you. I love Mississippi actually. I will say that, as Tate just said, every single state signed up -- and not only signed up, but we could have -- I think we signed them, Oz, in about a day, everybody just -- they can't believe it happened. It's one of the biggest things ever to happen to health care, because it's cost.

Donald Trump 00:19:03-00:19:33 (31 sec) STRONG (2.25)
5 of 170 paragraphs scored.

Donald Trump 00:18:39-00:19:03 (23 sec) MEDIUM (1.868)

Thank you. I love Mississippi actually. I will say that, as Tate just said, every single state signed up -- and not only signed up, but we could have -- I think we signed them, Oz, in about a day, everybody just -- they can't believe it happened. It's one of the biggest things ever to happen to health care, because it's cost.

Donald Trump 00:19:03-00:19:33 (31 sec) STRONG (2.25)
5 of 170 paragraphs scored.

It's a cost and it's a -- it's a diminution. It's a lowering, of course, like nobody ever thought possible. So it's an honor. We're also going to be, uh, recommending, not recommending, demanding the drug companies, uh, with respect to, uh, a certain situation, maybe you want to mention, discuss it uh, but the autism, that they make their doses in 20 percent, uh, shots.

Donald Trump 00:19:33-00:19:59 (25 sec) STRONG (2.28)
3 of 170 paragraphs scored.

So you have shot one, shot two, shot three, shot four, shot five. So instead of having a massive dose of 82 or 88 different vaccines pumped into your arm, uh, we'll take out certain vaccines that people are a little worried about and that have not -- I mean, we would never even think about the polio vaccine.

Donald Trump 00:19:59-00:20:25 (26 sec) STRONG (2.095)

It's been amazing, and so many others that have been so good. But we're going to break it into 20 percent doses, so that instead of a child going in and having a tremendous amount of different vaccines pumped into his arm, so big -- a big proportion of the body, and then they wake up the next day and they've got a 109 temperature and then the worst thing happens that can happen to a parent.

Donald Trump 00:20:25-00:20:47 (22 sec) STRONG (2.055)

The worst, actually, and I've seen it. I've seen it happen. So we're going to recommend that they do five doses marked one, two, three, four, five, and that they be given in six month intervals so that a small amount of the vaccine gets pumped into the body. And we're going to be splitting up some of the vaccines.

Donald Trump 00:20:47-00:21:05 (17 sec) MEDIUM (1.703)

They'll get everything that they want, everything that is recommended. We're going to go a little bit with some of the European system in terms of the vaccines, but the biggest thing is, uh -- and certain vaccines were taken out because they're not needed until the child would be much older. No reason to do it so early.

Donald Trump 00:21:05-00:21:23 (18 sec) MEDIUM (1.874)

But the vaccine size will be much, much less, and I think you're going to see a massive reduction in autism, and that's a big deal. That's a very big deal. So we're going to be recommending that and actually demanding it. Uh, you're going to have one, two, three, four, five. It'll be spread out over six months, every six months.

Donald Trump 00:21:23-00:21:43 (21 sec) STRONG (2.047)

They'll be fully vaccinated in much smaller doses. So I think it's going to have a huge -- a huge impact and you'll see that in the years to come. You have to actually see it, but you'll see it in the years to come. Uh, again, I want to thank this group. They've worked with me so hard on, uh, favored nations.

Donald Trump 00:21:43-00:22:07 (23 sec) MEDIUM (1.998)

I want to thank other nations. I mean, we -- they had to agree to it and the drug companies had to agree. The drug companies agreed and then I got other nations to agree and they -- the other -- just so you know, the other nation prices had to go up very substantially, double, triple, in a couple of cases, quadruple the cost that they were paying.

Donald Trump 00:22:07-00:22:31 (24 sec) MEDIUM (1.84)

I want to thank other nations. I mean, we -- they had to agree to it and the drug companies had to agree. The drug companies agreed and then I got other nations to agree and they -- the other -- just so you know, the other nation prices had to go up very substantially, double, triple, in a couple of cases, quadruple the cost that they were paying.

Donald Trump 00:22:07-00:22:31 (24 sec) MEDIUM (1.84)

Uh, because it all came down to the center. We went way down and they went a little bit up because the world is a bigger place than us. So they went way down and, uh, we -- we went -- I mean, we took it way down at numbers that nobody thought possible and they went up a little bit. In some cases, you know, a little bit, but it could be double, it could be triple, but it was relatively speaking, a little bit.

Donald Trump 00:22:31-00:22:51 (19 sec) NO SIGNAL (0)

So I want to thank Germany, France, all of the countries that, uh, pretty easily agreed. It wasn't easy. It was a contentious, but they ultimately had to agree and they agreed. They -- we were using tariffs if they didn't agree, we were going to use tariffs to make sure they did it. And nobody else but this group could have done this.

Donald Trump 00:22:51-00:22:58 (7 sec) STRONG (2.055)

This is something that people have talked about for years. And they never even -- I think, Oz, they never even tried. Is that correct? I don't think they ever even tried.

Mehmet Oz 00:22:58-00:23:18 (20 sec) NO SIGNAL (0)

Never tried. They were intimidated, sir. There's a lot of -- a lot of very influential folks who don't want any changes to the health care system. And when folks don't take on the entrenched interests, we run into problems that the American people pay for. I think that's a good example of why things like this initiative have worked so well.

Mehmet Oz 00:23:18-00:23:36 (19 sec) NO SIGNAL (0)

There are others as well. As you know, we're pursuing -- you mentioned the Rural Health Transformation program. The governors know this, it's the single largest investment ever in rural health care, $50 billion over five years. Every state got around $200 million every year for five years and, sir, you don't put that kind of money into a program just to pay the bills.

Mehmet Oz 00:23:36-00:23:54 (18 sec) NO SIGNAL (0)

You put that money in because you want to reform the system, make it work better for the American people. And Secretary Kennedy and I were speaking about this, but the life expectancy in rural America is almost three years shorter than urban America. Your zip code should not be your destiny, and these are the benefits that we accrue when we take out the middleman and let the money go to the people.

Donald Trump 00:23:54-00:24:15 (21 sec) NO SIGNAL (0)

And with favored nations, the reason I guess most people thought -- they thought they could never get the drug companies that we did and then we got the nations. You needed both. One without the other was no good. We needed both. So it's a very big day in the world of medicine, the world of medical, and it's an honor to be the one that got it done.

Donald Trump 00:24:15-00:24:26 (11 sec) STRONG (2.008)

They've been talking about it for 25 years, I guess for more than that, but nobody ever moved on it. I don't -- I'm not even sure that other presidents tried. Yes, please.

Question 00:24:26-00:24:43 (17 sec) NO SIGNAL (0)

Mr. President, two questions on health care, if that's OK. You kept reiterating that this generous program gets 50 states participation. Do you think this is an

Donald Trump 00:24:15-00:24:26 (11 sec) STRONG (2.008)

They've been talking about it for 25 years, I guess for more than that, but nobody ever moved on it. I don't -- I'm not even sure that other presidents tried. Yes, please.

Question 00:24:26-00:24:43 (17 sec) NO SIGNAL (0)

Mr. President, two questions on health care, if that's OK. You kept reiterating that this generous program gets 50 states participation. Do you think this is an admission from many Democrat officials who agreed to participate that your most favored nation, drug deals, are actually effective at lowering prescription drugs?

Donald Trump 00:24:43-00:25:11 (28 sec) NO SIGNAL (0)

Well, the Democrats were, um, they didn't help, but they all signed up and they all signed up and they signed up quickly, every one of them. I don't think we had anybody even -- even threaten a little bit that they weren't going to send up. Every state came on board almost immediately. I mean, if we had the process perfected literally in one day, everybody would have been -- but they -- they signed up within a matter of weeks, every single state.

Donald Trump 00:25:11-00:25:24 (14 sec) NO SIGNAL (0)

Some asked questions. I mean, I had some governors call me saying, is this really true, or is this some kind of a April Fool's Day? But they all signed up and they can't believe it, and their health care costs are way down because of it. Yeah, please.

Question 00:25:24-00:25:33 (8 sec) NO SIGNAL (0)

Sir? Mr. President, earlier today you posted that you intend to ban CNN, Politico and MS NOW from the White House.

Donald Trump 00:25:33-00:25:33 (1 sec) NO STRESSLENS

Yeah.

Question 00:25:33-00:25:38 (5 sec) NO STRESSLENS

Every president takes an oath to uphold the Constitution, which includes the First Amendment.

Donald Trump 00:25:38-00:25:41 (2 sec) NO STRESSLENS

Yeah, I do too. I do too, much more so --

Question 00:25:41-00:25:42 (1 sec) NO STRESSLENS

How do you justify --

Donald Trump 00:25:42-00:26:06 (24 sec) WEAK (1.498)

Much more so than you. Uh, because they're fake news. Uh, you get so tired of reading and seeing fake news. Uh, when you look at CNN, it's just fake. That's why their ratings are no good. When you look at MS NOW, which used to be MSNBC, which some people call MS DNC, Democratic National Committee, it's fake news.

Donald Trump 00:26:06-00:26:28 (23 sec) WEAK (1.452)

It's fake news. And -- excuse me, excuse me. And when you look at Politico, I mean, they got a government -- the government under Biden gave them like $8 million to keep them afloat. Uh, and the stories they wrote are fake. So there's a lot of news, and there may be others to join them, and maybe they can get better and would like to have them in, but our country has to have honest news.

Donald Trump 00:26:28-00:26:47 (19 sec) NO SIGNAL (0.984)

Donald Trump 00:26:06-00:26:28 (23 sec) WEAK (1.452)

It's fake news. And -- excuse me, excuse me. And when you look at Politico, I mean, they got a government -- the government under Biden gave them like $8 million to keep them afloat. Uh, and the stories they wrote are fake. So there's a lot of news, and there may be others to join them, and maybe they can get better and would like to have them in, but our country has to have honest news.

Donald Trump 00:26:28-00:26:47 (19 sec) NO SIGNAL (0.984)

You know, you don't have a country unless you have, as I say, borders, good voting. We're straightening them out. The borders are unbelievable. Nobody's come into our country in the last 17 months illegally. But you need borders and you need fair and free voting. And you know what you need, you need a free press.

Donald Trump 00:26:47-00:27:08 (21 sec) NO SIGNAL (0)

You need a fair press and an honest press and CNN -- and you know it and everybody knows it. You're intelligent. I've known you a long time. You know how fake their reporting is. It's one-sided. It's never good. I've done many, many -- look at this story today about, uh, favored nations on drugs. We lowered the drug costs by 50, 60, 70 percent.

Donald Trump 00:27:08-00:27:17 (9 sec) NO SIGNAL (0.31)

They won't even put it -- if they put it on, it'll be -- they will find a reason why that's a negative. OK? Yeah, please.

Question 00:27:17-00:27:22 (5 sec) NO SIGNAL (0)

Why are you doing this ban now? Is there a particular reason or the particular story --

Donald Trump 00:27:22-00:27:41 (19 sec) WEAK (1.169)

No, just because -- no, no, it's -- it's really just cumulative stories over the last two years. You get sick of it. And you call them and you tell them -- I have very good experts, like people behind me, Bobby Oz. They call and they try and explain things to -- they know that they know it. They know it as well.

Donald Trump 00:27:41-00:28:00 (19 sec) WEAK (1.271)

They're smart people, but they purposely write negative news. And they do that because they want to try and diminish the Republicans and a Republican administration. And honestly, we've done a fantastic job. Look at the numbers, look at the economic numbers. We have more money coming into our country today than ever before.

Donald Trump 00:28:00-00:28:18 (19 sec) WEAK (1.194)

We have the highest employment that we've ever had in history. All of these things are the lowest -- we have the best poverty rate, the lowest poverty rate in the history of our country and people are making more money today than they ever had. And we do have something that I'm very proud of, Iran will not have a nuclear weapon.

Donald Trump 00:28:18-00:28:45 (26 sec) NO SIGNAL (0.91)

Now, for that, people are going to have to pay some extra gas -- I think most people, if they had a vote on lower gas prices or letting Iran have a nuclear weapon, I'd be willing to vote that it would be a massive landslide. People don't want to have Iran have a nuclear weapon and you know what, they won't. And the war is going to end soon and when it ends, your gas prices are going to drop to a level that they were before, maybe even lower.

Donald Trump 00:28:45-00:29:07 (22 sec) WEAK (1.157)

When I left Iowa, just before I started this, I had no choice. I said to my people, we're going to have to do an excursion down to Iran, the Islamic Republic of Iran, because they're going to have a nuclear -- if we don't hit them with a B-2 bomber, they right now would have a nuclear weapon. And if they had it, it would be a matter of days.

Donald Trump 00:29:07-00:29:25 (18 sec) NO SIGNAL (0.945)

I equate it somewhat to the Democrats, if they ever got into power, they will terminate the filibuster and they will immediately have DC as a state. They will immediately have many other things take place, but DC and Puerto Rico will become -- immediately.

Donald Trump 00:29:25-00:29:48 (23 sec) WEAK (1.012)

That gives them four more Senators; that gives them lots of other things, like 12 Congressmen. They want to have, ideally, 21 Supreme Court justices. They will have everything they ever dreamed of. And frankly, Republicans should terminate the filibuster because if you don't do it, they're going to do it, and you can't let that happen.

Note 00:29:48-00:29:48 ( sec) NO STRESSLENS

[Crosstalk]

Question 00:29:48-00:30:08 (20 sec) NO SIGNAL (0)

Mr. President, Willie Nelson with Salem Media. Mr. President, reports say the holdout juror in the Lindsay Clancy case -- excuse me, reports say the holdout juror in the Lindsay Clancy case and his family were doxed and threatened so badly he left Massachusetts. What's your take on that?

Donald Trump 00:30:08-00:30:37 (29 sec) WEAK (1.441)

Well, I just don't know. I think the case is very sad. It's a horrible thing. She was on all sorts of drugs, and she was very messed up. She killed three children, her three children. It's a very tough situation and I know the jury was certainly not a friendly one in terms of that one person. But it's not for me. Look, you had a jury and the jury was hung, and we'll see whether or not they have another trial.

Note 00:30:37-00:30:37 ( sec) NO STRESSLENS

[Crosstalk]

Question 00:30:37-00:30:48 (12 sec) NO SIGNAL (0)

Mr. President, many leading Democrats have condemned far-left streamer Hasan Piker. What is your take on him and do you think he's a liability for Democrats heading into mid-terms?

Donald Trump 00:30:48-00:31:11 (22 sec) WEAK (1.49)

I do. I think he's a terrible liability. I think they -- he's got a power over some of these Democrats and he'll be voting that way. I mean, he's a communist, there's no question about it, and the Democrats have a lot of communists. And the communists can hold up the party because it only takes a few votes when you have a close election, or you'll have a fairly close, I hope the Republicans are going to do well.

Donald Trump 00:31:11-00:31:34 (23 sec) MEDIUM (1.546)

But you're going to have -- it's going to be pretty close. And a group of three, four, five, ten people can steer a party in a certain direction -- that's, you know, both parties. Yeah, no, he's a guy who's very -- I mean, his statements are so bad. How a Jewish person could vote for a Democrat is not even -- if you think of it, not even believable.

Donald Trump 00:31:34-00:32:04 (31 sec) WEAK (1.374)

And yet they will, it's amazing. But it is not possible, in a world of rationality, that somebody who's Jewish, that somebody who's black could vote to be a Democrat, could vote for a Democrat. The things that have been said about different groups of people by them are incredible. And the mainstream Democrats, I know many of

parties. Yeah, no, he's a guy who's very -- I mean, his statements are so bad. How a Jewish person could vote for a Democrat is not even -- if you think of it, not even believable.



Donald Trump 00:31:34-00:32:04 (31 sec) WEAK (1.374)

And yet they will, it's amazing. But it is not possible, in a world of rationality, that somebody who's Jewish, that somebody who's black could vote to be a Democrat, could vote for a Democrat. The things that have been said about different groups of people by them are incredible. And the mainstream Democrats, I know many of them, and I'm friendly with many of them, but they've gone way left because they've had no choice.

Donald Trump 00:32:04-00:32:18 (13 sec) WEAK (1.375)

Not because they -- they don't believe it. They know communism has never worked. They know socialism has never worked. But these people are petrified of the radical left and he's one of them.

Note 00:32:18-00:32:18 ( sec) NO STRESSLENS

[Crosstalk]

Question 00:32:18-00:32:28 (10 sec) NO SIGNAL (0)

Mr. President, Polish leaders have expressed concerns that Russia may attack Ukrainian allies. Do you agree with that assessment?

Donald Trump 00:32:28-00:32:34 (6 sec) WEAK (1.1)

Well, I think they already have attacked Ukrainian allies. They've been attacking Ukrainian allies for approximately five years.

Question 00:32:34-00:32:35 (1 sec) NO STRESSLENS

And then, Mr. President --

Donald Trump 00:32:35-00:32:37 (2 sec) NO STRESSLENS

So, I do agree with that; I think everyone agrees with it.

Question 00:32:37-00:32:39 (2 sec) NO STRESSLENS

Mr. President, freedom of the press --

Donald Trump 00:32:39-00:32:40 (1 sec) NO STRESSLENS

Go ahead.

Question 00:32:40-00:32:41 (1 sec) NO STRESSLENS

Congresswoman.

Donald Trump 00:32:41-00:32:43 (2 sec) NO STRESSLENS

Did you mean Ukraine or another country?

Donald Trump 00:32:41-00:32:43 (2 sec) NO STRESSLENS

Did you mean Ukraine or another country?

Question 00:32:43-00:32:44 (1 sec) NO STRESSLENS

So, Poland is concerned about being attacked by Russia.

Donald Trump 00:32:44-00:32:47 (3 sec) NO STRESSLENS

You mean they're -- are they concerned that they're going to attack Poland?

Question 00:32:47-00:32:48 (1 sec) NO STRESSLENS

Yeah, they might attack.

Donald Trump 00:32:48-00:33:03 (14 sec) WEAK (1.245)

Well, you have a great president who is a big Trump fan. He was in 12th place; I endorsed him and now he's president and he's doing a fantastic job. And he is -- he's got it under control, he's got it --

Question 00:33:03-00:33:13 (11 sec) NO SIGNAL (0)

Congresswoman Maria Salazar filmed a video outside the White House the other day disagreeing with your immigration policies. You endorsed her primary campaign; do you still back her run and have you seen that video?

Donald Trump 00:33:13-00:33:44 (31 sec) NO SIGNAL (0)

Well, I do, and I have. I disagree with her. Look, I have a strong, a very strong -- it's a movement, my movement. It probably at least partially won the election. When I got elected at the beginning, previous to my -- coming in, we had the most unsafe border maybe anywhere in the world, maybe in history -- 25 million people poured in from prisons, from mental institutions, drug dealers, murders, 11,888 murderers came in, all documented.

Donald Trump 00:33:44-00:34:10 (26 sec) MEDIUM (1.537)

They allowed them into our country. I have a very strong -- she obviously doesn't have a very strong feeling for the border, but I do. And I understand what she's saying, but I have a very strong -- I won because of my border. Now, nobody think about it anymore. Look, they just announced the numbers. Over the last 16 months, nobody, zero -- I even find that hard to believe.

Donald Trump 00:34:10-00:34:31 (21 sec) WEAK (1.234)

But it's done by a group of people that seem to sort of lean Democrat. You know, they're not going to give me anything for nothing. And they say over the last 16 months not one person came through the southern border willingly, which is pretty hard to believe. But even if you said a few did, but 25 million came in through Biden and a lot of them should never be here.

Donald Trump 00:34:31-00:34:58 (27 sec) NO SIGNAL (0)

No, I'm very strong on the borders and she isn't. And she's a nice person; I got her elected. Without me she wouldn't have gotten elected. She ran against a person a number of years ago who was not even thought possible to lose. And then when I endorsed Maria, she ended up winning and the biggest surprise in all of Congress for that session, for that term.

Donald Trump 00:34:58-00:35:08 (10 sec) NO SIGNAL (0)

No, I'm very strong on the borders and she isn't. And she's a nice person, I got her elected. Without me she wouldn't have gotten elected. She ran against a person a number of years ago who was not even thought possible to lose. And then when I endorsed Maria, she ended up winning and the biggest surprise in all of Congress for that session, for that term.

Donald Trump 00:34:58-00:35:08 (10 sec) NO SIGNAL (0)

And Maria won only because of me. So, she's gotten a little bit soft on the border, I understand that, I understand that, but I just don't happen to be there.

Question 00:35:08-00:35:12 (4 sec) NO SIGNAL (0)

Mr. President, freedom of the press is enshrined in the First Amendment. Are you trying to --

Donald Trump 00:35:12-00:35:14 (2 sec) NO STRESSLENS

Thank you for telling me that. Appreciate it.

Question 00:35:14-00:35:15 (1 sec) NO STRESSLENS

Are you trying to intimidate the press from doing its job?

Donald Trump 00:35:15-00:35:27 (12 sec) NO SIGNAL (0)

No, no, no, no, I dislike dishonest press like you. I think you're terrible. But I dislike dishonest -- I like to see honest press. Yeah, please.

Note 00:35:27-00:35:27 ( sec) NO STRESSLENS

[Crosstalk]

Question 00:35:27-00:35:34 (7 sec) NO SIGNAL (0)

What do you mean by -- In the first administration, you tried a similar band against CNN, and it didn't survive a court challenge. What makes you think that this move --

Donald Trump 00:35:34-00:35:55 (21 sec) NO SIGNAL (0)

Well, we'll see. I mean, it didn't -- we didn't have to take it too far because the reporter that you're talking about discredited himself. He became a joke, so he no longer was very effective, so it didn't matter. No. But I think it's good. I think it's good to point it out, whether it survives or doesn't. I mean, I don't think the court should allow -- it depends on the judge you get, to be honest with you.

Donald Trump 00:35:55-00:36:15 (20 sec) WEAK (1.483)

I don't think that a court should allow fake news to be written day after day after day. I think that somebody has the right to keep them away, if they're going to write false stories all the time. I don't think I've had -- look, I won the presidency, I won all seven swing states, I won the popular vote.

Donald Trump 00:36:15-00:36:40 (25 sec) NO SIGNAL (0)

I won 87 percent of the counties, that's why the maps are all red when you look, except for two little blue lines on each side, on each coast. I won a landslide and I get no -- I don't get fair press. I get it from Breitbart; I get it from -- a little bit from Fox. Fox is the worst -- I think Fox has, frankly, the worst polls in the whole business.

Donald Trump 00:36:40-00:37:02 (22 sec) WEAK (1.422)

Donald Trump 00:36:15-00:36:40 (25 sec) NO SIGNAL (0)

I won 87 percent of the counties, that's why the maps are all red when you look, except for two little blue lines on each side, on each coast. I won a landslide and I get no -- I don't get fair press. I get it from Breitbart; I get it from -- a little bit from Fox. Fox is the worst -- I think Fox has, frankly, the worst polls in the whole business.

Donald Trump 00:36:40-00:37:02 (22 sec) WEAK (1.422)

I think they should have gotten rid of their pollsters years ago, they've been calling me wrong for 10 years. But my polls have been very good; I get good polls; I get good everything. But what I do ask is just a semblance of truth. CNN is fake news. MS Now is fake news. They're fake news; they know it. They're put there for a reason.

Donald Trump 00:37:02-00:37:24 (22 sec) WEAK (1.113)

Politico was bailed out by our government for going out of business. I don't know -- it was $8 million or something. But they were given this massive subsidy prior to my coming into office because they write only negative -- you know, only negative. No, we've done something that nobody's ever done politically.

Donald Trump 00:37:24-00:37:31 (7 sec) WEAK (1.138)

I've had a political career like nobody else in history. On occasion, it would be nice if we had some fairness. It's all fake news. Yeah, please.

Question 00:37:31-00:37:41 (10 sec) NO SIGNAL (0)

Mr. President, to put a finer point on it, though, how is this action legal and constitutional, considering the First Amendment? And, Governor Sanders, you were White House press secretary; do you agree with this plan to ban news outlets?

Donald Trump 00:37:41-00:37:59 (18 sec) NO SIGNAL (0)

Well, I'll just answer it again; I'll say it the same way. I don't think somebody should be allowed to come in and write fake stories, they're fake news, and that's why they have no credibility. That's why -- so, I had 96 percent negative coverage during the election, and I won because they have no credibility.

Donald Trump 00:37:59-00:38:25 (26 sec) WEAK (1.413)

I got 96. I guess NBC was 93 percent negative. So, 93 -- with all of the victories I've had, everything's been a victory, it's all been a victory. And I won the election like -- nobody's ever seen anything like it. I get no -- they never write a good story. They won't write a story about -- I just reduced drug prices by 40, 50, 60, 70, 80 percent.

Donald Trump 00:38:25-00:38:51 (26 sec) NO SIGNAL (0)

I won't get a good story out of these people. From some of them I will. I'll get one from him; I'll get one from him; I'll get a few of them, but it's sick. I mean, there's something wrong with a country that can allow people to write purposely negative stories. Now, if they want to write them, that's fine, but I don't have to let them into my -- into the people's house.

Donald Trump 00:38:51-00:38:52 ( sec) NO STRESSLENS

Yeah, please.

Question 00:38:52-00:38:52 (1 sec) NO STRESSLENS

Governor Sanders, do you --

Yeah, please.

Question 00:38:52-00:38:52 (1 sec) NO STRESSLENS

Governor Sanders, do you --

Donald Trump 00:38:52-00:38:54 (2 sec) NO STRESSLENS

Governor, go ahead.

Sarah Huckabee Sanders 00:38:54-00:39:19 (25 sec) NO SIGNAL (0)

Sure. I think it's hard for you to argue against a free press when you're literally standing in the Oval Office asking questions -- he's been more accessible and easier to talk to than any president in history. Think about the previous administration, where you could barely get through a press conference and yet you have the opportunity to stand here in the Oval Office and ask questions to the leader of the free world.

Sarah Huckabee Sanders 00:39:19-00:39:20 (1 sec) NO STRESSLENS

I mean, that's pretty free --

Question 00:39:20-00:39:21 (2 sec) NO STRESSLENS

Because of the First Amendment.

Sarah Huckabee Sanders 00:39:21-00:39:33 (12 sec) NO SIGNAL (0)

And you're standing here asking those questions. I think the president is right to support the First Amendment, but he's also right to ask that you be honest and fair. Um, that's not an unreasonable thing to do.

Donald Trump 00:39:33-00:39:50 (16 sec) WEAK (1.184)

Well, look at the way you treated Biden. He went a year and a half without having a press conference, a year and a half. And what was the question you asked him most? What is your favorite flavored ice cream? OK. What -- I think you asked him that question once.

Question 00:39:50-00:39:50 (1 sec) NO STRESSLENS

That is not true.

Donald Trump 00:39:50-00:40:02 (12 sec) WEAK (1.269)

What ice cream do you like the best? I mean, I heard that question so many times. And he'd always say, vanilla. That's a good thing, it was very consistent. I'm surprised he got that right but he'd always say vanilla. Yeah, please.

Question 00:40:02-00:40:08 (5 sec) NO SIGNAL (0)

On another note, are you disappointed that Senator John Thune isn't bringing the Ratepayer Protection Act to the floor?

Donald Trump 00:40:08-00:40:09 (1 sec) NO STRESSLENS

That he's not what?

Question 00:40:09-00:40:13 (3 sec) NO STRESSLENS

Donald Trump 00:40:08-00:40:09 (1 sec) NO STRESSLENS

That he's not what?

Question 00:40:09-00:40:13 (3 sec) NO STRESSLENS

He's not bringing the Ratepayer Protection Act that the House passed.

Donald Trump 00:40:13-00:40:15 (3 sec) NO STRESSLENS

Well, I'm talking to him about it. We'll see what happens.

Question 00:40:15-00:40:19 (3 sec) NO STRESSLENS

Mr. President, you've got President Xi coming here next -- next week.

Donald Trump 00:40:19-00:40:36 (18 sec) WEAK (1.467)

I do. Great honor. Um, China is one of the most repressive countries for journalists in the world. What signal does it send that you are trying to -- Well, I don't know about that. I think -- I think we're repressive also. We get fake news. We don't -- we don't repress but they write fake news. Uh, no, I think he's going to come, we get along very well.

Donald Trump 00:40:36-00:40:59 (23 sec) NO SIGNAL (0.591)

It's nice that we get along very well. We've had a good relationship. He'll be here next week. I can tell you this, it's too bad we don't have the ballroom open. Because if we did, we could have -- we'd have thousands -- we could have 2,000 people having dinner. They would love -- we have a very tiny little room where it's going to be squeezed out at about 125 or so people.

Donald Trump 00:40:59-00:41:19 (20 sec) MEDIUM (1.579)

But I literally could tell you that thousands of people would love to be at that dinner this is a very tough ticket for me. I've told a lot of very good friends of mine, you just can't come, just can't come. Uh, it's, uh, we're going to have a very good meeting. We're going to have a meeting, we get along well, we're doing very well with China.

Donald Trump 00:41:19-00:41:25 (6 sec) WEAK (1.416)

I would say others maybe not so well, but we're doing very well with China and President Xi and I have a good relationship.

Question 00:41:25-00:41:28 (3 sec) NO STRESSLENS

Do you expect an AI safety deal or any talks on that with --

Donald Trump 00:41:28-00:41:47 (19 sec) WEAK (1.456)

We're going to have a lot of different deals. Yeah. We intend -- we're not just doing it for our health. We're going to have some pretty important meetings. You know, China is paying us a lot of tariffs and you remember, I had it up to 145 percent at one point but it was too much. It was really -- it was really hurting them badly and I didn't want to do that.

Donald Trump 00:41:47-00:42:06 (19 sec) WEAK (1.203)

We're going to have a lot of different deals. Yeah. We intend -- we're not just doing it for our health. We're going to have some pretty important meetings. You know, China is paying us a lot of tariffs and you remember, I had it up to 145 percent at one point but it was too much. It was really -- it was really hurting them badly and I didn't want to do that.

Donald Trump 00:41:47-00:42:06 (19 sec) WEAK (1.203)

No, we get along very well we have a good relationship. Now uh, you know, somebody said, oh, they spy on us and I said, maybe they do, but we spy on them too. You know, I don't want to give any -- any, certified or classified information, but we spy on them, too. They said, they spy on you, sir. I said, we spy on them too.

Donald Trump 00:42:06-00:42:06 ( sec) NO STRESSLENS

Yeah. Please.

Question 00:42:06-00:42:07 (2 sec) NO STRESSLENS

Sir, can you describe how you envision --

Donald Trump 00:42:07-00:42:10 (3 sec) NO STRESSLENS

Back, back, back. Go ahead. Not you.

Question 00:42:10-00:42:20 (10 sec) NO SIGNAL (0)

Thank you, sir. Charlotte Scott with Spectrum News. Pennsylvania has reported four measles related deaths. What's your message to other states who might worry about a spread or outbreak coming to their communities?

Donald Trump 00:42:20-00:42:30 (9 sec) WEAK (1.49)

I think we're going to be in good shape. Uh, we have nothing against, uh, vaccinations for measles. You want to discuss that for a second, either Bobby or Oz?

Robert F. Kennedy Jr. 00:42:30-00:43:03 (33 sec) NO STRESSLENS

Uh, we encourage people to vaccinate on all the CDC websites. CDC has not yet received information about the measles death -- alleged measles deaths. We're waiting for that, and we will put it up on our website when -- when we hear about it. We encourage people to vaccinate. Uh, one of the problems with Pennsylvania is that the governor has very recently refused to cooperate with CDC.

Robert F. Kennedy Jr. 00:43:03-00:43:12 (9 sec) NO SIGNAL (0)

We were able to go in and end the outbreaks in all the other states, in South Dakota and Texas and all the other states.

Robert F. Kennedy Jr. 00:43:12-00:43:19 (7 sec) NO SIGNAL (0)

We sent our EPI -- EPI aid team into those states. When I offered that to Governor Shapiro, he said, no, we don't need your help.

Donald Trump 00:43:19-00:43:26 (7 sec) WEAK (1.183)

They've got a bad governor in Pennsylvania. People just don't know it. He's very -- he's close to incompetent. Daniel. Daniel.

Question 00:43:26-00:43:40 (14 sec) NO SIGNAL (0)

Mr. President? Mr. President? You announced last week that you'd be delivering $500 rebate checks to nearly a million Americans who were overcharged via Obamacare. Can you talk about what this would look like, how the idea came about?

They've got a bad governor in Pennsylvania. People just don't know it. He's very -- he's close to incompetent. Daniel, Daniel.

**Question** 00:43:26-00:43:40 (14 sec) NO SIGNAL (0)

Mr. President? Mr. President? You announced last week that you'd be delivering $500 rebate checks to nearly a million Americans who were overcharged via Obamacare. Can you talk about what this would look like, how the idea came about?

**Donald Trump** 00:43:40-00:44:11 (31 sec) NO STRESSLENS

We save hundreds of millions of dollars for the overcharging that the Democrats did for Obamacare and other things. And we found it. We gave it back to the people. We handed them back a lot of money and thank you for bringing that up. The other thing is, as you know, because we're doing so well, taking in so much money on tariffs and other things, because we have more factories being built than at any time in the history of our country, including car plants and every other kind of plant, including AI, but including everything.

**Donald Trump** 00:44:11-00:44:42 (31 sec) MEDIUM (1.529)

We are giving Republicans, or -- and when I say Republicans, because I think everybody is going to be Republican, actually, but we're giving the people of our country who are adults $5,000 if the Republicans win. Because if the Republicans win, we're going to have a lot of money. If the Democrats win, we're going to go into a depression and all these tax cuts and all the things that have made this economy so strong and the -- we're the hottest nation in the world.

**Donald Trump** 00:44:42-00:45:01 (19 sec) NO SIGNAL (0.495)

All of the things that we got will be taken away by the Democrats. Every one of them is going to be taken away, the tax cuts, no tax on tips, no tax on Social Security for our seniors, no tax on overtime. All of that is going to be taken away. They all voted against it. They voted in favor of men playing in women's sports.

**Donald Trump** 00:45:01-00:45:25 (24 sec) NO STRESSLENS

They voted in favor of the transgender mutilation of your children. You're going to be back to that stuff. Right now it doesn't exist, but you're going to be back to it. So if we win, because we have so much, because we are taking in so much money, we're going to give all people, not just Republicans, everybody that's an adult, $5,000. The only proviso is they'd have to spend it in this country.

**Donald Trump** 00:45:25-00:45:29 (4 sec) NO STRESSLENS

And when they spend it in the country, it's very inexpensive.

**Question** 00:45:29-00:45:34 (5 sec) NO SIGNAL (0)

Mr. President, right here. What do you mean by others to come and how is this band going to work?

**Donald Trump** 00:45:34-00:45:37 (3 sec) NO STRESSLENS

Others to come in terms of fake news?

**Question** 00:45:37-00:45:37 ( sec) NO STRESSLENS

Yes --

**Donald Trump** 00:45:37-00:45:56 (19 sec) NO SIGNAL (0.63)

Well, look, the New York Times is fake news. Washington Post is fake news. They're crummy papers, both doing very poorly, by the way. But we'll see. We're probably not going to display the paper anymore in the White House, those papers, but we haven't taken the step of throwing them out. But they're fake news,

Yes --

Donald Trump 00:45:37-00:45:56 (19 sec) NO SIGNAL (0.63)

Well, look, the New York Times is fake news. Washington Post is fake news. They're crummy papers, both doing very poorly, by the way. But we'll see. We're probably not going to display the paper anymore in the White House, those papers, but we haven't taken the step of throwing them out. But they're fake news, totally.

Donald Trump 00:45:56-00:46:09 (14 sec) WEAK (1.301)

New York Times is so fake. Washington Post is disgusting. I mean, they're disgusting. I don't get it, why would they be? You know, we're doing so well and they'll take the most positive story and make it as negative as possible. Go ahead, please.

Question 00:46:09-00:46:10 (1 sec) NO STRESSLENS

Is speech only free when you agree with it, sir?

Donald Trump 00:46:10-00:46:12 (2 sec) NO STRESSLENS

No, no, please.

Question 00:46:12-00:46:20 (8 sec) NO SIGNAL (0)

Um, you're speaking to UNGA next week, what is your message? Because last year, you sort of said that the, uh, the United Nations wasn't helping end wars, but --

Donald Trump 00:46:20-00:46:37 (17 sec) WEAK (1.373)

Last year, they wouldn't let my person in the teleprompter room, remember that? My teleprompter operator was banned from the room. He went out, came back, and they wouldn't let him in. So I'm standing there without a teleprompter. Isn't it nice to have a president -- and actually, they said it was one of my best speeches.

Donald Trump 00:46:37-00:46:54 (17 sec) NO SIGNAL (0.731)

I don't know how that happened, but I'm -- they're introducing, ladies and gentlemen, on behalf of the United States, and I'm looking at the teleprompter screen and it's totally blank and it was for more than half the speech. Somehow, they let him in in about half the speech, probably they did that on purpose.

Donald Trump 00:46:54-00:47:16 (22 sec) NO SIGNAL (0)

But -- and he shouldn't have been leaving the room for a minute. He had to leave the room, come back. Uh, but, uh, you remember that? They turned off the escalator. Fortunately, my First Lady was very strong, and I was able to grab her back or another part of her body, and it was actually a little bit lower than the back, and it kept me standing up tall.

Donald Trump 00:47:16-00:47:36 (20 sec) NO SIGNAL (0.987)

I was standing very tall. But you remember, I was going up in the air and it came to a dead stop. This was -- I built a lot of escalators. I put in a lot of escalators. You're going to have some beauties right over here. But they don't do that unless somebody wants -- and then I got up to make my speech and I said, I don't have a teleprompter.

Donald Trump 00:47:36-00:47:46 (10 sec) WEAK (1.079)

Can you imagine? And I think I spoke very well. It's nice to have a president that doesn't need a teleprompter.

You're going to have some beauties right over here. But they don't do that unless somebody wants -- and then I got up to make my speech and I said, I don't have a teleprompter.

Donald Trump 00:47:36-00:47:46 (10 sec) WEAK (1.079)

Can you imagine? And I think I spoke very well. It's nice to have a president that doesn't need a teleprompter.

Question 00:47:46-00:47:53 (7 sec) NO SIGNAL (0)

Sir, have you looked at any plans to demolish the Kennedy Center? There was an image of you from Air Force One --

Donald Trump 00:47:53-00:48:09 (16 sec) NO SIGNAL (0)

Well, look, here's the problem with the Kennedy Center. I should be very careful because Bobby is standing right behind me, and I cherish that too. I actually like the name of Kennedy and Trump, Trump and Kennedy because it showed bipartisanship. It showed a Republican Party and a Democrat Party working together.

Donald Trump 00:48:09-00:48:29 (20 sec) WEAK (1.307)

The problem with the Kennedy Center, it loses -- for years, it's lost between $60 million and $100 million a year. It loses that every year. It's not an economically sound thing. Now, with all of that, Carnegie Hall loses money. All of those places lose money. They need massive subsidy in order to sustain.

Donald Trump 00:48:29-00:48:50 (21 sec) WEAK (1.401)

They get very little from Congress. Uh, I'm ready to fix it, make it good. We have a hostile judge. We have a conflicted judge. His wife represents, uh, I think, Barack Hussein Obama, but Biden, represents Kamala, represents Democrats. Uh, she has a different name so most people don't know that, but we were able to figure it out, but we have a very hostile judge.

Donald Trump 00:48:50-00:49:11 (20 sec) WEAK (1.493)

Uh, as I understand it, he gave us the right to go and do the job finally, after a week. I could have started this job up seven months ago. Uh, as you noticed, a big portion of ceiling fell down two days ago, almost killed a security guard, missed him by like -- the place is a dump. It's been a dump for years.

Donald Trump 00:49:11-00:49:25 (14 sec) WEAK (1.237)

It's lost money for years. I can turn it around, fix it but the question is, somebody's going to have to subsidize that for years to come, because, uh, palaces of the arts lose tremendous amounts of money.

Donald Trump 00:49:25-00:49:52 (27 sec) WEAK (1.232)

The Kennedy Center, for 25 years, has lost a tremendous amount of money and all I'm saying, I don't mind doing the job, but if I do the job, I think the Trump administration, including Bobby, but the Trump administration should be recognized. Why should I raise and put up and do all of this work? Not only building it, which I'll do a better job building it than anybody else, anybody in America.

Donald Trump 00:49:52-00:50:12 (20 sec) WEAK (1.163)

But why should I do everything and then for the rest of my life, have to go out and raise money because by nature, by the nature of that type of an operation, you lose anywhere from $50 million to $100 million, maybe even $150 million a year. I think if I do that -- excuse me. I think if I do that --

Question 00:50:12-00:50:14 (2 sec) NO STRESSLENS

Why would you want your name on the memorial --

But why should I do everything and then for the rest of my life, have to go out and raise money because by nature, by the nature of that type of an operation, you lose anywhere from $50 million to $100 million, maybe even $150 million a year. I think if I do that -- excuse me. I think if I do that --

**Question** 00:50:12-00:50:14 (2 sec) NO STRESSLENS

Why would you want your name on the memorial --

**Donald Trump** 00:50:14-00:50:36 (22 sec) WEAK (1.069)

Because we should be recognized -- the Trump administration, if I'm willing and the administration is willing, we have a lot of people working very hard on it to save it. I can save it easily. But why should we be doing that and then raise money for the rest of our lives to keep it afloat, because that's what you have to do, if we get no recognition?

**Donald Trump** 00:50:36-00:50:58 (22 sec) WEAK (1.128)

I think the Trump administration should be recognized as having saved the Kennedy Center, because nobody else can do it -- wait a minute. I already raised $258 million from Congress, and they gave it to me because it's me, in order to rebuild it and fix it. The problem is, once it's built, it's going to lose $100 million a year.

**Donald Trump** 00:50:58-00:51:19 (21 sec) WEAK (1.005)

And it was losing a lot of money. Before I got there, you know, people say, oh, Trump got there. No, no, I came there to save it. The problem is we had a very hostile judge. We have a very outstanding board. The board is among the most successful people in the country, and they vote. We have a Congresswoman who is, you know, a person that never did a thing in her life, frankly, never did anything constructive.

**Donald Trump** 00:51:19-00:51:38 (19 sec) WEAK (1.304)

All she does is complain. But, uh, saving the Kennedy Center is very, very tough. A tremendous amount of effort is going to -- once it's built and I'll build it great, get it done on time, like that building, on time, under budget. It's going to be great. Like your heliport outside, it's already -- it's two months ahead of schedule.

**Donald Trump** 00:51:38-00:51:55 (16 sec) WEAK (1.278)

It's going to open -- they're going to have an official opening on the 21st, with the first helicopter landing, etc. And it's beautiful. Everybody -- in fact, they were going to sue me on the heliport and then they saw how beautiful it was, and they decided not to sue, the same group that goes around suing everybody to stop progress.

**Donald Trump** 00:51:55-00:52:05 (10 sec) WEAK (1.079)

But, uh, if we're going to save the Kennedy Center, I think the Trump administration should be given recognition for doing so.

**Question** 00:52:05-00:52:12 (7 sec) NO SIGNAL (0)

Was it appropriate for your son to accept a gift of the payment of some of his wedding festivities --

**Donald Trump** 00:52:12-00:52:30 (18 sec) MEDIUM (1.55)

Well, it's totally -- it's totally allowed and a lot of people have parties and all, but it's totally allowed. But as I understand it, he paid them back. He didn't want to have that, so I hear he paid him back. Uh, a person that he knows pretty -- I guess a friend of his gave him a wedding party, that's very common.

**Donald Trump** 00:52:30-00:52:47 (16 sec) MEDIUM (1.562)

I've heard of many people are given wedding parties. I've given -- wait a minute. I've given -- well, I don't know, maybe he didn't do a background check, but I've given -- I've given wedding parties for numerous people. They get married, I give them a party. Uh, I give them parties at beautiful places like Mar a Lago and others.

Well, it's totally -- it's totally allowed and a lot of people have parties and all, but it's totally allowed. But as I understand it, he paid them back. He didn't want to have that, so I heard he paid him back. Uh, a person that he knows pretty -- I guess a friend of his gave him a wedding party, that's very common.

Donald Trump 00:52:30-00:52:47 (16 sec) MEDIUM (1.562)

I've heard of many people are given wedding parties. I've given -- wait a minute. I've given -- well, I don't know, maybe he didn't do a background check, but I've given -- I've given wedding parties for numerous people. They get married, I give them a party. Uh, I give them parties at beautiful places like Mar a Lago and others.

Donald Trump 00:52:47-00:52:52 (5 sec) NO SIGNAL (0.605)

But I've given many. Uh, with all of that being said, I understand that Don's paid them back.

Question 00:52:52-00:52:54 (2 sec) NO STRESSLENS

That's the first we've heard that, sir.

Donald Trump 00:52:54-00:53:10 (15 sec) WEAK (1.173)

Well, I heard about that. I actually heard that -- when I heard the story, I asked about it. He said, no, I'm paying it back, dad. So -- and that was a while ago, so I heard he's paying back. But I have to say, though, you know, giving a wedding party is pretty common. Yeah.

Question 00:53:10-00:53:15 (5 sec) NO SIGNAL (0)

Mr. President, on the ban, what does that mean in practice? Are you taking away their badges? Are you banning them from the pool? What does this actually mean?

Donald Trump 00:53:15-00:53:20 (5 sec) WEAK (1.427)

When you say the ban, which ban? You know -- you know how many bans I'm involved? I got more bans going. I've got more bans going than any human being.

Question 00:53:20-00:53:34 (14 sec) NO SIGNAL (0)

On the three news outlets, sir, what does that mean in practice? Are you taking away their badges? Are you banning them from the pool? Are you banning them from the Oval Office? What does that mean?

Donald Trump 00:53:34-00:53:35 (1 sec) NO STRESSLENS

I still don't know what --

Question 00:53:35-00:53:38 (3 sec) NO STRESSLENS

What do you envision the ban to look like, sir?

Note 00:53:38-00:53:38 ( sec) NO STRESSLENS

[Crosstalk]

Donald Trump 00:53:38-00:53:58 (20 sec) NO SIGNAL (0)

Oh, the ban on the free press, right? Uh, a very simple ban. I don't want them in my office. I don't want them here. I would say the ban would go as far as you can. And if they could straighten themselves out, you know, if they could straighten themselves out, I'd love it. Look, they're very dishonest people.

Donald Trump 00:53:58-00:54:24 (27 sec) WEAK (1.066)

I still don't know what --

Question 00:53:35-00:53:38 (3 sec) NO STRESSLENS

What do you envision the ban to look like, sir?

Note 00:53:38-00:53:38 ( sec) NO STRESSLENS

[Crosstalk]

Donald Trump 00:53:38-00:53:58 (20 sec) NO SIGNAL (0)

Oh, the ban on the free press, right? Uh, a very simple ban. I don't want them in my office. I don't want them here. I would say the ban would go as far as you can. And if they could straighten themselves out, you know, if they could straighten themselves out, I'd love it. Look, they're very dishonest people.

Donald Trump 00:53:58-00:54:24 (27 sec) WEAK (1.066)

They write in a very dishonest way. Uh, ABC Fake News gave me $16 million that was agreed to, $16 million that I won from ABC News because George Papadopoulos wrote incorrect stuff. CBS gave me $38 million because they broadcast Kamala Harris on 60 Minutes and the question bore no relationship to what she said.

Donald Trump 00:54:24-00:54:53 (29 sec) NO SIGNAL (0.931)

You saw that. I'm right now suing BBC because they have -- the granddaddy of them all. They have where I said walk freely and patriotically having to do with January 6th. And they put horrible fighting words into my mouth, with my -- with me actually saying it. I said, I never said that. And when we checked it was BBC actually changed my language and they put words in my mouth.

Donald Trump 00:54:53-00:55:12 (19 sec) WEAK (1.102)

That's the furthest I've seen. So that we have numerous lawsuits. We'll be suing these people too. But the ban is because they are fake news. They cannot write the truth. And Politico is very bad. And Politico, frankly, I think what they did was illegal. They accepted a -- the world's largest subscription.

Donald Trump 00:55:12-00:55:35 (24 sec) WEAK (1.209)

They got $8 million or something like that for a subscription to their stupid, uh, you know, lightweight paper. But I will say, Politico and MS NOW, which nobody ever heard of, and CNN, which is doing very poorly, the reason they do so poorly is because they have no credibility. And if they had credibility, I wouldn't be sitting here right now.

Donald Trump 00:55:35-00:55:46 (11 sec) NO SIGNAL (0.437)

So we are banning them, yes, we are, and there may be others to follow. Thank you very much, everybody. Thank you. Thank you. Thank you.

Aide 00:55:46-00:55:52 (5 sec) NO STRESSLENS

Thank you. Thank you guys. Thank you. Thank you. Thank you guys.

Roll Call

THE SOURCE FOR NEWS ON CAPITOL HILL SINCE 1955

About Contact Us Advertise
Events Privacy RC Jobs
Newsletters The Staff Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2026 CQ and Roll Call. All rights reserved.