# EXHIBIT C

TRUTH.

Truth Details
3343 replies

Donald J. Trump
@realDonaldTrump

The White House is not instituting an assault on the Free Press, something which I cherish. It is instituting an assault on the FAKE NEWS, something that has grown like Cancer in our beloved United States of America. It is corrupt, purposeful, pervasive, fully coordinated, and totally out of control. It is a threat to our National Security, and must be stopped, NOW! Thank you for your attention to this matter. President DONALD J. TRUMP

**7.28k** ReTruths **26.9k** Likes Sep 21, 2026, 11:53 AM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

Get Truth+
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

Live

America's Voice Live
Real America's Voice

Newswire: Episode 11
Newsmax 2

Cops Reloaded S1:E48 – ...
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. 🇺🇸

Continue the conversation
Sign up now to create your personalized experience.

Create Account Sign In