# EXHIBIT D

← Truth Details
4286 replies

Donald J. Trump
@realDonaldTrump

As expected, Fake News CNN, Politico (Pay back the 8 Million Dollar contribution made by the U.S. Government to keep them afloat!), and MSNOW (formerly known as MSDNC!), have brought suit to gain access to the White House, and your President, ME! They have drawn a great Judge, for them, a man who ruled in favor of Jim Acosta, who now seems to have disappeared from the Planet. The Judge's name is Tim Kelly, and he was, sadly, appointed by "TRUMP." In other words, almost without question and, as usual, we'll go for appeal because Fake News people and publications that only write negatively, and who violate our National Security by writing false and defamatory stories with unknown "sources," shouldn't be allowed access to the most important Office anywhere in the World. It is called the Oval Office, and it should be treated with Decorum, Respect, and Dignity, not defiled by Third Rate Clowns, who purposefully distort, twist, and degrade with everything they write or publish. Virtually every story about me, or anything having to do with me, is negative, wrong and, in many cases, DANGEROUS for our Country! No matter how GREAT my Achievements, they trivialize and demean. The fact is, I won all seven Swing States, the Popular Vote, the Electoral College (312 to 226), and the Counties throughout America by 86%, and yet it is reported that I get 94% bad publicity. With such a Crooked and Corrupt Press, how did I win in such a LANDSLIDE? It is because the Media has NO credibility, and that is a very bad thing for our Nation! Why should I have to give "access" to such people? Perhaps Judge Kelly could explain that! In any event, I have an obligation to fight for the Success and Safety of our Country. FAKE NEWS IS A THREAT TO DEMOCRACY, and I will do whatever is necessary to make sure that the U.S.A. thrives. MAKE AMERICA GREAT AGAIN! President DONALD J. TRUMP

**6.88k** ReTruths **26.2k** Likes Sep 21, 2026, 7:39 PM

New to Truth?
Join Truth Social to get the full story and details.
Create Account
Sign In

Get Truth+
30+ premium networks, on-demand content, 24/7 streaming.
7-day free trial

Live
America's Voice Live
Real America's Voice
Newswire: Episode 11
Newsmax 2
Cops Reloaded S1:E48 – ...
Reelz TV

Help Center • Legal • Cookie Preferences • Do Not Sell or Share My Personal Information
Proudly made in the United States of America. 🇺🇸

Continue the conversation
Sign up now to create your personalized experience.
Create Account
Sign In