# EXHIBIT F




Sep 22, 2026 - Politics & Policy

# "You shouldn't be here": Trump calls out CNN's Kaitlan Collins at U.N.



Herb Scribner

Add Axios on Google




Asked about a poll showing broad pessimism about the Iran war, President Trump told CNN's Kaitlan Collins, "You shouldn't be here," Tuesday morning at the United Nations General Assembly.

**Why it matters:** The exchange brought Trump's fight with major news organizations to an event outside White House grounds as the dispute heads to federal court.

**What they're saying:** Ahead of his speech at the UN Tuesday morning, Trump fielded questions, including one from Collins about findings showing that two-thirds of Americans think the U.S. is losing the Iran war.

- Trump replied: "I'm surprised that CNN is here covering me. You shouldn't be here. You should not be here covering me. You said you weren't going to cover me. You shouldn't be covering me."

Advertisement
Navigate confidently

Navigate confidently with HSBC
HSBC
Find out more
© HSBC Bank USA, N.A. 2025. All Rights Reserved. Member FDIC.

- Collins told Trump that CNN was credentialed by the UN to cover Tuesday's event.

**Catch up quick:** Trump said Friday he was banning CNN, MS NOW and Politico from the White House, and reporters from the three outlets were denied access beginning Saturday.

- The move prompted backlash from those outlets and a broader coalition of major news organizations.
- The White House TV pool suspended coverage of presidential events requiring pool coverage, a rare coordinated response among rival networks.

**Between the lines:** Trump's White House press ban doesn't apply to events at UN headquarters, where reporters are credentialed by the UN.

**The latest:** CNN, MS NOW, and Politico filed a First Amendment lawsuit Monday alleging the White House retaliated against them by denying press access.

- Trump administration officials argue that the White House has the authority to restrict reporters' access to certain spaces, while legal experts contend that precedent supports the news outlets, Axios' Sara Fischer writes.

**Go deeper:** "National security" becomes Trump's executive sledgehammer

Add Axios on Google

Advertisement
Explore new markets today.
Learn more
HSBC
© HSBC Bank USA, N.A. Member FDIC.

## What to read next

World Sep 21, 2026



President's UN trip will not have a TV camera

Go deeper (1 min. read) ⟶



Politics & Policy Sep 19, 2026

## Trump bans CNN, MS NOW and Politico from White House

Go deeper (2 min. read) ⟶

Uber A message from Uber

# President Trump on The Axios Show



The Axios Show, presented by Uber, continues with President Trump in a wide-ranging conversation with Axios' Marc Caputo about power, war and America's role in the world.

[Watch here.](#)



Politics & Policy Sep 21, 2026

## CNN, MS NOW, Politico sues White House over blocked access

Go deeper (2 min. read) ⟶



Business Sep 23, 2026

## White House press ban set to continue for now after hearing ends without ruling



The Axios Show, presented by Uber, continues with President Trump in a wide-ranging conversation with Axios' Marc Caputo about power, war and America's role in the world.

Watch here.

---



Politics & Policy Sep 21, 2026

## CNN, MS NOW, Politico sues White House over blocked access

Go deeper (2 min. read) ⟶

---



Business Sep 23, 2026

## White House press ban set to continue for now after hearing ends without ruling

Go deeper (2 min. read) ⟶

---



Politics & Policy Sep 21, 2026

## Trump inaudible during TV blackout: What the press pool does

Go deeper (3 min. read) ⟶



AXIOS Axios Media Inc., 2026