# EXHIBIT G

Truth Details
2217 replies

Donald J. Trump
@realDonaldTrump

All of the SLEAZEBAGS, like Third Rate "Reporter," Kaitlan Collins, of Fake News CNN, a truly unhappy person, said they weren't going to be covering me. Then why were they ranting and raving like Lunatics, in the Press Area, at the United Nations? Why was she there? She's got a "TRUMP" addiction, and so does CNN and MSDNC. They're all sick, treasonous, and demented! The "good news" is that they have a great, for them, and totally disloyal Judge. MAKE AMERICA GREAT AGAIN! President DONALD J. TRUMP

**4.76k** ReTruths **18.8k** Likes Sep 23, 2026, 3:53 AM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

**Live**

**America's Voice Live**
Real America's Voice

**Newswire: Episode 11**
Newsmax 2

**Cops Reloaded S1:E49 – ...**
Reelz TV

Help Center • Legal • Cookie Preferences • Do Not Sell or Share My Personal Information

Proudly made in the United States of America. 🇺🇸

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account Sign In

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/117318329260090686
Capture timestamp (UTC): Mon, 28 Sep 2026 19:31:53 GMT