# EXHIBIT I

GIBSON DUNN

Theodore J. Boutrous Jr.
Partner
T: +1 213.229.7804
M: +1 310.871.7093
tboutrous@gibsondunn.com

September 25, 2026

Mr. Michael K. Velchik
Senior Counsel
Civil Division, U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
michael.velchik@usdoj.gov

Dear Mr. Velchik:

We write on behalf of our clients Cable News Network, Inc. (CNN), MS NOW Cable, LLC (MS NOW), and POLITICO LLC (POLITICO), in response to the letters the White House Press Office sent to those organizations on September 22, 2026, and that were attached to your opposition to our motion for a temporary restraining order in *CNN, et al. v. Trump, et al.*, No. 26-cv-03287 (D.D.C.), at Dkts. 16-1 to 16-3. In light of the District Court's temporary restraining order issued on September 24, 2026, Dkt. 24, we do not believe further response to those letters is warranted at this time. Our clients reserve all rights.

Respectfully,

Theodore J. Boutrous Jr.