# EXHIBIT J

TRUTH.

Truth Details
1237 replies

Donald J. Trump
@realDonaldTrump

Why should perpetrators of FAKE NEWS, like CNN and MSDNC, be allowed access to a very sacred place, the White House? Despite my big Election Win, almost 100% of "TRUMP" coverage is negative, and has been for years!

Defiant White House slaps down journalists: 'Access is a privilege - not a right': justthenews.com/politics-polic



justthenews.com
Defiant White House slaps down journalists: 'Access is a privilege - not a right'
"No President is required to host a hostile operation on the grounds. Access has always been a privilege — and President Trump is applying that rule," the statement read.

**3.31k** ReTruths **12.8k** Likes Sep 26, 2026, 10:51 AM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

Get Truth+
30+ premium networks, on-demand content, 24/7 streaming.
7-day free trial

Live

America's Voice Live
Real America's Voice

Newswire: Episode 11
Newsmax 2

Cops Reloaded S1:E48 – ...
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. 🇺🇸

Continue the conversation
Sign up now to create your personalized experience.

Create Account Sign In

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/117336958253518518
Capture timestamp (UTC): Mon, 28 Sep 2026 19:15:12 GMT