# EXHIBIT K

← Truth Details
5707 replies

Donald J. Trump
@realDonaldTrump

FAKE NEWS SHOULD NOT BE ALLOWED IN THE WHITE HOUSE!!! IT HAS GONE ON FAR TOO LONG, AT A TREMENDOUS COST TO OUR COUNTRY. President DJT

**8.26k** ReTruths **36.3k** Likes Sep 26, 2026, 12:22 PM

New to Truth?
Join Truth Social to get the full story and details.
Create Account
Sign In

Get Truth+
30+ premium networks, on-demand content, 24/7 streaming.
7-day free trial

Live
America's Voice Live
Real America's Voice
Newswire: Episode 11
Newsmax 2
Cops Reloaded S1:E48 – ...
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information
Proudly made in the United States of America. 🇺🇸

Continue the conversation
Sign up now to create your personalized experience.
Create Account Sign In