**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, ET AL.,<br>*Defendants*. | Civil Case No. 1:26-cv-03287-TJK<br><br>**DECLARATION OF CHEYENNE HASLETT** |

**DECLARATION OF CHEYENNE HASLETT**

I, Cheyenne Haslett, hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge. I am a White House Reporter for POLITICO and a Plaintiff in this action. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath.

2. I have covered the White House as a reporter for POLITICO since October 2025. I have held a White House press credential known as a "hard pass" since approximately May 2022. A hard pass is the credential that allows a journalist to enter the White House complex on a regular basis to cover the President and the administration. Before September 19, 2026, my hard pass had never been suspended or revoked.

3. On September 18, 2026, I learned that the President had announced on Truth Social that he was "banning" POLITICO, along with CNN and MS NOW, from the White House "effective immediately." No one from the White House contacted me or, to my knowledge, anyone else at POLITICO about that announcement or about my hard pass.

4. On the morning of Saturday, September 19, 2026, I went to the White House to do my job as a POLITICO reporter. A United States Secret Service officer at the gate denied me entry to the White House complex and took my hard pass. I asked the officer why my pass was being taken. The officer did not give me a reason. My hard pass was not returned to me, and I was not permitted to enter.

5. Since that morning, I have been unable to enter the White House complex. Without a hard pass, I cannot attend press briefings or other events at the White House, and I cannot do my job as a White House reporter in the same manner as I had before September 18, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of September 2026 in Washington, D.C.



Cheyenne Haslett