**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of the Motion for a Preliminary Injunction filed by Plaintiffs Cable News Network, Inc. (CNN), MS NOW Cable, LLC (MS NOW), POLITICO LLC (POLITICO), Betsy Klein, Akayla Gardner, and Cheyenne Haslett, and the entire record herein, it is hereby:

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**;

**ORDERED** that Defendants (except for President Trump) and all those acting in concert with them are **ENJOINED** from taking any further action to enforce the President's September 18, 2026 directive banning CNN, MS NOW, and POLITICO, including Ms. Klein, Ms. Gardner, Ms. Haslett, and their other journalists, from the White House grounds;

**ORDERED** that Defendants (except for President Trump) and all those acting in concert with them are **ENJOINED** from revoking, deactivating, or confiscating Plaintiffs' "hard pass" press credentials, and/or otherwise depriving Plaintiffs and their reporters of the White House access they had before September 18, 2026;

**ORDERED** that Defendants must, in good faith, take such other steps as are necessary to prevent the enforcement or implementation of the September 18, 2026 ban; and

**ORDERED** that this Preliminary Injunction shall remain in effect pending final judgment in this action or further order of this Court.

**SO ORDERED.**

Dated: _________________, 2026

_________________________________
TIMOTHY J. KELLY
United States District Judge