**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-03287-TJK |

**CONSENT MOTION OF AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 7(o), the American Civil Liberties Union and the American Civil Liberties Union of the District of Columbia (together, "*amici*") move for leave to file the attached amicus curiae brief in support of Plaintiffs' motion for a preliminary injunction.

The parties consent to this motion.

The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit organization that since 1920 has sought to protect the civil liberties and civil rights of all Americans. The ACLU of the District of Columbia ("ACLU-DC") is the ACLU's Washington, D.C. affiliate. The ACLU and ACLU-DC have frequently appeared in this Court, as counsel to parties or as *amici curiae*, in cases raising significant questions about the meaning of the Constitution, its limitations on government power, and the breadth of rights it grants.

The ACLU and its affiliates have also participated as counsel or *amici curiae* in many consequential First Amendment cases, including those involving suppression of disfavored views. *See, e.g., NRA v. Vullo*, 602 U.S. 175 (2024) (counsel); *Reno v. ACLU*, 521 U.S. 844 (1997)

(counsel); *Boos v. Barry*, 485 U.S. 312 (1988) (amicus); *Mahoney v. Babbitt*, 105 F.3d 1452, 1453 (D.C. Cir. 1997) (amicus); *Arab Student Union of Jackson-Reed High School v. District of Columbia*, No. 1:24-cv-1195 (filed Apr. 24, 2024; settled Sept. 9, 2025) (counsel).

*Amici curiae* write to place in historical and global context the challenged decision to ban several news organizations from the White House based on the President's displeasure at their reporting. Our Nation's history and other countries' modern trajectories demonstrate the importance of upholding First Amendment protections here. When officials are allowed to punish media organizations for their reporting, repression and democratic backsliding often follow. The stakes are particularly high because of the breadth of this Administration's assault on free expression. As *amici* explain, the Administration has attempted to muzzle institutions like the bar, the academy, and the media that are at the heart of civil society. Constant vigilance for our liberties is as critical as ever.

Accordingly, the proposed brief will provide important context for the Court's adjudication of the important First Amendment questions in this case.

Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman
Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel.: (202) 457-0800
smichelman@acludc.org

Brian Hauss
Esha Bhandari
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Amici Curiae*

September 29, 2026