**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER GRANTING CONSENT MOTION OF AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon consideration of amici's motion, and the arguments and papers presented in support thereof, the Court hereby ORDERS that the motion for leave is GRANTED, and the Court respectfully directs the Clerk to file on the docket the proposed amicus brief attached to the motion.

Entered this ___ day of ______________, 2026.

_________________________

Timothy J. Kelly
United States District Judge