**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Deborah B. Baum of Pillsbury Winthrop Shaw Pittman LLP as counsel for *amicus curiae* movant the Society for the Rule of Law in the above-captioned matter.

Dated: September 29, 2026

Respectfully submitted,

/s/ Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Tel.: (202) 663-8000
deborah.baum@pillsburylaw.com

Counsel for *Amicus Curiae* Movant the Society for the Rule of Law

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, who are registered CM/ECF users.

/s/ Deborah B. Baum
Deborah B. Baum