**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**DECLARATION OF YAARA BARNOON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Yaara Barnoon, declare as follows:

1. I am counsel for the Society for the Rule of Law, *amicus curiae* movant in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Yaara Zeeva Barnoon.

3. I am a counsel with the law firm Pillsbury Winthrop Shaw Pittman LLP. My office address is 1200 Seventeenth Street, NW, Washington, DC 20036. My telephone number is (202) 663-8000.

4. I am admitted, practicing, and a member in good standing of the District of Columbia Bar (Bar Number 1023972). I have been a member in good standing since my admission on December 8, 2014. I am also admitted to the Bar of the State of Maryland, where my membership is currently inactive.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I engage in the practice of law from an office located in the District of Columbia, and I am a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of September, 2026 in Washington, D.C.

Yaara Barnoon