**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER**

At the District of Columbia this ___ of ____________, 2026, having considered the Motion of the Society for the Rule of Law seeking the admission *pro hac vice* of Ya'ara Barnoon (ECF No. ), and the Declaration of Ya'ara Barnoon submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

______________________________
Hon. Timothy J. Kelly
United States District Judge

**ATTORNEYS AND PARTIES TO BE NOTICED**

Pursuant to Local Rule 7(k)

Michael Kenneth Velchik
Senior Counsel, Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 860-8388
michael.velchik@usdoj.gov
*Counsel for Defendants*

Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
CMui@gibsondunn.com
*Counsel for Plaintiffs*

Deborah B. Baum (D.C. Bar No. 393019)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8000
deborah.baum@pillsburylaw.com
Counsel for *Amicus Curiae* Movant the Society for the Rule of Law