**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANNE M. VOIGTS**

Pursuant to Local Civil Rule 83.2(c), the Society for the Rule of Law, *amicus curiae* movant in the above-captioned matter, respectfully moves for the admission and appearance of attorney Anne M. Voigts *pro hac vice*.

As set forth in the accompanying Declaration, Ms. Voigts is admitted, practicing, and a member in good standing of the State Bar of California. This motion is supported and signed by Deborah Baum, an active and sponsoring member of the Bar of this Court. The $100 fee accompanies this motion.

Pursuant to Local Civil Rule 7(m), counsel for the Society conferred with counsel for the parties. Plaintiffs consent to this motion and defendants do not oppose as long as the attorney at issue meets the requirements, as she does.

Dated: September 29, 2026

Respectfully submitted,

/s/ Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Tel.: (202) 663-8000
deborah.baum@pillsburylaw.com

Counsel for *Amicus Curiae* the Society for the Rule of Law

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, who are registered CM/ECF users.

/s/ Deborah B. Baum
Deborah B. Baum