**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**DECLARATION OF ANNE M. VOIGTS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Anne M. Voigts, declare as follows:

1. I am counsel for the Society for the Rule of Law, *amicus curiae* movant in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Anne Margaret Voigts.

3. I am a partner with the law firm Pillsbury Winthrop Shaw Pittman LLP. My office address is 2400 Hanover Street, Palo Alto, California 94304. My telephone number is (650) 233-4500.

4. I am admitted, practicing, and a member in good standing of the State Bar of California (Bar Number 220783). I have been a member in good standing since my admission on 11/18/2002. I am also admitted and in good standing as a member of the following federal bars:

- USDC Northern District of California; admitted on 4/17/2003,
- USDC Central District of California; admitted on 3/24/2003,
- USDC Eastern District of California; admitted on 3/20/2003,
- USDC Southern District of California; admitted on 3/24/2003,

- Supreme Court of the United States; admitted on 8/6/2018,
- U.S. Court of Appeals for the First Circuit; admitted on 3/8/2021.
- U.S. Court of Appeals for the Second Circuit; admitted on 12/14/2020.
- U.S. Court of Appeals for the Third Circuit; admitted on 5/19/2021.
- U.S. Court of Appeals for the Fourth Circuit; admitted on 4/24/2023.
- U.S. Court of Appeals for the Fifth Circuit; admitted on 11/1/2017.
- U.S. Court of Appeals for the Sixth Circuit; admitted on 6/17/2022.
- U.S. Court of Appeals for the Seventh Circuit; admitted on 3/12/2021.
- U.S. Court of Appeals for the Eighth Circuit; admitted on 4/24/2023.
- U.S. Court of Appeals for the Ninth Circuit; admitted on 5/9/2003.
- U.S. Court of Appeals for the Tenth Circuit; admitted on 4/24/2023.
- U.S. Court of Appeals for the Eleventh Circuit; admitted on 4/18/2018.
- U.S. Court of Appeals for the District of Columbia Circuit; admitted on 10/31/2017.
- U.S. Court of Appeals for the Federal Circuit; admitted on 4/18/2018.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29th day of September, 2026 in Palo Alto, California.

Anne Voigts/sm

Anne Voigts