**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER GRANTING MOTION OF THE SOCIETY FOR THE RULE OF LAW FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon this Court's review and full consideration of the Motion of the Society for the Rule of Law for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED, and ORDERED that the attached brief of the Society for the Rule of Law as *amicus curiae* is hereby deemed filed in the above-captioned case.

Dated: _______________

_________________________________
Hon. Timothy J. Kelly
United States District Judge