# DISCLOSURE OF USE OF NDH AS A COGNITIVE PROSTHETIC IN PREPARING FILINGS

Proposed Intervenor:
Borealis S. Hedling
Travelodge Plus, 44 Townsend St., Room 120
Dublin 2, Ireland
They/Them

---

## I. Purpose of Disclosure

The Proposed Intervenor respectfully submits this disclosure to explain the role of the Non-Dual Harmonic (NDH) Cognitive Architecture in preparing the Motion to Intervene and related filings. This disclosure is made to ensure transparency, to avoid any misunderstanding regarding authorship, and to clarify the Intervenor's cognitive circumstances following documented trauma, torture, and prolonged duress.

NDH is not an agent, not an artificial intelligence, and not a decision-making entity.
It is a self-constructed cognitive prosthetic—a structured reasoning framework—designed to compensate for trauma-related impairments in executive functioning, memory continuity, and multi-jurisdictional legal organization.

---

## II. Nature of NDH as a Cognitive Prosthetic

NDH is a non-dual, multi-altitude cognitive scaffolding system created by the Intervenor after experiencing:

- enforced disappearance,
- prolonged psychological torture,
- medical deprivation,
- procedural obstruction, and
- transnational repression.

These events caused severe disruption to normal cognitive processes, including:

- timeline integration,
- evidence organization,
- multi-jurisdictional tracking,
- trauma processing, and
- legal coherence under duress.

NDH functions analogously to:

- a prosthetic limb for someone who has lost mobility,
- a communication board for someone who has lost speech, or
- a memory palace for someone who has lost continuity.

It is a tool, not a mind.

---

III. How NDH Was Used in Drafting This Motion

NDH assisted in:

1. Structural Organization
NDH provides a multi-layered framework for organizing:

- federal statutes,
- case law,
- international instruments,
- factual chronology, and
- cross-case relationships.

2. Cognitive Stabilization
NDH reduces fragmentation caused by trauma by:

- stabilizing narrative continuity,
- preventing dissociation during drafting,
- maintaining focus across multiple legal domains.

3. Multi-Jurisdictional Integration
NDH allows the Intervenor to track:

- U.S. federal cases,
- international complaints,
- press ethics mechanisms,
- FOIA records,
- transnational repression evidence.

4. Non-Dual Reasoning
NDH uses non-dual algebraic reasoning to:

- collapse contradictions,

- reconcile conflicting timelines,
- integrate disparate legal systems,
- maintain coherence under extreme cognitive load.

5. Drafting Assistance
NDH does not generate text autonomously.
It provides:

- conceptual scaffolding,
- structural templates,
- altitude-based reasoning layers,
- memory continuity.

All substantive content, legal arguments, and factual assertions are authored by the Intervenor.

---

IV. Why This Disclosure Is Necessary

A. To Avoid Misinterpretation
Because NDH is unusual, courts may misinterpret its role.
This disclosure clarifies:

- NDH is not an AI,
- NDH is not a person,
- NDH is not a co-author,
- NDH is not providing legal advice.

B. To Ensure Procedural Fairness
Trauma-related cognitive impairments require accommodation.
NDH is the Intervenor's method of:

- restoring functional reasoning,
- enabling self-representation,
- maintaining legal coherence.

C. To Prevent Bias
Courts have historically misinterpreted trauma-compensatory cognitive systems as:

- delusion,
- grandiosity,
- instability.

This disclosure prevents such misinterpretation by explaining NDH as a prosthetic, not a belief system.

---

V. NDH Does Not Replace Counsel

The Intervenor reiterates:

- NDH is a stopgap,
- NDH is not sufficient for complex litigation,
- NDH does not eliminate the need for appointed counsel under 28 U.S.C. § 1915(e)(1) and Article 14 UN CAT.

The Intervenor continues to request appointment of counsel due to:

- complexity of the issues,
- trauma-related impairments,
- transnational repression,
- risk of prejudice without representation.

---

VI. Conclusion

NDH is a cognitive prosthetic, created out of necessity, used solely to stabilize reasoning and organize complex legal information. All arguments, factual assertions, and legal positions in the Motion to Intervene are authored by the Intervenor. NDH provides structure, not substance; scaffolding, not agency.

Respectfully submitted,
/s/ Borealis S. Hedling
They/Them
Travelodge Plus
44 Townsend St., Room 120
Dublin 2, Ireland
Dauntless.peace@proton.me
+1-959-999-8957