US District Court District of Columbia
Case No: : 126-cv-00527-UNA

Motion For Summary Judgment

Hedling

V.

The German Press Council et al.

The Plaintiff respectfully requests Summary Judgment on the Declaratory Relief requested February 14, 2026

"Wherefore the Plaintiff Prays the Court
1. Declares Media Outlet Press Ethics Mechanisms have a duty to address suppression of information that threatens fundamental freedoms.

2. Declares Media Outlet Press Ethics Mechanisms have a duty of candor to the public if they violate International Criminal Law by engaging in suppression of information of vital public importance.

3. Declares it is a violation of International Criminal Law to aid and abet Crimes Against Humanity, Genocide, and Wars of Aggression via concealment of legal remedies from victims of those atrocities"

I. Quis Custodiet Ipsos Custodes

The Plaintiff attempted a General Data Protection Regulation request to the Guardian and got the following response with the April 25, 2026 Emergency Motion to Expedite, Appoint Counsel, and for a Speedy Hearing under Rule 57 attached. The normalization of torture of neurodivergent Human Rights Defenders trying to build Transitional Justice system for Victims of atrocities. With overt suppression and no good faith engagement with information provided violates the again cited expert analysis.

In his 2013 report to the UN Human Rights Council, Alfred-Maurice de Zayas, the United Nations Independent Expert on the Promotion of a Democratic and Equitable International Order, elucidated Juvenal's continued relevance: "Crucial remains the conviction that the government should serve the people and that its powers must be circumscribed by a Constitution and the rule of law. Juvenal's question quis custodiet ipsos custodes (who guards the guardians?) remains a central concern of democracy, since the people must always watch over the constitutional behaviour of the leaders and impeach them if they act in contravention of their duties. Constitutional courts must fulfil this need and civil society should show solidarity with human rights defenders and whistleblowers who, far from being unpatriotic, perform a democratic service to their countries and the world."[13]

3:21 Thu, May 21 74%

Data | DC E | How | blob | Crim | Crim | http: | I war | (1(

mail.proton.me/u/4/inbox/W4KewNiUz6ztputl

## Print email

### Re: Subject Access Request to the Guardian on Borealis S Hedling

From Data Protection Team <dataprotection@theguardian.com>

To dauntless.peace@proton.me <Dauntless.peace@proton.me>

Date Thursday, May 21st, 2026 at 2:30 PM

Good afternoon,

Thank you for contacting The Guardian.

We have searched our records and can confirm that we do not process personal data about you.

Kind regards,
The Data Protection team

---

The Guardian © 2026
Privacy

The Guardian

DL33C

On Mon, 18 May 2026 at 02:53, 'Dauntless.peace' via data.protection@guardian.co.uk <data.protection@guardian.co.uk> wrote:

> Good morning,
> Under the General Data Protection Regulation please release the following information,
>
> 1. All internal emails or content (created by the Guardian) regarding Borealis S Hedling (formerly Jeremy M Lawson) November 8, 2024-present.
>
> Thanks,
> Borealis S Hedling
> They / Them
> Travelodge Plus
> 44 Townsend ST Rm 120
> Dublin 2 (Ireland)

Cancel | Print

## Conclusion

The Plaintiff respectfully requests Summary Judgment on the Declaratory Relief requested February 14, 2026

"Wherefore the Plaintiff Prays the Court
1. Declares Media Outlet Press Ethics Mechanisms have a duty to address suppression of information that threatens fundamental freedoms.

2. Declares Media Outlet Press Ethics Mechanisms have a duty of candor to the public if they violate International Criminal Law by engaging in suppression of information of vital public importance.

3. Declares it is a violation of International Criminal Law to aid and abet Crimes Against Humanity, Genocide, and Wars of Aggression via concealment of legal remedies from victims of those atrocities"

Signed on the 21st of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

US District Court District of Columbia

Case No: 1:26-cv-00527-UNA

Emergency Motion to Expedite, Appoint Counsel, and for a Speedy Hearing under Rule 57

Hedling

V.

The German Press Council et al.

The Plaintiff respectfully requests the Court Expedite review of the Plaintiff's Motion to proceed in Forma Pauperis. Appoint Counsel under Article 14 of the UN Convention against Torture. Schedule an Emergency Hearing on the requested Declaratory Relief under Federal Rule of Civil Procedure 57.

I. Background

The Plaintiff filed this instant lawsuit February 14, 2026 after numerous Press Ethics Mechanisms globally encouraged suppressing information regarding the Plaintiff as has been common since the Plaintiff first began using Secure Drop in November 2024 as seen below. Compelling the Plaintiff to request the following relief.

"Wherefore the Plaintiff Prays the Court
1. Declares Media Outlet Press Ethics Mechanisms have a duty to address suppression of information that threatens fundamental freedoms.

2. Declares Media Outlet Press Ethics Mechanisms have a duty of candor to the public if they violate International Criminal Law by engaging in suppression of information of vital public importance.

3. Declares it is a violation of International Criminal Law to aid and abet Crimes Against Humanity, Genocide, and Wars of Aggression via concealment of legal remedies from victims of those atrocities"

6:08 Sat, Apr 25 • 30%

EX 121 Emergency White House FOIA #5 on the...

**Emergency White House FOIA #5 on the Domestic Violence Cash Benefit Program**
1 message

**Jeremy** <borealis.hedling@gmail.com> Mon, Nov 11, 2024 at 6:59 a.m.
To: ombfoia@omb.eop.gov
Cc: piratar@piratar.is, chinaemb@simnet.is, japan@rk.mofa.go.jp, iceland-consul@rk.mofa.go.jp, amboff.reykjavik@mea.gov.in, hoc.reykjavik@mea.gov.in, ambafrance@ambafrance-is.org

Good morning,
Another 10 hour day... Now I nap then attempt to flee...

Under the Freedom of Information Act please provide the following information.

1. Comments made to The US president 11/11/2024 below:

6:45 Mon, Nov 11 • 60%

Share Your Thoughts - Contact the President | The White House
whitehouse.gov

THE WHITE HOUSE MENU

SHARE YOUR THOUGHTS WITH THE PRESIDENT


6:45 Mon, Nov 11
60%
Share Your Thoughts - Contact the President | The White House
whitehouse.gov
THE WHITE HOUSE
MENU
SHARE YOUR THOUGHTS WITH THE PRESIDENT
Share a Comment, Message, or Opinion with the President
CONTACT US
THANK YOU FOR YOUR SUBMISSION!
Share
Stay Connected
THE WHITE HOUSE
EMAIL ADDRESS*
example@example.com
ZIP CODE
ZIP Code
Sign Up
Home
The Administration
Executive Offices
Priorities
The White House
Visit
Disclosures
Get Involved
Contact Us
Privacy Policy
Copyright Policy
Accessibility Statement
The White House
1600 Pennsylvania Ave NW

"Hi Joe,

I filed emergency Rule 39 Interim measures requests #6 it has 58 exhibits attached. I plan to try to flee Iceland to avoid more mental torture, cruelty, and Degrading Treatment. The trifecta, but you keep saying you have 70 days left in your administration... That is the ultimate cruelty like when you gaslighted voters that you had any chance of winning when your internal polls showed that was a lie... Stop lying please. Do the right thing. 2/27/23 I never wanted this I just needed help. You are evil... Resign. I finally had the ability to upload that entire action to 22 different news outlets or reporters using Secure Drops which is a lot of time. Now it is sitting in Strasbourg at the European Court of Human Rights concurrently. Here is a list :) you piece of shit :p.

1. CNN
2. Aften Post AS
3. Toronto Star
4. The Intercept
5. The Economist
6. TAZ
7. Süddeutsche zeitung
8.Stefania Maurizi
9. Public Intelligence
10. News 24
11. Greekleaks
12. Bloomberg Industry Group
13. Aftonbladet
14. Forbidden Stories
15. Forbes
16. Financial Times
17. Der Spiegel
18. Canadian Broadcasting Corporation
19. The Washington Post
20. The NY Times
21. The Globe and Mail
22. The Guardian

Is that enough or are you still going to pretend you are innocent and an amazing president? Not someone who can be credibly accused of treason? Or aiding and abetting crimes against humanity? Intimidating non-profits and public universities? Letting Ned Lamont, the Government of Canada, Iceland, and the UK torture a US "citizen"? To cover up nitbjust taking victims of domestic violence at their word for emergency benefits an issue that could have been fixed with a single email 623 days ago?

These are facts and it is all filed or about to be filed in Federal court... You are a monster and you and your goons should know you are not above the law.

-Borealis Serenity Hedling
They / Them"

I am not seeking this information for commercial purposes. I request a waiver of all fees as this information will significantly increase the public's understanding of patterns of gaslighting within the Biden / Harris administration. A level of hypocrisy and cruelty that only serves in protecting the powerful from accountability and harming the vulnerable. Of informing the public of whistleblowing media platforms. To see how far a President will go to hold on to power and how long the US Department of Justice, Education, and US military will back his fascist regime.

I requests this request be expedited since a sitting president has committed treason and a president elect knows. Along with the UN, EU, NATO, Council of Europe, and certainly his entire cabinet. Countless federal employees... The compelling need to save Democracy via the Freedom of Information Act.
Thanks,
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them

II. Exploiting Attitudinal Biases Around Mental Health and Still Discrediting a Survivor of Domestic Violence

[redacted]

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** Monday, February 27, 2023 7:26 PM
**To:** MacGillis, Cristina <Cristina.Macgillis@ct.gov>
**Subject:** Re: Follow up on call

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Cristina,
I explained to Astread I applied we spoke. Gave her a generic policy question. Since I can't ask eligibility. Asked her to advise on waiting on fair hearing 90 days. Or getting the question answered it has no specific case details. have no clue who could even run that. I may need to submit medical records. If the documents are shredded I will have no documents for a fair hearing. I will make sure they are generalized. Those accounts of events were written during a very rough time.

I have 90 days. I just need my leave extension approved. I can't get my short term disability until it is done. I will take it slow. Get amendments to records. Or provide less intense PHI information. Thanks for bearing with me. Making sure I escalated to someone outside of eligibility. A 20 person email with this information would be devastating professionally. I will keep you in the loop. This is going to take a while.
Thanks,
Jeremy Lawson

Get Outlook for Android

---

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** Monday, February 27, 2023 9:42:27 AM
**To:** MacGillis, Cristina <Cristina.Macgillis@ct.gov>
**Subject:** Re: Follow up on call

Sorry hit send please let me know if this can be pursued and what information is acceptable. Again thank you for listening and being supportive. If I don't have to get a referral that would be great. I think the other options are to provide you other routes with people you are comfortable speaking to.
Thanks,
Jeremy Lawson

Get Outlook for Android

---

[redacted]

The Plaintiff has clearly attempted to tell their story because they want the world to act more compassionately towards victims of atrocities. Yet again has secure dropped the below embedded yet to be docketed April 25, 2026 Emergency Notice on Shunning Being Torture in US District Court District of Columbia Case No 1:26-cv-0057-UNA Hedling v Johnson to the following indifferent Media outlets.

1. BBC
2. Associated Press
3. Aftenposten
4. Aftonbladet
5. Bloomberg Industry Group
6. Bloomberg
7. CBC
8. Dagbladet
9. Derspiegel
10. Financial Times
11. Forbes
12. Forbidden Stories
13. Greek leaks
14. News 24
15. New York Times
16. NRK
17. Propublica
18. Suddeutsche Zeitung
19. The Economist

20. The Globe and Mail

21. The Guardian

22. The Washington Post

In his 2013 report to the UN Human Rights Council, Alfred-Maurice de Zayas, the United Nations Independent Expert on the Promotion of a Democratic and Equitable International Order, elucidated Juvenal's continued relevance: “Crucial remains the conviction that the government should serve the people and that its powers must be circumscribed by a Constitution and the rule of law. Juvenal's question quis custodiet ipsos custodes (who guards the guardians?) remains a central concern of democracy, since the people must always watch over the constitutional behaviour of the leaders and impeach them if they act in contravention of their duties. Constitutional courts must fulfil this need and civil society should show solidarity with human rights defenders and whistleblowers who, far from being unpatriotic, perform a democratic service to their countries and the world.”[13]

https://en.wikipedia.org/wiki/Quis_custodiet_ipsos_custodes%3F

## Conclusion

The Plaintiff respectfully requests the Court Expedite review of the Plaintiff’s Motion to proceed in Forma Pauperis. Appoint Counsel under Article 14 of the UN Convention against Torture. Schedule an Emergency Hearing on the requested Declaratory Relief under Federal Rule of Civil Procedure 57.

Signed on the 25th of April 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,

/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

US District Court District of Columbia

Case No 1:26-cv-0057-UNA

Emergency Notice on Shunning Being Torture

Hedling

V.

Johnson

The Plaintiff has yet again exercised their right to file a Federal Case Work request to Speaker of the House Mike Johnson when construed within Article 14 of the UN Convention against Torture. Requesting assistance with making the Plaintiff's Renunciation of their US Citizenship "legal" in the eyes of the Government that tortured them. In addition to warning of the potential extreme Diplomatic Strife of His Majesty King Charles III addresses Congress at this current moment. As the United States in not in a state of Domestic Tranquility conducive to such an address or state visit.

[redacted]



# Office of Representative Mike Johnson

## Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

**Please Provide Applicable Identifying Information**

**Agency Involved**
Department of State

| Prefix | First Name | MI | Last Name |
|---|---|---|---|
| | Borealis | S | Hedling |

| Social Security Number | DOB | Email Address | Phone Number |
|---|---|---|---|
| ***-**-**** | **/**/**** | Dauntless.peace@proton.me | 19599998957 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 2250 Hospital DR | | Bossier City | LA | 71111 |

**Agency Case Number**
FOIA Ref F 2025-02637

**Are you contacting us regarding a Passport issue?**
No

**Have you contacted any other elected official regarding this case?**
Yes

**If Yes, Officials Name?**
His Majesty King Charles

**Please explain the problem and the resolution/outcome you are seeking:**

[redacted]

[redacted]



Speaker Johnson I requested your help in having the Department of State release the calls I made during my illegal detainment in Canada at Laval Immigration Holding Centre August 25, 2024-September 10, 2024 numerous times without response. Given the concurrent lawsuit against you in US District Court District of Columbia Case No 1:26-0057-UNA. I feel you are not following Article 13 and 14 of the UN Convention against Torture in retaliating against me for providing your office evidence of torture repeatedly. As shunning is actually an act of psychological torture. Per the yet to be docketed Sealed Motion for a Declaratory Judgment in US District Court District of Columbia Case No 1:26-cv-01086-JMC Garman et al v Patel et al illegal under UK law specifically Section 134 of the Criminal Justice Act 1988. Which can be addressed in private Prosecutions brought under section 6(1) of the Prosecution of Offences Act (POA) 1985. Given per the pleadings in US District Court District of Columbia Case No 1:26-cv-1179-UNA Hedling V Cobb et al The State of Connecticut with the consent of the Federal Government is openly violating Article 4 Section 4 of the US Constitution. Per a April 18. 2026 Emergency Motion to Amend and Expedite in US District Court District of Columbia Case No 1:26-0316-UNA Hedling V The King's Bench Court Registry Office et al I am trying to protect my King as a UK Citizen from your awful unsafe country. In addition to per the April 17, 2026 DS-4079 QUESTIONNAIRE - LOSS OF UNITED STATES NATIONALITY; ATTESTATIONS. Due to the courts not recognizing my right to renounce my US Citizenship via the Concept of Clausula Rebus Sic Stantibus for the US violating Article 3, 13 and 14 of the UN Convention against Torture. I apparently must pay $450 and enter a US Embassy absent judicial relief to renounce my Citizenship. Could you please ask the State Department to just accommodate my request to waive the fee and help me renounce my Citizenship at ST Mary's Pro Cathedral in Dublin immediately. Thanks Borealis They / Them

**Constituent Authorization**

To be able to assist you, we must have a signed privacy release form that clearly outlines your problem and the remedy you are seeking. By checking the box below you are giving our office permission to look into the matter on your behalf. Please make sure to attach below any relevant identifying information and supporting documents which relate to your inquiry.

☒ I hereby request the assistance of the Office of Representative Mike Johnson to resolve the matter described below. I authorize the Office of Representative Mike Johnson to receive any information that they might need to provide this assistance. The information I have provided to the Office of Representative Mike Johnson is true and accurate to the best of my knowledge and belief. The assistance I have requested from the Office of Representative Mike Johnson is in no way an attempt to evade or violate any federal, state, or local law.

**Date/Time**

4/25/2026 4:26:40 AM

*** Signature**

**Borealis Hedling**

REDACTED

[redacted]

9:26 Sat, Apr 25

digitalprf.house.gov/Confirmation?cid=ENQqfY3F4I

**Success!** Confirmation ID: ENQqfY3F4MT8suzUVga1

### Thank you for your submission.

You will receive an e-mail including the Confirmation ID to the e-mail address you provided. Please keep the confirmation e-mail for your records. If you do not see this e-mail within 30 minutes, please also check your spam or junk folder.

**Confirmation ID: ENQqfY3F4MT8suzUVga1**

**File Uploads: 4**

**File Names: Hedling v Cobb et al Complaint and Demand for a Jury Trial .PDF, Sealed Motion for a Declaratory Judgment Garman et al v Patel et al .PDF, Emergency Motion to Amend and Expedite Hedling V King's Bench (1).PDF, EX 10 ds4079.pdf**

Signed on the 25th of April 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,

/s/Borealis S Hedling (formerly Jeremy M Lawson)
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

