US District Court District of Columbia

Case No ________________________
To be determined

COMPLAINT AND DEMAND FOR JURY TRIAL

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

V.

Adam Candeub (General Counsel Federal Communication Commission)
45 L Street NE,
Washington, DC 20554
Defendant #1

Federal Communications Commission
45 L Street NE,
Washington, DC 20554
Defendant #2

The Walt Disney Company
500 South Buena Vista Street,
Burbank, CA 91521
Defendant #3

Subject Matter Jurisdiction:
Article 4 Section 4 of the US Constitution.The Alien Tort Statute (ATS) 28 U.S.C. § 1350. Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Bivens v. Six Unknown Named Agents, Fed, 409 F.2d 718 (2d Cir. 1969). 42 U.S.C. § 1983, 1985 (2+3), 1986.

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, ADAM CANDEUB, FEDERAL COMMUNICATIONS COMMISSION, THE WALT DISNEY COMPANY for Declaratory Relief 1. Declares Diversity, Equity, and Inclusion Policies are protected activities under the Declaration on the Right and Responsibility of Individuals, Groups and Organs of Society to Promote and Protect Universally Recognized Human Rights and Fundamental Freedoms. 2. Declares Corporations have a collective responsibility to assist human rights defenders for the benefit of society. As well as interest, costs, punitive damages,

attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

1. The Plaintiff while being tortured by the Government of Iceland and concurrently Seeking Relief in UK Courts. Per EX 1 On October 19, 2024 contacted Defendant #3 via email at datgcommunications@abctv.com, responsibility@twdc.com, Disneyshareholder@computershare.com, twdc.corpcomms.europe@disney.com, Requesting fair use licensing of the following clip from the movie Star Wars: Episode III – Revenge of the Sith.

   https://youtu.be/U8wLBOICKPU?si=Oz5NL9zf-QNxkma6

2. In an attempt to display the legal situation of violating peremptory norms against the non-derogable right to not be tortured or refouled if international law were followed. Regarding the Government of the United States allowing the Government of Canada to participate in an illegal detainment August 25, 2024-September 10, 2024. In addition to a constructive refoulement against Article 3 of the UN Convention against Torture. In retaliation for attempting to file an Injunction showing the US was not a safe third country under Factor 3 of Section 102 (2) of the Immigration and Refugee Protection Act. For the Plaintiff's April 11. 2024-August 23, 2024 enforced disappearance,illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance. For simply On February 27th 2023 the Plaintiff informing Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email.

3. Defendant #3 as seen in the case the Plaintiff is seeking to have this case immediately Consolidated with US District Court District of Columbia Case No 1:26-cv-0527-UNA Hedling V The German Press Council et al. Participated in suppression of information vital to the public interest during the 2024 US Presidential election undermining the Right of Self-Determination.

4. Eventually after the Plaintiff's November 12, 2024 unannounced police kidnapping (refoulment). Subsequently being driven back to the State of Connecticut using poverty January 31, 2025. The Plaintiff filed EX 2 February 3, 2025US District Court District of Columbia Case No 125-cv-163-UNA Lawson V McFadden et al. Requesting the following relief:

"Wherefore The Plaintiff Prays this Court:
1. Declare The University of Connecticut and Connecticut Coalition Against Domestic Violence can advocate for the civil rights of victims and survivors of domestic violence.

Without fear of retaliation from the state of Connecticut. With adequate Federal intervention to do so."

2. Immediately reopens and enjoins The US District Court District of Connecticut Case No: 3:24-cv-01016-MPS Lawson V Tong et al.
3. Immediately compel the US State Department to unfoul the Plaintiff to a country of the Plaintiff's choosing. Explaining the circumstances of their arrival to that country.
4. Provide the Plaintiff Court Appointed Counsel as the legal professions blacklisting and biases. Also Plaintiff's poverty make it impossible to appropriately Litigate.
5. Compel the US Department of Education to release the records noted in FOIA 25-00652-F denied expedited processing under Appeal 25-00002-A.

-"Under the Freedom of Information Act I am requesting 4 letters sent to Dr. Miguel Cardona in July 2024 1 to him and 3 hand copies of "forgiveness letters" to Warden Maldonado at Garner Correctional Institution. Please expedite for an emergency asylum application and to end the brutal systemic practices described within."

6. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services.
7. Require all US law enforcement agents besides the US Marshal Service to have no contact with the Plaintiff
8. As the US State Department arranges unfouling the Plaintiff have the US Marshal Services provide protection.
9. Declare the Plaintiff is immune from foreclosure on their property at 1 Lydall ST Manchester, CT 06042.
10. End the Practice of whistleblower retaliation using the US Criminal Justice system.
11. Any relief this Court Deems Just and Proper"

5. The litigation really existed for the House Foreign Affairs Committee per the confirmation of a February 21, 2025 whistleblower complaint regarding the Trump Administrations plans to lie on the 2025 Country Human Rights Reports which as noted in EX 1:

"The US State Department BUREAU OF DEMOCRACY, HUMAN RIGHTS, AND LABOR already compose country human rights reports and state:

"Many governments that profess to respect human rights may in fact secretly order or tacitly condone violations or abuses. Consequently, the Country Reports look beyond statements of policy or intent to examine reports of what a government did, or did not do, to protect human rights and promote accountability, including the extent to which the government investigated, brought to trial, or punished those responsible for any violations or abuses." "




6. Benjamin Carr Chairman of the FCC Per EX 3 a snippet of which is embedded below violated the absurd executive order illegally upheld by Judge Nagala. As noted to Defendant #3

**Rewriting the letter from Chairman Carr to remove the word "Gender " 47 U.S.C. § 151**
1 message

**Borealis** <borealis.appeals@gmail.com> Sat, Mar 29, 2025 at 4:11 a.m.
To: adam.candeub@fcc.gov, contact@gao.gov, ContactOGE@oge.gov, christopher.sova@fcc.gov, peter.hyun@fcc.gov, kalun.lee@fcc.gov, pamela.kane@fcc.gov, Lynn.Kalagian@fcc.gov, MediaRelations@fcc.gov, campaignlaw@fcc.gov
Cc: gladlaw@glad.org, jpizer@lambdalegal.org, president@pflaghartford.org, MGordon@perkinscoie.com, AKallon@perkinscoie.com, Sarah.Warbelow@hrc.org, Cynthia.Weaver@hrc.org, Ami.Patel@hrc.org, KOlson@lambdalegal.org, OGonzalez-Pagan@lambdalegal.org, CTaylor@lambdalegal.org, SBuchert@lambdalegal.org, GRomanos@perkinscoie.com, BMoran@perkinscoie.com, MThurmon@perkinscoie.com, DSivalingam@perkinscoie.com, hrc-ie-sogi@un.org, hrc-sr-defenders@un.org, hrc-ie-internationalorder@un.org, hrc-ie-solidarity@un.org, hrc-sr-torture@un.org, victims@omct.org, proposals@urgentactionfund.org, whistleblower@urgentactionfund.org, generalcounsel@uconn.edu, info@dignitylgbti.org, info@accountablenow.org, info@csostandard.org, ethicscommittee@mail.house.gov, ethicsoffice@un.org, echrpress@echr.coe.int, democracy@coe.int, democracyinstitute@ceu.edu, democracyaction@citizen.org, litigation@transequality.org, litigation@hrc.org, litigation@citizen.org

Good evening,
I have reviewed the letter from Chairman Carr to Bob Iger (attached) CEO of Disney. Per the also attached executive order "DEFENDING WOMEN
FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT". You must immediately change the word "Gender" to "sex". Judge Nagala in US District Court District of Connecticut Case No 3:25-cv-163-SVN made it clear this executive order is the law.

Lawson

V.

McFadden et al.

See Section 3(c) of the executive order

"(c) When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents."

Versus the Chairman stating in his letter

"As you may know, the Communications Act and Commission rules prohibit regulated entities like Disney's ABC from discriminating on the basis of race, color, religion, national origin, age, or **gender.1"**

Versus the Statue cited even though many law use the word gender interchangeably. Specifically states the word "**sex**".

"For the purpose of regulating interstate and foreign commerce in communication by wire and radio so as to make available, so far as possible, to all the people of the United States, without discrimination on the basis of race, color, religion, national origin, or **sex**, a rapid, efficient, Nation-wide, and world-wide wire and radio communication service with adequate facilities at reasonable charges, for the purpose of the national defense, for the purpose of promoting safety of life and property through the use of wire and radio communications, and for the purpose of securing a more effective execution of this policy by centralizing authority heretofore granted by law to several agencies and by granting additional authority with respect to interstate and foreign commerce in wire and radio communication, there is created a commission to be known as the "Federal Communications Commission", which shall be constituted as hereinafter provided, and which shall execute and enforce the provisions of this chapter."

-47 U.S.C. § 151

Adam we must defend the women from Gender Ideology Extremism. The Chairman in using the word "Gender" instead of "Sex" violating the noted executive order. Regardless of classification being the first stage on the Genocide Watch 10 steps scale. We must stand with our president and judges even as a non-binary individual with no rights. We must follow "the law" not the Nuremberg Principles or Jus Cogens just "the law". I expect an immediate reissuance of that letter to conform with the executive order immediately. Or at least to mirror the statutes plain text language to ensure the FCC in heroically fighting "invidious forms of DEI discrimination" does not fall prey to it themselves. Disney in its heyday never had problems with racism, misogyny, or any problematic content until those "invidious forms of DEI discrimination".

"As you know, Disney started out a century ago as an iconic American company. For decades, Disney focused on churning out box office and programming successes. But then something changed. Disney has now been embroiled in rounds of controversy surrounding its DEI policies."

-FCC letter Chairman Carr to Bob Iger

It is not like you are willfully desensitizing people to create tension between protected classes. So you can justify an array of horrifying policies that don't meet Factor 3 of Section 102 (2) of the Immigration and Refugee Protection Act. To push an agenda of Hate villifying the very mechanisms that accomplish the systemic issues that better prevent the discrimination you are supposedly fighting.

"Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms."

-General information on Third Safe country agreement Canadian Citizenship and Immigration

See doesn't it sound stupid as shit "Gender Ideology Extremism" and "invidious forms of DEI discrimination". Non-binary and Trans individuals are human beings if the Canadian Government can use my pronouns while illegally detaining me with the US Government's consent. Or the Icelandic Government while psychologically torturing me saying this country is "safe" use my chosen name and pronouns. You probably realize I am right morally and legally. When judges commit felonies to continue these ridiculous policies you need to comply so update the letter :p.
Thanks,
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them


12:49 Sat, Mar 29
12%
They / Them
+1-959-999-8957
The American Red Cross an Organizational Analysis on How to Be a Beacon of Hope in an Atmosphere of Hate
Borealis S Hedling
March 27, 2025
American Red Cross
Mission
American Re...of Hope.PDF
No. 24-
SUPREME COURT OF THE UNITED STATES
Jeremy M. Lawson,
Petitioner,
vs.
The Department of Justice,
The State Department,
Respondents
Petition for a...rtiorari .PDF
No: 25-
In the United States Court of Appeals for the Eleventh Circuit
Borealis S Hedling
Petitioner
On Clerk's Office Not Accepting Emergency Filings Against International Instruments in The United States District Court for the Southern District of Florida
Emergency P...ndamus.PDF
The Greatest threat to Democracy no Attorney's have Ethics (FOIA request)
Under the Freedom of Information Act please release the following information.
EX 61 The Gr...equest).PDF
TOWN COUNCIL
COUNCIL CHAMBERS
WINDSOR TOWN HALL
DECEMBER 3, 2018
Regular Town Council Meeting
APPROVED MINUTES
1) CALL TO ORDER
Mayor Trinks called the meeting to order at 7:31 p.m.
2) PRAYER
EX 42 Windso...ncil 2017.pdf
RE: Sanctuary City report 12/3/18
From: McDougald, Diane
Sent: Friday, November 30, 2018 at 6:22 p.m.
I just spoke with the Town Manager's office and the Sanctuary City item will not be on the agenda this Monday night.
EX 43 #1 Bloc...Council.PDF
HUMAN RELATIONS COMMISSION
Reply all
99+




7. With numerous follow up emails Defendant #1 and by extension the Federal Communications Commission never addressed the real threat to the American public by

broadcasters. Suppressing information of Torture of Human Rights Defenders. Failing to appropriately educate the public on International Customary Law and their rights under International Instruments (what few they have in the US).

[redacted]

Demand Letter to the US Department of Justice

There is very little chance of succeeding in Court regarding not being ordered to "effectuate" the return of Abrego Garcia. Delaying the inevitable just strengthens the argument to weaken Article 2 executive powers versus installing an independent ethics mechanism with adequate enforcement powers to ensure non-recurrence.

We can test every Court on the planet to exercise Universal Jurisdiction based on the relief requested in the illegally blocked emergency request for a declaratory judgment filed in the High Court of New Zealand in Auckland.

Borealis S Hedling

V.

Minister of Foreign Affairs and Trade

"1. Declares everyone has the right to advocate for human rights individually and collectively.

2. Declares an end to the practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services and explicitly clarifies "gender identity and expression" is a protected status under the 1993 Human Rights Act.

3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.

4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence. As implied by High Court Rule 1.21(1). "Variations may be made to any form directed or authorised by these rules to be used, as the circumstances of a particular case require."

5. Declares the US mass deportation to Concentration Camps in El Salvador program constitutes a Crime Against Humanity.

6. Declares falsely maintaining the designation of being a safe third country is a systemic Crime Against Humanity. Allowing a country to knowingly maintain that designation falsely is aiding and abetting a Crime Against Humanity via concealment.

7. Declares in the absence of the Inter-American Court of Human Rights, European Court of Human Rights, and International Criminal Court to act or even condemn these Crimes Against Humanity. The Plaintiff can make a direct request to the Attorney General for certification as being a valid request for assistance under Section 178 of the International Crimes and International Criminal Court Act of 2000.

[redacted]

8. Declares the High Court of New Zealand can function as a Court of Universal Jurisdiction.

9. Declares this request for a Declaratory Judgment with evidence provided to the Defendant constitutes an Urgent request under Section 26 of the International Crimes and International Criminal Court Act of 2000. Meeting the definition of having been transmitted appropriately via a "diplomatic channel" as required under Section 25 (2) (a).

10. Declares under the concept of erga omnes, current heads of states can't claim absolute immunity from prosecution in foreign national courts when International Courts refuse to act lawfully.

11. Declares the Plaintiff has the right to claim Emergency Diplomatic Asylum at any legation of New Zealand. As a measure consistent with witness protection under Section 110 of the International Crimes and International Criminal Court Act of 2000 without requiring the Attorney General's authorization.

12. Declares any interference with the Plaintiff's Emergency Diplomatic Asylum claim constitutes an offense against the administration of justice under Section 21 of the International Crimes and International Criminal Court Act of 2000."

Or seek a peaceful solution. I propose you file an Emergency stay pending recusal in US District Court District of Maryland Case No 8:25-cv-00951-PX.

Abrego Garcia et al.

V.

Noem et al.

Return Abrego Garcia immediately to the US without pursuing any further removal actions and apologize to his family. Seek to immediately address the violations of international law these mass deportations present via confidential reconciliation at the Permanent Court of Arbitration. Use Article 34 or 35 powers under the UN Charter to create a 2025 Protocol on Refugees that adequately balances the humanitarian concerns of refugees and concerns of nations that are overburdened in supporting migrant populations. The United States ratify as many international instruments as feasible to also ensure non-recurrence. Avoid further violations of the Posse Camotatas Act and exclude the military from deportation operations. Adopt the Mandela Rules in any decision to export undocumented individuals with criminal histories to foreign penal institutions. Abandon any attempts to send citizens to foreign prisons or suspend the right to file Petitions for Writs of Habeas Corpus. This would allow assertions of the state secrets and deliberative process privileges.

STATUS OF RATIFICATION **INTERACTIVE DASHBOARD**

Select a treaty

Ratification of 18 International Human Rights Treaties ⓘ Description Metad

Ratification of 18 International Human Rights Treaties




Lawfully pursue criminal charges against officials within the Lamont and Biden-Harris administrations in relation to the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program.

Or risk impeachment and potential peaceful revolution. The right to lawful rebellion could be affirmed by the courts at this point. The need for a more direct democracy is already apparent.

Signed the 30th of May 2025 at 1 Lydall ST Manchester, CT 06042

Thank you,

/s/ Jeremy M Lawson
Legal name: Jeremy M Lawson
Chosen Name: Borealis S Hedling
They / Them
1 Lydall ST Manchester, CT 06042
Borealis.appeals@gmail.com
+1-959-999-8957

8. The Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, ADAM CANDEUB, FEDERAL COMMUNICATIONS COMMISSION, THE WALT DISNEY COMPANY for Declaratory Relief 1. Declares Diversity, Equity, and Inclusion Policies are protected activities under the Declaration on the Right and Responsibility of Individuals, Groups and Organs of Society to Promote and Protect Universally Recognized Human Rights and Fundamental Freedoms. 2. Declares Corporations have a collective responsibility to assist human rights defenders for the benefit of society. As well as interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 29th of April 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,

/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957