# RE: EMERGENCY UK Supreme Court Subject Matter Jurisdiction Jeremy M Lawson V. SECRETARY OF STATE FOR THE HOME DEPARTMENT

---

**From:** UKSC Registry registry@supremecourt.uk
**To:** Jeremy Lawson j_emt@hotmail.com
**Sent:** Tuesday, October 22 at 9:25 a.m.

Dear Jeremy Lawson,

I apologise using the incorrect pronoun whilst addressing you. Please find a letter from the registrar attached regarding your email below.

Yours sincerely,

**Yüsra**
**Registry Support Officer**
Supreme Court of the United Kingdom
and the Judicial Committee of the Privy Council

Parliament Square, London, SW1P 3BD
Telephone: 02079601989
Email: registry@supremecourt.uk
Email: registry@jcpc.uk
Email: listings@supremecourt.uk

Follow us on:

---

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** 21 October 2024 20:37
**To:** UKSC Registry <registry@supremecourt.uk>; KB Judges Listing Office <KBJudgesListingOffice@Justice.gov.uk>
**Cc:** cjc@judiciary.uk; pressoffice@cabinetoffice.gov.uk; newsdesk@fcdo.gov.uk; kate.ogg@anu.edu.au; odcinfo@dcodc.org; AccesstoJustice@usdoj.gov; CRT.SpeakerRequests@usdoj.gov; Liza Andrews

<landrews@ctcadv.org>; Meghan Scanlon <mscanlon@ctcadv.org>; generalcounsel@uconn.edu; President Radenka Maric <president@uconn.edu>; contactus@amnesty.org; laila.demirdache@clso.clcj.ca; members@amnesty.ca; Press, AOC <AOC.press@mail.house.gov>; press@usaid.gov; OIGLegAffairs@usaid.gov; js.pentagon.ocjcs.list.public-affairs-awareness@mail.mil; NCPTSD <ncptsd@va.gov>; hcenquiries@parliament.uk; +info <info@psic-ispc.gc.ca>; hlinfo@parliament.uk; papers@parliament.uk; post@parliament.uk; uzra.zeya@state.gov

**Subject:** Re: EMERGENCY UK Supreme Court Subject Matter Jurisdiction Jeremy M Lawson V. SECRETARY OF STATE FOR THE HOME DEPARTMENT

You don't often get email from j_emt@hotmail.com. Learn why this is important

Good afternoon,

I just appreciate the really prompt reply. I will say if you see they / them pronouns in the future they imply the use of "Mr." is not appropriate. Essentially the King's Bench Court judge did not read. The standing that comes out of the non-emergency cases to come is more applicable. Like ironically dispensing with presumed gender prefixes. I showed the CJC the access to the court issues as a systemic policy concern and Iceland is stopping the torture ironically I asked for the attached stay in a later email. The problem is the Foreign Secretary can't violate his basic Oaths as an Attorney... The US Department of Justice is pretending the crime against humanity is not relevant. It is the who watches the watchman problem. Inevitably the Government could just help. Or I could have run to the UK Embassy and forced a very convincing argument on claiming asylum up until today.

If David Lemmy wants to aid and abet crimes against humanity and the lower courts can't actually apply basic overriding principles or problems with a vulnerable party. It is systemic and it is probably a CJC policy problem. The clerk is not the judge...

The prompt reply is appreciated your law library look really cool. The non-binary individuals is something to be mindful of. It is another systemic issue though. What becomes required via injunction or just policy becomes very blurry with the standing rights I keep accruing. The ECHR did this... So I appreciate the actual apology this is legitimately outside of scope currently. Your turn around time is super appreciated at least I was heard. Stay makes it all moot anyway. The judge is required by ethics rules if he read any of this to the equivalent of the UK bar. I don't think it is fair to make me report the Foreign Secretary and US Attorney General concurrently.

Cheers,

Legal name: Jeremy M Lawson

Chosen name: Borealis S Hedling

They / Them

If the overriding principles are the below... It is not even clear what to do about a plain text error. Again currently moot...

(1) These Rules are a procedural code with the overriding objective of enabling the court to deal with cases justly and at proportionate cost.

(2) Dealing with a case justly and at proportionate cost includes, so far as is practicable –

(a) **ensuring that the parties are on an equal footing and can participate fully in proceedings, and that parties and witnesses can give their best evidence;**

12:51 Fri, Oct 18 78%

DC E | VG-e | Laws | Cont | Ame | Nomi | Rule | justic | My

r39.echr.coe.int/request

ECHR Rule 39 Site

jeremy.lawson1991@gmail.com

Log Out | Français

Home New Request My Requests Privacy Technical Support Terms and Conditions

18/10/2024 14:51:15

Strasbourg local time

## My Open Requests

*No Open Requests*

## My Closed Requests

Closed requests are available for 3 months.

| Request Number | Request Title | Status | |
|---|---|---|---|
| 4828 | Stellate Ganglion Blocks Emergency Medical treatment UK for severely exacerbated PTSD after renewed threat of torture | Closed | Details |
| 4762 | Enforcing Party's Obligations under Article 13 & 14 UN Convention Against Torture | Closed | Details |
| 4717 | Updated Exceptional circumstances now passively suicidal with severe depression need medication delivered and actual judicial review | Closed | Details |
| 4712 | Illegally coerced to withdraw asylum application after act of extreme psychological torture need treatment in UK since borderline suicidal | Closed | Details |
| 4708 | Expedite excercise of Article 14 rights Preemptive Writ of Mandamus countries in extreme violation of human rights laws end torture | Closed | Details |

## My Draft Requests

New Request

*No Draft Requests*

PRACTICE DIRECTION 1A – PARTICIPATION OF VULNERABLE PARTIES OR WITNESSES
Vulnerability

. The overriding objective requires that, in order to deal with a case justly, the court should ensure, so far as practicable, that the parties are on an equal footing and can participate fully in proceedings, and that parties and witnesses can give their best evidence. The parties are required to help the court to further the overriding objective at all stages of civil proceedings.

2. Vulnerability of a party or witness may impede participation and also diminish the quality of evidence. The court should take all proportionate measures to address these issues in every case.

3. A person should be considered as vulnerable when a factor – which could be personal or situational, permanent or temporary – may adversely affect their participation in proceedings or the giving of evidence.

4. Factors which may cause vulnerability in a party or witness include (but are not limited to)—

(a) Age, immaturity or lack of understanding;

(b) Communication or language difficulties (including literacy);

(c) Physical disability or impairment, or health condition;

(d) Mental health condition or significant impairment of any aspect of their intelligence or social functioning (including learning difficulties);

(e) The impact on them of the subject matter of, or facts relevant to, the case (an example being having witnessed a traumatic event relating to the case);

(f) Their relationship with a party or witness (examples being sexual assault, domestic abuse or intimidation (actual or perceived));

(g) Social, domestic or cultural circumstances.

5. When considering whether a factor may adversely affect the ability of a party or witness to participate in proceedings and/or give evidence, the court should consider their ability to—

(a) understand the proceedings and their role in them;

(b) express themselves throughout the proceedings;

(c) put their evidence before the court;

(d) respond to or comply with any request of the court, or do so in a timely manner;

(e) instruct their representative/s (if any) before, during and after the hearing; and

(f) attend any hearing.

6. The court, with the assistance of the parties, should try to identify vulnerability of parties or witnesses at the earliest possible stage of proceedings and to consider whether a party's participation in the proceedings, or the quality of evidence given by a party or witness, is likely to be diminished by reason of vulnerability and, if so, whether it is necessary to make directions as a result.

7. If the court decides that a party's or witness's ability to participate fully and/or give best evidence is likely to be diminished by reason of vulnerability, the court may identify the nature of the vulnerability in an order and may order appropriate provisions to be made to further the overriding objective. This may include concealing the address and/or contact details of either party or a witness for appropriate reasons.

8. Subject to the nature of any vulnerability having been identified and appropriate provisions having been made, the court should consider ordering ground rules before a vulnerable person is to give evidence, to determine what directions are necessary in relation to—

(a) the nature and extent of that evidence;

(b) the conduct of the advocates and/or the parties in respect of the evidence of that person;

(c) whether one or more special measures and/or any other support should be put in place for that person;

(d) any duty or power of the court under any enactment or its inherent jurisdiction to prohibit, limit or modify cross-examination of or by a vulnerable witness or to appoint a legal representative to conduct a cross-examination.

9. Before ordering any ground rules, special measures or other support, the court must consider views expressed by a party or witness about participating in the proceedings or giving evidence

Special Measures

10. Special measures may include, but are not limited to:

(a) preventing a party or witness from seeing another party or witness by the use of screens;

(b) allowing a party or witness to give evidence remotely by video conference;

(c) hearing a party or witness's evidence in private;

(d) dispensing with the wearing of wigs and gowns;

(e) admitting pre-recorded video evidence;

(f) questioning a party or witness through an intermediary; and

(g) using a device or other aid to help a party or witness communicate.

Get Outlook for Android

---

**From:** UKSC Registry <registry@supremecourt.uk>
**Sent:** Monday, October 21, 2024 10:21:26 AM
**To:** Jeremy Lawson <j_emt@hotmail.com>
**Subject:** RE: EMERGENCY UK Supreme Court Subject Matter Jurisdiction Jeremy M Lawson V. SECRETARY OF STATE FOR THE HOME DEPARTMENT

Dear Mr Lawson,

Please find a letter from the registrar attached.

Yours sincerely,

**Yüsra**
**Registry Support Officer**
Supreme Court of the United Kingdom
and the Judicial Committee of the Privy Council

Parliament Square, London, SW1P 3BD
Telephone: 02079601989
Email: registry@supremecourt.uk
Email: registry@jcpc.uk
Email: listings@supremecourt.uk

Follow us on:

---

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** 19 October 2024 23:35
**To:** Enquiries (UK Supreme Court) <enquiries@supremecourt.uk>; UKSC Registry <registry@supremecourt.uk>
**Cc:** KB Judges Listing Office <KBJudgesListingOffice@Justice.gov.uk>; richard.visek@state.gov; Montreal-ACS <montreal-acs@state.gov>; pressoffice@cabinetoffice.gov.uk; matthew.graves@usdoj.gov; jeffrey.ragsdale@usdoj.gov; odcinfo@dcodc.org; Liza Andrews <landrews@ctcadv.org>; laila.demirdache@clso.clcj.ca; contactus@amnesty.org; Rauði krossinn á Íslandi – Icelandic Red Cross <central@redcross.is>; Press, AOC <AOC.press@mail.house.gov>; press@trumporg.com; press@drc.ngo; press@redcross.org.uk; cjc@judiciary.uk; papers@parliament.uk; post@parliament.uk; cepej@coe.int; CRT.SpeakerRequests@usdoj.gov; AccesstoJustice@usdoj.gov; rachel.rossi@usdoj.gov; uzra.zeya@state.gov; OIGLegAffairs@usaid.gov; press@usaid.gov; press@whistleblower.org; press@ed.gov; postur@knu.is; postur <postur@umbodsmadur.is>; bureau@pca-cpa.org; President Radenka Maric <president@uconn.edu>; generalcounsel@uconn.edu; Meghan Scanlon <mscanlon@ctcadv.org>; members@amnesty.ca; ethicsoffice@un.org; controlcenter.security-unog@un.org
**Subject:** EMERGENCY UK Supreme Court Subject Matter Jurisdiction Jeremy M Lawson V. SECRETARY OF STATE FOR THE HOME DEPARTMENT

Some people who received this message don't often get email from j_emt@hotmail.com. Learn why this is important

Definitely the Declaration of incompatibility for the "third safe country concept" would be your Subject Matter Jurisdiction. This is confusing... No way Iceland, Canada, or the US (less so than the other 2) are "safe" at the least

Get Outlook for Android

---

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** Saturday, October 19, 2024 9:34:55 p.m.
**To:** DCD Intake <dcd_intake@dcd.uscourts.gov>; KB Judges Listing Office <KBJudgesListingOffice@Justice.gov.uk>; heradsdomur.vestfjarda@domstolar.is <heradsdomur.vestfjarda@domstolar.is>; rene.robertson@jud.ct.gov <rene.robertson@jud.ct.gov>
**Cc:** heradsdomur.reykjavikur@domstolar.is <heradsdomur.reykjavikur@domstolar.is>; AccesstoJustice@usdoj.gov <accesstojustice@usdoj.gov>; cjc@judiciary.uk <cjc@judiciary.uk>; cepej@coe.int <cepej@coe.int>; contactus@amnesty.org <contactus@amnesty.org>; Rauði krossinn á Íslandi – Icelandic Red Cross <central@redcross.is>; bureau@pca-cpa.org <bureau@pca-cpa.org>; information@icj-cij.org <information@icj-cij.org>; El Abdallah, Fadi <Fadi.El-Abdallah@icc-cpi.int>; matthew.graves@usdoj.gov <matthew.graves@usdoj.gov>; jeffrey.ragsdale@usdoj.gov <jeffrey.ragsdale@usdoj.gov>; odcinfo@dcodc.org <odcinfo@dcodc.org>; newsdesk@fcdo.gov.uk <newsdesk@fcdo.gov.uk>; return@police.is <return@police.is>; Móttaka – Embætti landlæknis <mottaka@landlaeknir.is>; Heilbrigðisráðuneytið <hrn@hrn.is>; sbg@logreglan.is <sbg@logreglan.is>; rls@rls.is <rls@rls.is>; Dómsmálaráðuneytið <dmr@dmr.is>; mfa@mfa.is <mfa@mfa.is>; billing@landspitali.is <billing@landspitali.is>; talskona@landspitali.is <talskona@landspitali.is>; innheimta@landspitali.is <innheimta@landspitali.is>; ethicsoffice@un.org <ethicsoffice@un.org>; Press, AOC <AOC.press@mail.house.gov>; press@trumporg.com <press@trumporg.com>
**Subject:** EMERGENCY Consolidated Filing Requests

Good evening,
Per the overriding principles of civil practice and basic equity, access to justice, and obligations under international instruments. I request this email and attachments be consolidated then respective motions be immediately reviewed. Or taken as a general appeal to the appropriate higher court (UK). Or tell me procedural laws override my rights in writing immediately. Since if the European Courts on "Human Rights" and US District Court District Court of Connecticut area NY example it is bad... I appreciate your understanding especially the DC circuit Court.

**UK court of appeals Claim # KB-2024-003473**

Jeremy M Lawson

V.

SECRETARY OF STATE FOR THE HOME **DEPARTMENT**

**Note to clerk:**
Please notate replacement of prayer for relief #5 with "Grant immediate citizenship based on information the Foreign Secretary had since 9/22/24 which under Section 14(1) of the British Nationality Act 1981 just required obtaining my father's birth certificate. In combination with the 1998 Human Rights Act and Article 34 of the UN Convention on Refugees."

Add prayer for relief

" Immediately change legal name to Borealis Serenity Hedling to protect identity and respect gender identity. The 9/22/24 request to the foreign secretary and assorted case has burned the already deadname Jeremy Michael Lawson"

**US District Court District of Columbia Case No: 1:24-cv-02615-TNM**

Lawson

V.

The Department of Justice et al.

**Note to clerk:**
Please just print and slap last attachment cover page for Exhibit #27 on this starting with this email as first in order of consolidated Filing request.

**Connecticut Appeals Court Docket # H14-CR24-07631845**

The State of Connecticut

V.

Jeremy M Lawson

**Note to clerk:**

Hi Rene please consider my EXPARTE Request for reversal of conviction no longer EXPARTE and file as requested under Article 1 Section 2 of the CT State Constitution and my normal post conviction appeal rights require.

**District Court of Vestfjörður Case No: not assigned yet**

Jeremy M Lawson

V.

Iceland

**Note to clerk:**
Please kindly file the case. The only prayer for relief needed is I need emergency medical services in the UK the Government of Iceland should provide even under the National Health Care Act and international instruments already noted.

**Memorandum of Law for UK Courts:**

**Participation of vulnerable parties or witnesses**
**1.6**
**Practice Direction 1A makes provision for how the court is to give effect to the overriding objective in relation to vulnerable parties or witnesses.**

**PRACTICE DIRECTION 1A – PARTICIPATION OF VULNERABLE PARTIES OR WITNESSES**
**Vulnerability**

**1. The overriding objective requires that, in order to deal with a case justly, the court should ensure, so far as practicable, that the parties are on an equal footing and can participate fully in proceedings, and that parties and witnesses can give their best evidence. The parties are required to help the court to further the overriding objective at all stages of civil proceedings.**

**2. Vulnerability of a party or witness may impede participation and also diminish the quality of evidence. The court should take all proportionate measures to address these issues in every case.**

**3. A person should be considered as vulnerable when a factor – which could be personal or situational, permanent or temporary – may adversely affect their participation in proceedings or the giving of evidence.**

4. Factors which may cause vulnerability in a party or witness include (but are not limited to)—

(a) Age, immaturity or lack of understanding;

(b) Communication or language difficulties (including literacy);

(c) Physical disability or impairment, or health condition;

(d) Mental health condition or significant impairment of any aspect of their intelligence or social functioning (including learning difficulties);

(e) The impact on them of the subject matter of, or facts relevant to, the case (an example being having witnessed a traumatic event relating to the case);

(f) Their relationship with a party or witness (examples being sexual assault, domestic abuse or intimidation (actual or perceived));

(g) Social, domestic or cultural circumstances.

5. When considering whether a factor may adversely affect the ability of a party or witness to participate in proceedings and/or give evidence, the court should consider their ability to—

(a) understand the proceedings and their role in them;

(b) express themselves throughout the proceedings;

(c) put their evidence before the court;

d) respond to or comply with any request of the court, or do so in a timely manner;

(e) instruct their representative/s (if any) before, during and after the hearing; and

(f) attend any hearing.

6. The court, with the assistance of the parties, should try to identify vulnerability of parties or witnesses at the earliest possible stage of proceedings and to consider whether a party's participation in the proceedings, or the quality of evidence given by a party or witness, is likely to be diminished by reason of vulnerability and, if so, whether it is necessary to make directions as a result.

7. If the court decides that a party's or witness's ability to participate fully and/or give best evidence is likely to be diminished by reason of vulnerability, the court may identify the nature of the vulnerability in an order and may order appropriate provisions to be made to further the overriding objective. This may include concealing the address and/or contact details of either party or a witness for appropriate reasons.

8. Subject to the nature of any vulnerability having been identified and appropriate provisions having been made, the court should consider ordering ground rules before a vulnerable person is to give evidence, to determine what directions are necessary in relation to—

(a) the nature and extent of that evidence;

(b) the conduct of the advocates and/or the parties in respect of the evidence of that person;

(c) whether one or more special measures and/or any other support should be put in place for that person;

(d) any duty or power of the court under any enactment or its inherent jurisdiction to prohibit, limit or modify cross-examination of or by a vulnerable witness or to appoint a legal representative to conduct a cross-examination.

9. Before ordering any ground rules, special measures or other support, the court must consider views expressed by a party or witness about participating in the proceedings or giving evidence

Special Measures

10. Special measures may include, but are not limited to:

(a) preventing a party or witness from seeing another party or witness by the use of screens;

(b) allowing a party or witness to give evidence remotely by video conference;

(c) hearing a party or witness's evidence in private;

(d) dispensing with the wearing of wigs and gowns;

(e) admitting pre-recorded video evidence;

(f) questioning a party or witness through an intermediary; and

(g) using a device or other aid to help a party or witness communicate."

Overriding principles

(1) These Rules are a procedural code with the overriding objective of enabling the court to deal with cases justly and at proportionate cost.

(2) Dealing with a case justly and at proportionate cost includes, so far as is practicable –

(a) ensuring that the parties are on an equal footing and can participate fully in proceedings, and that parties and witnesses can give their best evidence;

(b) saving expense;

(c) dealing with the case in ways which are proportionate –

(i) to the amount of money involved;

(ii) to the importance of the case;

(iii) to the complexity of the issues; and

(iv) to the financial position of each party;

(d) ensuring that it is dealt with expeditiously and fairly;

(e) allotting to it an appropriate share of the court's resources, while taking into account the need to allot resources to other cases;

f) promoting or using alternative dispute resolution; and

(g) enforcing compliance with rules, practice directions and orders.

Court's duty to manage cases
1.4
(1) The court must further the overriding objective by actively managing cases.

(2) Active case management includes –

**(a) encouraging the parties to co-operate with each other in the conduct of the proceedings;**

**(b) identifying the issues at an early stage;**

**(c) deciding promptly which issues need full investigation and trial and accordingly disposing summarily of the others;**

**(d) deciding the order in which issues are to be resolved;**

**(e) ordering or encouraging the parties to use, and facilitating the use of, alternative dispute resolution;**

**(f) helping the parties to settle the whole or part of the case;**

**(g) fixing timetables or otherwise controlling the progress of the case;**

**(h) considering whether the likely benefits of taking a particular step justify the cost of taking it;**

**(i) dealing with as many aspects of the case as it can on the same occasion;**

**(j) dealing with the case without the parties needing to attend at court;**

**(k) making use of technology; and**

**(l) giving directions to ensure that the trial of a case proceeds quickly and efficiently.**

Respectfully Submitted,
Legal name: Jeremy M Lawson (hopefully not soon)
Chosen name: Borealis S Hedling
They / Them

Get Outlook for Android

**From:** Jeremy Lawson <j_emt@hotmail.com>

**Sent:** Saturday, October 19, 2024 8:55:14 p.m.

**To:** Phso Enquiries <phso.enquiries@ombudsman.org.uk>; publicrecords@uconn.edu <publicrecords@uconn.edu>; Perry, Charles <charles.perry@ct.gov>; Blair, Russell <Russell.Blair@ct.gov>; NCPTSD <ncptsd@va.gov>; OPR.FOIA@usdoj.gov <OPR.FOIA@usdoj.gov>; COPS.FOIA@usdoj.gov <COPS.FOIA@usdoj.gov>; DSS, FOIA <foia.dss@ct.gov>

**Cc:** Urgent Action Fund Proposals <proposals@urgentactionfund.org>; eg@protectdefenders.eu <eg@protectdefenders.eu>; Liza Andrews <landrews@ctcadv.org>; Lorraine Cowan <lcowan@intervalhousect.org>; President Radenka Maric <president@uconn.edu>; generalcounsel@uconn.edu <generalcounsel@uconn.edu>; FOI <foi@ct.gov>; japan@rk.mofa.go.jp <japan@rk.mofa.go.jp>; iceland-consul@rk.mofa.go.jp <iceland-consul@rk.mofa.go.jp>; AccesstoJustice@usdoj.gov <accesstojustice@usdoj.gov>; cjc@judiciary.uk <cjc@judiciary.uk>; cepej@coe.int <cepej@coe.int>; controlcenter.security-unog@un.org <controlcenter.security-unog@un.org>; contactus@amnesty.org <contactus@amnesty.org>; Rauði krossinn á Íslandi – Icelandic Red Cross <central@redcross.is>; bureau@pca-cpa.org <bureau@pca-cpa.org>; Dómstólasýslan - DS <domstolasyslan@domstolasyslan.is>

**Subject:** EMERGENCY FOI requests

12:51 Fri, Oct 18 78%

DC E | VG-e | Laws | Cont | Ame | Nomi | Rule | justic | My

r39.echr.coe.int/request

ECHR Rule 39 Site

jeremy.lawson1991@gmail.com

Log Out | Français

Home New Request My Requests Privacy Technical Support Terms and Conditions

18/10/2024 14:51:15

Strasbourg local time

## My Open Requests

*No Open Requests*

## My Closed Requests

Closed requests are available for 3 months.

| Request Number | Request Title | Status | |
|---|---|---|---|
| 4828 | Stellate Ganglion Blocks Emergency Medical treatment UK for severely exacerbated PTSD after renewed threat of torture | Closed | Details |
| 4762 | Enforcing Party's Obligations under Article 13 & 14 UN Convention Against Torture | Closed | Details |
| 4717 | Updated Exceptional circumstances now passively suicidal with severe depression need medication delivered and actual judicial review | Closed | Details |
| 4712 | Illegally coerced to withdraw asylum application after act of extreme psychological torture need treatment in UK since borderline suicidal | Closed | Details |
| 4708 | Expedite excercise of Article 14 rights Preemptive Writ of Mandamus countries in extreme violation of human rights laws end torture | Closed | Details |

## My Draft Requests

New Request

*No Draft Requests*

It is pretty easy to infer from context the public importance of all this. It leads to public understanding of fascism versus democracy. Please waive all fees.

I request under the Freedom of Information Act all data attached to this email. This email itself too to be released back to me as FOIA data. Sent to recipients of your agencies easily seen in the subject line and CC lines. Or to yourself technically which legally counts as public information you can release back.

If you reject all or part of these requests please explain why. Please expedite them. Please acknowledge requests with official responses, references numbers, or other protocols per your FOI laws.

To CT you can hold off if necessary, but the CT FOIC lacks any right to deny me anything. Kelly the FOIA DSS officer is the hero of this story. How dare you abandon your mission. At the very least the DOJ responded. Hence Russell V. Blair et al. , but the US District Court District of Connecticut is blocking a motion to refile. Wants it sent by mail from Iceland what BS. 1951 Convention on Refugees gives "access to the courts" pretty sure that should be interpreted broadly. I.E. No Fees, Free Legal Aid, Wide Liberal Construction, Immediate Justice, and recognition as a Vulnerable party. Actual Judicial review since the below is terrifying.

Thanks,
Legal name Jeremy Michael Lawson

Chosen name Borealis S Hedling

They / Them
Get Outlook for Android

---

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** Saturday, October 19, 2024 8:25:36 PM
**To:** CSP.PIO@ct.gov <CSP.PIO@ct.gov>; PoliceChief@hartford.gov <PoliceChief@hartford.gov>; TechnicalAssistance@usdoj.gov <TechnicalAssistance@usdoj.gov>; askcopsRC@usdoj.gov <askcopsRC@usdoj.gov>; cpdispatch@usdoj.gov <cpdispatch@usdoj.gov>; BlueAlert@usdoj.gov <BlueAlert@usdoj.gov>; Hugh.clements@usdoj.gov <Hugh.clements@usdoj.gov>; press@usaid.gov <press@usaid.gov>; OIGLegAffairs@usaid.gov <oiglegaffairs@usaid.gov>; uzra.zeya@state.gov <uzra.zeya@state.gov>; dafna.rand@state.gov <dafna.rand@state.gov>; cjc@judiciary.uk <cjc@judiciary.uk>; Susan.davies@usdoj.gov <Susan.davies@usdoj.gov>; AccesstoJustice@usdoj.gov <accesstojustice@usdoj.gov>; rachel.rossi@usdoj.gov <rachel.rossi@usdoj.gov>; richard.visek@state.gov <richard.visek@state.gov>; Margaret.taylor@state.gov <Margaret.taylor@state.gov>; legal-fo-support-dl@state.gov <legal-fo-support-dl@state.gov>; Montreal-ACS <montreal-acs@state.gov>
**Cc:** Liza Andrews <landrews@ctcadv.org>; Meghan Scanlon <mscanlon@ctcadv.org>; President Radenka Maric <president@uconn.edu>; Quaresima, Angelo <angelo.quaresima@uconn.edu>; karen.violette@uconn.edu <karen.violette@uconn.edu>; generalcounsel@uconn.edu <generalcounsel@uconn.edu>; kate.ogg@anu.edu.au <kate.ogg@anu.edu.au>; The Late Show-audience <thelateshow-audience@cbs.com>; news@ctpublic.org <news@ctpublic.org>; newstips@fox61.com <newstips@fox61.com>; newsmanager@foxnews.com <newsmanager@foxnews.com>; news12ct@news12.com <news12ct@news12.com>; news@nbcct.com <news@nbcct.com>; news@thehour.com <news@thehour.com>; Customer care Le Monde in english <customercare@lemonde.fr>; executive-editor@nytimes.com <executive-editor@nytimes.com>; Press, AOC <AOC.press@mail.house.gov>; tips@slate.com <tips@slate.com>; tips2@bloomberg.net <tips2@bloomberg.net>; CNNTips <tips@cnn.com>; tips@nypost.com <tips@nypost.com>; tips@ctnewsjunkie.com <tips@ctnewsjunkie.com>; news@kcbd.com <news@kcbd.com>; newsdesk3@wfsb.com <newsdesk3@wfsb.com>; newsdesk@fcdo.gov.uk <newsdesk@fcdo.gov.uk>; pressoffice@cabinetoffice.gov.uk <pressoffice@cabinetoffice.gov.uk>; postur@knu.is <postur@knu.is>; rls@rls.is <rls@rls.is>; return@police.is <return@police.is>; Reykjavik, Consular <reykjavikconsular@state.gov>; controlcenter.security-unog@un.org <controlcenter.security-unog@un.org>; ethicsoffice@un.org <ethicsoffice@un.org>; contactus@amnesty.org <contactus@amnesty.org>; COMM Media Relations / Relations médias COMM (IRCC) <media@cic.gc.ca>; members@amnesty.ca <members@amnesty.ca>; Rauði krossinn á Íslandi – Icelandic Red Cross <central@redcross.is>; press@trumporg.com <press@trumporg.com>; press@drc.ngo <press@drc.ngo>; Human Rights Watch (Paris) <paris@hrw.org>; secretary@londonlibdems.org.uk <secretary@londonlibdems.org.uk>; chair@londonlibdems.org.uk <chair@londonlibdems.org.uk>; Bernie Sanders (information account) <info@berniesanders.com>; matthew.graves@usdoj.gov <matthew.graves@usdoj.gov>; jeffrey.ragsdale@usdoj.gov <jeffrey.ragsdale@usdoj.gov>; odcinfo@dcodc.org <odcinfo@dcodc.org>; Executive Office <executive.office@dcbar.org>; casemanager@dcbpr.org <casemanager@dcbpr.org>; casework@blumenthal.senate.gov <casework@blumenthal.senate.gov>; mailbox_office@ethics.senate.gov <mailbox_office@ethics.senate.gov>; js.pentagon.ocjcs.list.public-affairs-awareness@mail.mil <js.pentagon.ocjcs.list.public-affairs-awareness@mail.mil>; shapepao@shape.nato.int

<shapepao@shape.nato.int>; democracy@coe.int <democracy@coe.int>; cepej@coe.int <cepej@coe.int>; secretariat@ecba.org <secretariat@ecba.org>; secretary.general@ippf-fipp.org <secretary.general@ippf-fipp.org>; El Abdallah, Fadi <Fadi.El-Abdallah@icc-cpi.int>; InformationRights <informationrights@ombudsman.org.uk>; info@humanrights.is <info@humanrights.is>; mcc@vmst.is <mcc@vmst.is>; postur <postur@umbodsmadur.is>; billing@landspitali.is <billing@landspitali.is>; Móttaka – Embætti landlæknis <mottaka@landlaeknir.is>; hrwgva@hrw.org <hrwgva@hrw.org>; Heilbrigðisráðuneytið <hrn@hrn.is>; Dómsmálaráðuneytið <dmr@dmr.is>; bjarkeyg@althingi.is <bjarkeyg@althingi.is>; svandiss@althingi.is <svandiss@althingi.is>; urskurdarnefnd@lmfi.is <urskurdarnefnd@lmfi.is>; lmfi@lmfi.is <lmfi@lmfi.is>; lis@lis.is <lis@lis.is>; steinunna@althingi.is <steinunna@althingi.is>; information@icj-cij.org <information@icj-cij.org>; +info <info@psic-ispc.gc.ca>; press@whistleblower.org <press@whistleblower.org>; bureau@pca-cpa.org <bureau@pca-cpa.org>; orri.pall.johannsson@althingi.is <orri.pall.johannsson@althingi.is>; gudmundur.ingi@uar.is <gudmundur.ingi@uar.is>; Ilze.JUHANSONE@ec.europa.eu <Ilze.JUHANSONE@ec.europa.eu>; INFO <info@euaa.europa.eu>; Information UN Women <info@unwomenuk.org>; justice@unodc.org <justice@unodc.org>; IAC, Customer Service <customer.service@justice.gov.uk>; Matthew.Ritter@cga.ct.gov <Matthew.Ritter@cga.ct.gov>; Rep. Elliott, Josh <josh.elliott@cga.ct.gov>; Bower, Victoria <victoria.bower@cga.ct.gov>; vincent.candelora@housegop.ct.gov <vincent.candelora@housegop.ct.gov>; Pierre, Natasha <natasha.pierre@ct.gov>; Duquette, Lauren <Lauren.Duquette@jud.ct.gov>; Reeves, Andrea <Andrea.Reeves@ct.gov>; OfficeofPublicHearings <officeofpublichearings@ct.gov>; papers@parliament.uk <papers@parliament.uk>; olr@cga.ct.gov <olr@cga.ct.gov>; petitionscommittee@parliament.uk <petitionscommittee@parliament.uk>; post@parliament.uk <post@parliament.uk>; hcenquiries@parliament.uk <hcenquiries@parliament.uk>; hlinfo@parliament.uk <hlinfo@parliament.uk>; _EDA-REP Washington Chancery <washington.chancery@eda.admin.ch>; was.visa@eda.admin.ch <was.visa@eda.admin.ch>; forseti@forseti.is <forseti@forseti.is>; Rektor <rektor@hi.is>; press@ed.gov <press@ed.gov>; miguel.cardona@ed.gov <miguel.cardona@ed.gov>; icelandmonitor@mbl.is <icelandmonitor@mbl.is>; Dómstólasýslan - DS <domstolasyslan@domstolasyslan.is>; pm@osce.org <pm@osce.org>; david.d.vella@gov.mt <david.d.vella@gov.mt>; spindler@unhcr.org <spindler@unhcr.org>; mantoo@unhcr.org <mantoo@unhcr.org>; Matthew William Saltmarsh <saltmars@unhcr.org>; Dujarric@un.org <Dujarric@un.org>; info@ap.org <info@ap.org>; Laura Berry <lberry@icadvinc.org>; sbg@logreglan.is <sbg@logreglan.is>; Phso Enquiries <phso.enquiries@ombudsman.org.uk>; jbarr@council4.org <jbarr@council4.org>; media@acluct.org <media@acluct.org>; intake@acluct.org <intake@acluct.org>; servicedesk@conservative.ca <servicedesk@conservative.ca>; service@americanbar.org <service@americanbar.org>; datgcommunications@abctv.com <datgcommunications@abctv.com>; responsibility@twdc.com <responsibility@twdc.com>; Disneyshareholder@computershare.com <Disneyshareholder@computershare.com>; twdc.corpcomms.europe@disney.com <twdc.corpcomms.europe@disney.com>

**Subject:** Emergency AD HOC Global working group Petition (last blast email ever)

# RE: Sen Rahman Constituent inquiry

**From:** Liza Andrews landrews@ctcadv.org
**To:** Jeremy Lawson j_emt@hotmail.com
**Cc:** Tonya Johnson tjohnson@ctcadv.org
**Sent:** Thursday, July 6, 2023, 3:33 p.m.

Hi Jeremy,

Thank you for sharing this additional information. All of your frustrations are valid and we appreciate you sharing your story with us. It points to some flaws within the state's response to domestic violence that CCADV can use to strengthen our advocacy across the system, including state law, state agency policies & procedures, and within the domestic violence service system itself. While I'm sure you understand that CCADV does not have the ability to create or approve state agency policies, procedures, or regulations, we always want programs to be as accessible as possible. And while we recognize that fiscal restraints do not always allow for that, we will continue our advocacy to ensure all survivors can access needed benefits and services. Your story and experience will help inform that work, so again, thank you. I do hope you have a positive resolution to your fair hearing.

I did discuss your case with our COO, Tonya Johnson (cc'd here), and we do have some limited funding available that we may be able to provide you to assist with something like relocation if that would be helpful. Please let us know and Tonya will be happy to discuss details.

Thank you,
Liza

cca | DV
Connecticut Coalition Against Domestic Violence

*Liza Andrews, MSW*
*Pronouns:* She/Her
Director of Public Policy & Communications
(direct) 959.202.5003 | (cell) 860.919.9707
landrews@ctcadv.org | www.ctcadv.org
655 Winding Brook Drive | Suite 4050
Glastonbury, CT 06033

Liza's point is accurate "Your story and experience will help inform that work". It is democracy or fascism at this point. Since if the below Grievance can't be Redressed with this Petition. Since it could have been fixed with 1 email 2/27/23. This world 🌎 is screwed.

**17b-112a states:**

For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.

As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

If the Governor of Connecticut and the Attorney General's responses or lack there of. Now requires disbarment by consent of the US Attorney General now. Over again the above there is no "legal" profession or ethics left in the US you didn't follow rule 8.3 as DOJ policy since 4/8/24. I was enforced disappeared by the Connecticut State Police 4/11/24.

**#1 Fascism in CT Law Enforcement:** To the **Connecticut State Police** and **Hartford Police** I am petitioning you to file requests for Assistance from the **US DOJ COPS Critical Response program:**

https://cops.usdoj.gov/criticalresponse

https://portal.cops.usdoj.gov/critac/

# Data Analysis

Examples of data analysis include:

- Racial profiling
- Use of force
- Traffic stops
- Arrests
- Staffing

# After-Action Reviews

Critical Response also supports after-action reviews of the law enforcement response to critical incidents when a law enforcement agency demonstrates that this objective review would be beneficial. Through these after-action reviews, the COPS Office and partners will work closely with the local law enforcement agency and other stakeholders to document their approaches, provide feedback on strategies and tactics that were found to work, and identify areas where best and promising practices could be employed in the future.

After-action reviews are conducted within the general framework described in the COPS Office publication, *How to Conduct an After Action Review*.

# Request Assistance

To submit a request under the COPS Office Collaborative Reform Initiative Continuum of Technical Assistance Services, please complete the following:

SUBMIT REQUEST FOR ASSISTANC

If you wish to contact the COPS Office Collaborative Reform Initiative team, please email TechnicalAssistance@usdoj.gov or call the COPS Office Response Center at 1-800-421-6770.

Need Help? Ask COPS

**"The Critical Response program is designed to provide targeted technical assistance (TA) to state, local, tribal, and territorial law enforcement agencies experiencing high profile events, major incidents, or sensitive issues of varying need. Critical Response is highly customizable by providing flexible assistance to law enforcement agencies that have recently experienced a critical incident or identified an issue of significant community concern in their department's operations.**

**Through the Critical Response program, the team is able to deliver targeted, customized technical assistance to a wide range of state, local, tribal, and territorial law enforcement agencies that generally fall into three categories: (1) immediate delivery of TA to address a pressing and acute need, (2) data analysis, and (3) after-action reviews to understand and learn from law enforcement and public safety responses to critical incidents or issues.**

Police can't be used as a threat by any executive branch especially like this: The Icelandic police to their individual officers credit 10/17/24 preserved my rights to housing, medical support, and financial assistance. Regardless in practice of it being a means of coercive control and abject failure mainly by the Directorate of Immigration... I am not afraid of them harming me after that action it shows solidarity and commitment to their stated goal of "Human dignity".

9/23/24 30 minute asylum claim coerced withdrawal interview:

https://drive.google.com/drive/folders/1qDkPN4bR3EwT3iR9u3l0KH3VyolFC3KR

Description of return unit:

https://www.logreglan.is/adstod/return/

**#2 Democracy Delivering:**

**USAID** already has a program for Connecticut or the world I don't know.

https://youtu.be/OIQ-VBT-tzM?si=BqcejxdKYykTA1IP

The **US State Department BUREAU OF DEMOCRACY, HUMAN RIGHTS, AND LABOR** already compose country human rights reports and state:

**"Many governments that profess to respect human rights may in fact secretly order or tacitly condone violations or abuses. Consequently, the Country Reports look beyond statements of policy or intent to examine reports of what a government did, or did not do, to protect human rights and promote accountability, including the extent to which the government investigated, brought to trial, or punished those responsible for any violations or abuses."**

**#3 Access to Justice and Asylum:**

I will appeal the King's Bench Court ruling and amend it for citizenship in the UK. Citing Civil Practice Rules overriding principles and vulnerable party status. My grandmother survived the London Blitz. My dad was born in the UK and I was born in 1991. Section 14(1) of the British Nationality Act 1981 and instrumental instruments make this just morally not just legally correct. Also the 1998 human rights Act. Judges need to read...

I asked the Foreign Secretary to help me 9/22/24 understandably the current UK Government is 2 month old. Still David Lemmy went to Harvard and is a "lawyer" I expect better if this is the Government I am choosing over Japan. Since I have family In the UK and all the emergency medical services I need are there. The **UK Civil Judiciary Committee, US DOJ Office of Legal Policy, and DOJ Office of Access to the Courts** can deal with the systemic issues.

**"The CJC is an Advisory Public Body which was established under the Civil Procedure Act 1997. The Council's statutory duty is to review the civil justice system and make recommendations to the Lord Chancellor, the judiciary and the Civil Procedure Rule Committee on the development of the civil justice system to make it more accessible, fair and efficient."**

**"The mission of OLP is to develop and implement the Department's significant policy initiatives, handle special projects that implicate the interests of multiple Department components, coordinate with other interested Department components and other Executive Branch agencies,**

**and serve as the primary policy advisor to the Attorney General and the Deputy Attorney General. OLP also reviews and coordinates all regulations promulgated by the Department and all of its components, assists the Attorney General with responsibilities in recommending candidates for federal judgeships, and coordinates the judicial nomination and confirmation process with the White House and the Senate. As of 2024, OLP also houses DOJ's emerging technology team, supporting initiatives related to cybersecurity and artificial intelligence across the Department."**

**"The Office for Access to Justice works to break down barriers to the founding principle and enduring promise of the Department of Justice: equal justice under law. Our mission is to ensure access to the promises and protections of our civil and criminal legal systems for all communities."**

**#4 Arbitration at the Permanent Court of Arbitration at the Hague:**

I trust the US Government because a call center **US Consulate in Montreal not even Reykjavik treated me like a human being.** Individual integrity in career civil servants is possible. Also my hope is the **Office of the Legal Advisers** is just done with this BS. **Uconn** and **The Connecticut Coalition Against Domestic Violence** deserve justice too you keep ignoring the systemic damage.

**"The Office of the Legal Adviser furnishes advice on all legal issues, domestic and international, arising in the course of the Department's work. This includes assisting Department principals and policy officers in formulating and implementing the foreign policies of the United States, and promoting the development of international law and its institutions as a fundamental element of those policies. The Office is organized to provide direct legal support to the Department of State's various bureaus, including both regional and geographic offices (those which focus on specific areas of the world) and functional offices (those which deal with specific subject matters such as economics and business, international environmental and scientific issues, or internal management)."**

**#5 Read your Oaths, Mission Statements, constitutions, and International Instruments!!!**

The Connecticut Coalition Against Domestic Violence can't even fulfill what they want to achieve because you fail to follow the law. A court does not need to tell you to this is beyond ethics and law it is basic morality.

11:07 Thu, Oct 17 92%

CCADV :: Connecticut Coalition Against Domestic Violence
ctcadv.org

UNSURE IF YOU'RE BEING WATCHED? **LEAVE SITE NOW**

ccaDV
Connecticut Coalition Against Domestic Violence




## 24/7 HELP IS ONE CLICK AWAY

Talk to a live advocate. Free & confidential support.

## FACTS ON DV IN CT

Domestic violence affects us all. Know the facts.

KNOW THE SIGNS

## ¿HABLA ESPAÑOL?

Conoce las señales de la violencia doméstica y como apoyar a las víctimas.

APRENDE MÁS




So...




Again **read and tall your diplomats and world leaders wtf?**

**#6 media guide for the ethically challenged:**

The Danger of Silence Ted Talk by Clint Smith

https://youtu.be/NiKtZgImdlY?si=YzBE0442R7PRkIpJ

Essentially stop doing this for Ned Lamont and William Tong I appreciate not be held in literal chains anymore like in CT and Canada at least.

https://youtu.be/qKJ-2vcINT4?si=Nzlb4s2oyZLqz5H0

Remember the Court of public opinion is a lot harsher than any courts your Government's control. For reference you can look up this whole scene from Star Wars a wholly owned Disney intellectual property for where most of you stand morally, ethically, and legally.

https://youtu.be/U8wLBOlCKPU?si=Oz5NL9zf-QNxkma6

Thanks,

Borealis

They / Them

P.S. Or just replace the Summit for Democracy with the 1st Summit on Fascism. You just have to host it a little further North this year :). Actually I am sure the Connecticut Convention Center in Nedtopia will host it. You are all forgiven that does not mean you are not accountable to yourself or the citizens you serve.

Get Outlook for Android

Please Click Here to Review the latest Practice Note

The original of this e-mail was scanned and on leaving the UKSC/JCPC network this was certified as virus free, but no liability is accepted for any damage caused by any virus transmitted by this e-mail. This e-mail and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the organisation. The original of this e-mail was scanned and on leaving the UKSC/JCPC network this was certified as virus free, but no liability is accepted for any damage caused by any virus transmitted by this e-mail. This e-mail and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the organisation.

If you are contacting the Registry regarding a text message you have received asking for payment for a parking ticket, **this is a scam.**

**Do not click on the link and do not provide any personal or banking details.** For more information, please see our website; Supreme Court Impersonation Scams - The Supreme Court

Please Click Here to Review the latest Practice Note

The original of this e-mail was scanned and on leaving the UKSC/JCPC network this was certified as virus free, but no liability is accepted for any damage caused by any virus transmitted by this e-mail. This e-mail and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the organisation. The original of this e-mail was scanned and on leaving the UKSC/JCPC network this was certified as virus free, but no liability is accepted for any damage caused by any virus transmitted by this e-mail. This e-mail and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the organisation.

If you are contacting the Registry regarding a text message you have received asking for payment for a parking ticket, **this is a scam.**

**Do not click on the link and do not provide any personal or banking details.** For more information, please see our website; Supreme Court Impersonation Scams - The Supreme Court