US District Court District of Connecticut

Case No: ______________________________

Emergency EX Parte Temporary Restraining Order to suspend implementation of the 1/20/25 Executive order "**DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT"**

Lawson

V.

Trevor M. McFadden

Donald J. Trump

The Department of State

The Department of Education

1. The Plaintiff per EX 1-4 a 11/27/24 Motion for recusal, Case Activity email showing a 1/31/24 showing a rejected Emergency Motion to Reopen from 1/23/25. Emergency Notice sent to the US District Court District of Columbia 1/18/25. Judge McFadden is culpable under international law and can be sued for his actions. Especially per EX 5 a 12/9/24 140 item "frantic filings" Exhibit List just the names listed should give pause. The Plaintiff hoped at least at the bare minimum President Trump would take swift action to not require the court to Intervene to.

"Declare The University of Connecticut and Connecticut Coalition Against Domestic Violence can advocate for the civil rights of victims and survivors of domestic violence. Without fear of retaliation from the state of Connecticut. With adequate Federal intervention to do so."

2. The Executive Order in Section 1 states (see EX 6 for full order):

"Section 1. Purpose. Across the country, ideologues who deny the biological reality of sex have increasingly used legal and other socially coercive means to permit men to self-identify as women and gain access to intimate single-sex spaces and activities designed for women, from **women's domestic abuse shelters** to women's workplace showers. This is wrong. Efforts to eradicate the biological reality of sex fundamentally attack women by depriving them of their dignity, safety, and well-being. The erasure of sex in language and policy has a corrosive impact not just on women but on the validity of the entire American system. Basing Federal policy on truth is critical to scientific inquiry, public safety, morale, and trust in government itself."

3. When the official policy of this Government is still allowing a Governor of a State to illegally deny victims of domestic violence benefits against the law he signed. Who Enforce disappeared the whistleblowers who sought to lawfully stop this illegal and immoral practice since 2/27/23. The US in a continued failure to address the well documented 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). As seen in a rejected Emergency Petition for a Writ of Injunction, 2/29/24 Letter to Attorney General William Tong, Emergency Petition for a Writ of Certiorari (sent 12/18/24 no response), or Merrick Garland's lack of response to the Emergency Petition for a Writ of Certiorari (was drafted in Iceland 9/20/24) see EX 7-10. Means they are not just in violation of all the noted peremptory Norms in the emergency notice from 1/18/25 including torture and refoulment of a human rights defender. Also the Crime Against Humanity of knowingly maintaining a false designation as a “safe third country” with Canada Against Factor 3 of Section 102 (2) of the Immigration and Refugee Protection Act. Is also violating the spirit and letter of the UN Declaration on the Elimination of Violence Against Women. Even in violation of the UN Charter itself with the consent of the UN.

“Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms.”

-General information on Third Safe country agreement Canadian Citizenship and Immigration

4. The US Government allowed the Canadian Government 8/25/24-9/10/24 to illegally detain the Plaintiff from filing an Injunction to rectify this. After the Department of Justice knew about the illegal operation of the DVCBP since 4/8/24 see EX 11 even dispatching FBI agent Jeff Sexton from the New Haven field office 4/12/24 the day after the Plaintiff was enforced disappeared. To date the only external response of the Department of Justice besides beginning a massive FOIA request at the Requestor's behest given the obvious systemic corruption. Was Agent Sexton leaving a business card with a housemate. Agent Sexton, the Office of the Inspector General at the Department of Justice, and Former (thank God) Attorney General Merrick Garland never did respond to the Plaintiff’s frantic letters during the Plaintiff’s 133 day illegal imprisonment 4/11/24-8/23/24. The Plaintiff’s home they can't return to mortgage is in default because no Government will also meet their obligations under Article 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

“Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation.”

5. The Plaintiff will State under normal conditions they would assume by point 5 of any other potential Plaintiff's litigation against this transphobic Executive Action. The words "gender identity" would have been used, but the administration can't even "defend women", the US Constitution, or honor international agreements. The point being is the US Government will claim to be defending women yet systematically is allowing almost all 50 state Coalitions at least given the Plaintiff attempt to warn them to be intimidated by the Department of Justice. Using the Plaintiff, Connecticut Coalition Against Domestic Violence, and University of Connecticut as a cautionary tale of what happens when you advocate for the civil rights of victims and survivors of domestic violence in this country. As the construction of The Council of Europe Convention on preventing and combating violence against women and domestic violence (Istanbul Convention) (2011) shows. It is best to center women in laws regarding protection of rights and obligations of the Government as they are disproportionately the victims of domestic violence. Still the language leaves the prospect of extending protections to all. Yes the language still does state women and men generally in the text. Importantly states in Article 2 "Parties are encouraged to apply this Convention to all victims of domestic violence. Parties shall pay particular attention to women victims of gender-based violence in implementing the provisions of this Convention." Tran women will face extreme danger under this action.

"Article 1 – Purposes of the Convention
1 The purposes of this Convention are to:
a protect women against all forms of violence, and prevent, prosecute and eliminate violence against women and domestic violence;
b contribute to the elimination of all forms of discrimination against women and promote substantive equality between women and men, including by empowering women;
c design a comprehensive framework, policies and measures for the protection of and assistance to all victims of violence against women and domestic violence;
d promote international co-operation with a view to eliminating violence against women and domestic violence;
e provide support and assistance to organisations and law enforcement agencies to effectively co-operate in order to adopt an integrated approach to eliminating violence against women and domestic violence.
2 In order to ensure effective implementation of its provisions by the Parties, this Convention establishes a specific monitoring mechanism.
Article 2 – Scope of the Convention
1 This Convention shall apply to all forms of violence against women, including domestic violence, which affects women disproportionately.
2 Parties are encouraged to apply this Convention to all victims of domestic violence. Parties shall pay particular attention to women victims of gender-based violence in implementing the provisions of this Convention.
3 This Convention shall apply in times of peace and in situations of armed conflict."

6. The important part to remember historically is that the late Supreme Court Justice Ruth Bader Ginsburg when working for the ACLU pioneering the campaign for women's rights started using the word “gender” versus “sex”. Since she thought male judges would think about the potential explicit nature of the word as in the act of sex versus examining the civil rights issues. It is a clear revisionist understanding of women rights history to like Big Brother remove this word from our lexicon or Federal policy. There is no way RBG would find this Executive order lawful. See Section 3(c) of the executive order.

“(c) When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term “sex” and not “gender” in all applicable Federal policies and documents.”

7. The Plaintiff as a Human Rights defender who has written a Petition under optional protocols to the United Nations Committee on the Elimination of Discrimination against Women (CEDAW) 9/22/24 the United Nations Ethics office has been withholding See EX 12. Regarding the suppression of the free speech rights of Radenka Maric President of the University of Connecticut, Meghan Scanlon CEO of the CT Coalition Against Domestic Violence (CCADV), and Liza Andrews Vice President of Government & Public Relations for CCADV. The important part to note as quoted below is there is a patriarchal hypocrisy to “defending” women without being a woman. The Plaintiff would challenge the White House to be incredibly transparent about how involved women were in the actual direct drafting of this Executive order to “defend” them. When importantly like every optional protocol in international instruments, the US is not subject to any of them. Even for the Convention on the Elimination of All Forms of Discrimination against Women. Maybe ratification of that is a better show the administration wants to “defend” women.

“Petition on behalf of others under Optional Protocol of the Convention
on the Elimination of All Forms of Discrimination against Women
ATTN: United Nations Committee on the Elimination of Discrimination against Women (CEDAW)
Named survivors: President of The University of Connecticut (UConn) Radenka Maric, Chief Executive Officer of the Connecticut Coalition Against Domestic Violence (CCADV) Meghan Scanlon, former Chief Operating Officer CCADV Tonya Johnson, and Vice President of Government & Public Relations CCADV Liza Andrews.
Countries in violation of spirit and letter of the Convention: The United States, Canada, Switzerland, Iceland, and the Netherlands
Countries subject to protocol: Canada, Switzerland, Iceland, and The Netherlands
Please review attached Ethics Complaint and review emails and exhibits provided. Petitioner used word survivor as even under the auspices of being victims the fact each woman has endured what they have lends a different connotation in the Petitioner’s eyes. Lends a stronger sense of solidarity in language chosen and more accurately reflects the situation. Petitioner was not AFAB or identifies as a trans woman. Though their gender identity is fluid and fem leaning. It does not mean Petitioner has any right to tell this component of the story or understands the underlying lived experience of being a woman or how intersectionality plays into that. They can

only underscore their deep appreciation for what support these women have lended under next to impossible circumstances. Petitioner would like to state as clearly as possible patriarchy is cancer upon this world institutionally and in practice. Other relevant international instruments of note drafted by the UN would be the Declaration on the Elimination of Violence Against Women. Liza was even the Petitioner's 1 phone call before their Enforced Disappearance 4/11/24.
Respectfully submitted,
Borealis S Hedling"

8. Inevitably Liza Andrews was still right the Plaintiff's story informs a lot if people and the courts will listen. Along with the President.

**RE: Sen Rahman Constituent inquiry**

**From:** Liza Andrews landrews@ctcadv.org
**To:** Jeremy Lawson j_emt@hotmail.com
**Cc:** Tonya Johnson tjohnson@ctcadv.org
**Sent:** Thursday, July 6, 2023, 3:33 p.m.

Hi Jeremy,

Thank you for sharing this additional information. All of your frustrations are valid and we appreciate you sharing your story with us. It points to some flaws within the state's response to domestic violence that CCADV can use to strengthen our advocacy across the system, including state law, state agency policies & procedures, and within the domestic violence service system itself. While I'm sure you understand that CCADV does not have the ability to create or approve state agency policies, procedures, or regulations, we always want programs to be as accessible as possible. And while we recognize that fiscal restraints do not always allow for that, we will continue our advocacy to ensure all survivors can access needed benefits and services. Your story and experience will help inform that work, so again, thank you. I do hope you have a positive resolution to your fair hearing.

I did discuss your case with our COO, Tonya Johnson (cc'd here), and we do have some limited funding available that we may be able to provide you to assist with something like relocation if that would be helpful. Please let us know and Tonya will be happy to discuss details.

Thank you,
Liza

cca | DV
Connecticut Coalition Against Domestic Violence

*Liza Andrews, MSW*
*Pronouns:* She/Her
Director of Public Policy & Communications
(direct) 959.202.5003 | (cell) 860.919.9707
landrews@ctcadv.org | www.ctcadv.org
655 Winding Brook Drive | Suite 4050
Glastonbury, CT 06033

9. Now we get to the point the Plaintiff can discuss the absurdity of the phrase “gender ideology extremism”. The Plaintiff requests the court see EX 13 & 14 a cease and desist sent to the Solicitor General prior to the signing of the Executive order. The noted attachments which will be covered as relevant chronologically. As the Plaintiff’s direct civil rights Activism promoting gender ideology extremism dates back to 2019. Their total civil rights Activism started in 2015 when they joined the Connecticut Department of Social Services Statewide Employee Affirmative Action Committee. Clearly have made human rights defense their raison d'ê·tre. Even for States or Governments that embrace gender ideology extremism. The state of Connecticut has had P.A. 11-55 on the books since 2011 and still fails to enforce it appropriately since all Government services per Section 21 should be performed without discrimination.. Per EX 15 the Plaintiff showing the Connecticut Department of Motor Vehicles they had violated this law for 8 years in 2019. When they just had their doctor put Non-binary on the B-372 form. Test case litigation is already a well established form of protected political speech. Granted the state of Connecticut had not removed the language “mental retardation” from the law in 2011 either… Yet the “Department of Retardation” was changed into the Department of Development Services 10/1/2007. The Plaintiff parallels the definition of “gender ideology” and “gender identity” below from the Executive order section 2 f and g.

(21) "Gender identity or expression" means a person's gender-related identity, appearance or behavior, whether or not that gender-related identity, appearance or behavior is different from that traditionally associated with the person's physiology or assigned sex at birth, which gender-related identity can be shown by providing evidence including, but not limited to, medical history, care or treatment of the gender- related identity, consistent and uniform assertion of the gender-related identity or any other evidence that the gender-related identity is sincerely held, part of a person's core identity or not being asserted for an improper purpose.

Sec. 30. Subsection (a) of section 46a-71 of the general statutes is repealed and the following is substituted in lieu thereof (Effective October 1, 2011):

(a) All services of every state agency shall be performed without discrimination based upon race, color, religious creed, sex, gender identity or expression, marital status, age, national origin, ancestry, mental retardation, mental disability, learning disability or physical disability, including, but not limited to, blindness.”

“(f) “Gender ideology” replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true. Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one’s sex. Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

(g) "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that **does not provide a meaningful basis for identification** and cannot be recognized as a replacement for sex."

10. Section 2 g of the Executive order importantly states as highlighted Gender identity "does not provide a meaningful basis for identification". The fact it only requires an "X" to show basic humanity to individuals is a moral issue. The Plaintiff will note Native American tribes have long recognized gender does not just exist as binary. Holds special spiritual connotations even though the term "two-spirits" is attributed to being coined in 1990 and is routinely included under the non-binary umbrella. The Plaintiff in the past has poorly explained the concept and the actual cultural significance is complex and varied in North American tribes. This is a note because of the complexity of the Sovereignty of tribes in law, but they are also considered to be part of the United States. This Executive order clearly had no concern for that. The Plaintiff does not have standing to bring that action just note different Tribes also have expansive identification systems. That does not exclusively mean there are no trans or non-binary Native Americans in the common understanding of gender ideology extremism.

11. Regarding the Plaintiff per EX 16 they pointed out to the Indiana ACLU 11/7/24 during their move under duress from CT to IN 8/7/23 the fact the State of Indiana stripped them of their Non-binary drivers license. The Plaintiff had the Connecticut Department of Motor Vehicles issue a duplicate 10/4/23 with their consent and the Bureau of Motor Vehicles as the Plaintiff's residency was nebulous. Per EX 17 the Plaintiff pointed out to the Bureau of Motor Vehicles 4/8/24 the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The DVCBP. Concurrently to making clear The Plaintiff had unique standing due to their civil rights activities and situation and said the Indiana Attorney General should stop his absurd appeal to stop Indiana from issuing non-binary licenses. 4/9/24 EX 18 the decision In the below noted case found only the Indiana Legislature could determine if "[t]he person's gender." REAL ID Act of 2005, Pub. L. No. 109-13, Div. Title II, § 202(b)(3) (codified in 49 U.S.C. § 30301 note)" could include a third option. That the Real ID legislation left the determination of how to classify to the States. Used the word "gender" directly in the legislation.

Indiana Court of Appeals Case No 23A-PL-899 (2014)
Indiana Bureau of Motor Vehicles
and Joseph B. Hoage, in his official capacity
as Commissioner of the Indiana Bureau
of Motor Vehicles,
Appellants-Defendants,
v.
Fitz Simmons, A.G., S.D., C.O., K.W.,
W.A., B.W., K.H., S.R., J.T., K.O., S.O., and J.L.,

12. The court turned to the dictionary and statutory construction with the intention of the Legislature. Importantly this is what the court construed from their dictionaries. Which shows even the basic construction of the definitions become blurred and even though the word "Sex" even appears on the Plaintiff's CT license the REAL ID legislation uses again the language gender. Please also note below as the Plaintiff adds they add the definition for the word "identity" to appropriately reflect the weight of it. Connecticut P.A. 11-55 specifically states for comparison "gender-related identity is sincerely held, part of a person's core identity".

"[23]. To obtain the plain meaning of a term, we consult "general-language dictionaries." Rainbow Realty Grp., Inc., 131 N.E.3d at 174. One such dictionary defines "gender" as "sex." https://www.merriam-webster.com/dictionary/gender [https://perma.cc/6GVX-64VG] (last visited March 28, 2024). While it also supplies the alternative definition of "gender identity," the usage guide states: "[I]n nonmedical and nontechnical contexts, there is no clear delineation [between the words "gender" and "sex"], and the status of the words remains complicated." Id.

[24] Another dictionary defines the term "gender" as: "Either of the two divisions, designated female and male, by which most organisms are classified on the basis of their reproductive organs and functions; sex." https://www.ahdictionary.com/word/search.html?q=gender [https://perma.cc/A24J-P4MK] (last visited March 28, 2024). And alternatively, "One's identity as female or male or as neither entirely female nor entirely male." Id. The usage note with this definition states: "Some people maintain that the word sex should be reserved for reference to the biological aspects of being male or female or to sexual activity, and that the word gender should be used only to refer to sociocultural roles. . . . The distinction can be problematic, however." Id."

"**identity *noun* (WHO YOU ARE)**

the fact of being, or feeling that you are, a particular type of person, organization, etc.; the qualities that make a person, organization, etc. different from others:
a loss of identity In prison people often suffer from a loss of identity.
a sense of identity I think my job gives me a sense of identity.
It was important for me to carve out an identity separate from my husband's.
cultural/national/ethnic identity
https://dictionary.cambridge.org/us/dictionary/english/identity "

13. Importantly the Plaintiffs in the IN case did not have the same standing as this Plaintiff. The Bureau of Motor Vehicles withheld the existence of the Plaintiff from the Appeals Court. The Indiana Office of the Inspector General refused to "investigate" or respond to the Plaintiff's complaint. The word "identity" is not disparate from the full meaning of

"gender identity" as understood as a legally protected class. The Executive Order definition seems absurd because it actually challenges the idea Federal law doesn't use the word "gender" and again the word is not literally at the core of the women's rights movement in the case law. Regardless of lexicographers varying in the definition. Since inevitably the actual 14th Amendment challenge the Plaintiff can bring is incredibly strong. The Appeals Court was very thorough in the legal construction of their determination sans the Plaintiff being factored in. Appropriately notes the narrow ruling in Bostock v. Clayton County, Georgia, 590 U.S. 644, 140 S. Ct. 1731, 207 L. Ed. 2d 218 (2020) has not expanded gender identity to be included under intermediate scrutiny. Specifically seeming to suggest the Supreme Court was leaving the door open for an appropriate case as Bostock involved a Plaintiff fighting employment discrimination based on sexual orientation. Not a direct challenge by a non-binary individual severely aggrieved and tortured by several Governments. With concurrent global litigation.

"[35] The guarantee of equal protection prohibits states from denying "to any person within its jurisdiction the equal protection of the laws." U.S. CONST. amend. XIV, § 1. While the Equal Protection Clause guarantees that similar individuals will be treated in a similar manner by the government, it does not deny the government's ability to classify persons in the application of its laws. Phelps v. Sybinsky, 736 N.E.2d 809, 818 (Ind. Ct. App. 2000) (quoting 3 RONALD D. ROTUNDA & JOHN E. NOWAK, TREATISE ON CONSTITUTIONAL LAW § 18.2, at 208 (3d ed. 1999)), trans. denied. Rather, it guarantees the "'classifications will not be based on impermissible criteria or arbitrarily used to burden a group of individuals.'" Id.

[36] In assessing whether the classification violates the Equal Protection Clause, we must first determine the applicable level of scrutiny, which is determined by the nature of the classification. Thomas v. Greencastle Cmty. Sch. Corp., 603 N.E.2d 190, 192 (Ind. Ct. App. 1992). We apply strict scrutiny to a classification if the unequal treatment is based on membership in a protected class (e.g., race) or denial of a fundamental right (e.g., right to vote). Shepler v. State, 758 N.E.2d 966, 969 (Ind. Ct. App. 2001), trans. denied. When the unequal treatment is premised on a quasi-suspect classification, such as sex, we apply intermediate scrutiny. Clark v. Jeter, 486 U.S. 456, 461, 108 S. Ct. 1910, 1914, 100 L. Ed. 2d 465 (1988). In all other cases, courts default to rational basis review. Shepler, 758 N.E.2d at 969.

[37] Here, the Appellees argue that a person's status as non-binary is a classification based on sex, thus triggering intermediate scrutiny. They cite Bostock v. Clayton County, Georgia, 590 U.S. 644, 140 S. Ct. 1731, 207 L. Ed. 2d 218 (2020) and claim the U.S. Supreme Court has held that discrimination based on gender identity is discrimination based on sex. See Appellees' Br. p. 37. For its part, BMV contends that an individual's non-binary status is different from an individual's sex and it has not been recognized as a protected characteristic that

triggers heightened scrutiny under the Equal Protection Clause. For these reasons, BMV urges a rational basis review.

[38] In Bostock, the Supreme Court established that Title VII's prohibition of discrimination based on an individual's sex encompasses discrimination based on an individual's sexual orientation or transgender status. Yet, the Court explicitly noted that only Title VII was before it and not other federal or state laws that prohibit sex discrimination. Id., at 681, 140 S. Ct. at 1753. Thus, neither the U.S. Supreme Court nor the Indiana Supreme Court has definitively recognized those individuals who identify as non-binary as a protected class under the Equal Protection Clause so as to trigger a heightened level of scrutiny. Accordingly, we believe the rational basis test represents the proper level of scrutiny to be applied here."

14. That is where the Plaintiff represents an existential threat to this Executive Order and a popular agenda of the President leveraging transphobia, xenophobia, ableism, and hatred towards pretrial detainees and prisoners. Since the presumption for anyone imprisoned in this country is you are guilty until proven innocent. You are chained in court, kept in maximum security prison as a pretrial detainee. The Plaintiff was obviously a political prisoner for asking the state take victims of Domestic violence at their word for emergency benefits as required by law. Used the Freedom of Information Act and injunctions as contingencies to ensure the issues were public record and was a former first responder with a strong public service record. The Plaintiff's brutal incarceration is well documented in the below cases primarily the complex combined litigation against Connecticut Attorney General William Tong that already sought class action status under Rule 23 (b). Major declaratory and injunctive relief such as asking if the Prison Rape Elimination Act covers non-binary individuals. That is the problem even at the Plaintiff's voluntary surrender 4/11/24 the Plaintiff still is waiting on a FOIA request to release the body camera they were told there is no "Gender X" facility. Were given a binary choice and chose the societal reinforced notion of being assigned male at birth under extreme pressure they must go to male jail. Which almost got the Plaintiff killed and them having a non-binary tattoo and mental health issues led to the 18 days of solitary confinement and enforced disappearance as they would not have survived in the general population.

US District Court of Connecticut Case NO: 3:24-cv-01016-MPS

Lawson

V.

Tong et al.
https://www.pacermonitor.com/public/case/53858703/Lawson_v_Tong_et_al

US District Court District of Connecticut Case NO: 3:24-cv-00917-OAW

Lawson

V.

Lamont et al.
https://www.pacermonitor.com/public/case/53656232/Lawson_v_Lamont_et_al

US District Court of Connecticut Case NO: 3:24-cv-00972-SVN

Lawson

V.

Maldonado
https://dockets.justia.com/docket/connecticut/ctdce/3:2024cv00972/159895

15. During the solitary confinement at Hartford County Correctional the Plaintiff was in cell #16 that had a swastika, a carving “Fuck LGBT”, “Trans Liberation”, and “Gender ok”. A strange juxtaposition, but it reinforced the problematic nature of the Plaintiff’s first strip search 4/11/24 starting with a guard joking the guard performing it was a “trained killer”. The Plaintiff pointing out that they were vulnerable naked in front of him and it was inappropriate to joke about that. Just to be told the guard works with murderers and reinforced that was fine. The next day 4/12/24 holding their dirty boxers since it was the only thing the State of Connecticut let them keep. In the bullpen there was a video on the Prison Rape Elimination Act which also covers sexual Harassment regarding individuals transitioning genders. Eventually guards when the Plaintiff said they wanted to file a PREA report as the themes of severe transphobia and deliberate indifference to serious medical conditions became apparent. The Plaintiff 4/12/24 after their Illegal arraignment was told “the only pronoun we use in here is inmate”. Which was fairly tame compared to the attempted murder Via Ativan Withdrawal technically was gender neutral language.

16. Obviously this is so well documented, but unorganized yet there are valid motions for summary judgments with clear litigation summaries of all injunctive and declaratory relief requested in Lawson V Tong et al. The Department of Justice and US District Court District of Connecticut have withfully blocked or buried. Using poverty and the complete disregard of the legal profession towards vulnerable individuals especially inmates. Something well documented in Chief Justice Roberts year end report showing the number of Pro Se prisoner petitions. The whole nature of being a jailhouse lawyer. The Plaintiff is trying to use FOIA to even get records from the Department of Education describing brutal conditions as seen in EX 19 & 20. Ironically the same day the Department of State expedited a request for the calls made by the Plaintiff 8/25/24-9/10/24 to the US Consulate in Montreal from Laval Immigration Holding Centre

see EX 21. Obviously the past administration was illegally withholding some FOIA information. It is absurd the new administration will force various Federal agencies to deadname or misgender the Plaintiff as they request records of themself being tortured and refouled.

17. Since be it denials from the Registrar of the European Court of Human Rights, UK Supreme Court, the Inner House of the Court of Sessions, the Federal Court of Canada in Ottawa, or the Reykjavík District Court. Or even in the hearings to maintain the Plaintiff's Illegal detention in Canada 8/29/24 and 9/5/24 see EX 22 & 23. Along with "asylum interviews" used to torture the Plaintiff in Iceland 10/21/24 and 10/24/24 they made sure to respect Gender identity sincerely or when called out. The King's Bench Court consistently failed and won't even acknowledge litigation filed 11/5/24 as it is embarrassing to the UK Supreme Court see EX 24 & 25. Or see EX 26 & 27 the European Court of Human Rights 11/12/24 not misgendering the Plaintiff, but offering an absurd denial to cover the fact they illegally blocked 6 of the Plaintiff's Rule 39 Interim measures requests since 23/9/24. EX 28 the 1/15/25 Canadian attempt to "End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services". Or EX 29 the permission for leave to appeal to the UK Supreme Court to the Inner House of the Court of Sessions of a 2nd denial of a Petition to the Nobile officium. The court will acknowledge the torture, refoulment, and crimes against humanity. Will fail to provide relief expressly against the noted request to respect the Plaintiff's Article 13 rights under the European Convention on Human Rights to an effective remedy. Misgender the Plaintiff while ignoring the principles Of Jus Cogens or attempting to black list them regardless of the continuous harm their failure to Rule causes. If a court had just ruled in the UK to "End the Practice of deadnaming and misgendering of Trans and Non-binary individuals." since 11/5/24 this would have all just been exposed.

18. The Plaintiff at this point has reached out to the Peruvian Consulate in Hartford and Peruvian Government via email as they are a signatory to the Convention on Diplomatic Asylum see EX 30. As the Plaintiff is terrified US law enforcement will harm them. Or if this issue finally becomes public knowledge the Plaintiff will be assailed by the press. Or given the nature of the civil rights issues presented it could expose the Plaintiff to danger from the public. The Plaintiff would like the Department of State to unfoul them. As the Plaintiff per EX 31 have to keep dealing with a mortgage company that won't acknowledge foreclosure on the Plaintiff's property is illegal. Even after rescinding the 12/6/24 trying to force a short sale of the Plaintiff's property at 1 Lydall ST Manchester, CT 06042.

19. All again per EX 32 an email informing Department of Social Services social work supervisor Cristina Mcgillis 2/27/23 the Plaintiff informed Astread Ferron-Poole of the narrowing of allowable verifications for the DVCBP. This could have all been fixed with 1 email this court can fix it with 1 EX Parte Temporary Restraining Order. The Plaintiff needs to get out of this country they were kidnapped back to by Icelandic police

11/12/24. Needs this court to finally hold the executive branch accountable. As the Plaintiff's issue not being resolved immediately per the cease and desist creates immediate liability for the new administration under The Nuremberg Principles. There is no qualified immunity nothing about continuing to not compensate a victim of torture is an official act.

20. The Plaintiff has no adequate remedy at law

Wherefore The Plaintiff Prays this Court:

1. Declare The University of Connecticut and Connecticut Coalition Against Domestic Violence can advocate for the civil rights of victims and survivors of domestic violence. Without fear of retaliation from the state of Connecticut. With adequate Federal intervention to do so."
2. Immediately reopens and enjoins The US District Court District of Connecticut Case No: 3:24-cv-01016-MPS Lawson V Tong et al.
3. Immediately compel the US State Department to unfoul the Plaintiff to a country of the Plaintiff's choosing. Explaining the circumstances of their arrival to that country.
4. Provide the Plaintiff Court Appointed Counsel as the legal professions blacklisting and biases. Also Plaintiff's poverty make it impossible to appropriately Litigate.
5. Compel the US Department of Education to release the records noted in FOIA 25-00652-F denied expedited processing under Appeal 25-00002-A.

-"Under the Freedom of Information Act I am requesting 4 letters sent to Dr. Miguel Cardona in July 2024 1 to him and 3 hand copies of "forgiveness letters" to Warden Maldonado at Garner Correctional Institution. Please expedite for an emergency asylum application and to end the brutal systemic practices described within."

6. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services.
7. Require all US law enforcement agents besides the US Marshal Service to have no contact with the Plaintiff
8. As the US State Department arranges unfouling the Plaintiff have the US Marshal Services provide protection.
9. Declare the Plaintiff is immune from foreclosure on their property at 1 Lydall ST Manchester, CT 06042.
10. End the Practice of whistleblower retaliation using the US Criminal Justice system.
11. Any relief this Court Deems Just and Proper

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 3rd of February 2025 at 1 Lydall ST Manchester, CT 06042.

Respectfully Submitted,
Legal name: Jeremy M Lawson

Plaintiff
Chosen name: Borealis S Hedling
They / Them

US District Court District of Columbia

Case No: 1:24-cv-02615-TNM

Exhibits List Ex Parte Temporary Restraining Order

Lawson

V.

The Department of Justice

1. 11/27/24 Motion to recuse in US District Court District of Columbia Case No 1:24-cv-02615-TNM

Lawson

V.

The Department of Justice

2. 1/31/25 Case Activity showing Minute Order denying Motion To Reopen
3. 1/23/25 Motion to Reopen
4. 1/18/25 Emergency Notice entitled Emergency Notice on C-PTSD, Poverty, and Access to the courts
5. 12/9/24 140 Exhibits List during "Frantic Filings" period
6. 1/20/25 Executive order "**DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT"**
7. Application for a Writ of Injunction "eFilingSupport@supremecourt.gov" would not take.
8. 2/29/24 letter to Connecticut Attorney General William Tong
9. Emergency Petition for a Writ of Certiorari mailed 12/18/24 unclear of fate.
10. Email "Merry would you grant my Petition for a Writ of Certiorari?"
11. 4/8/24 email on filing a 42 USC 1983, 1985 (2+3), and 1986 suit to the US Department of Justice Office of Justice Programs.

12. Consolidated ethics complaint and petitions to UN Ethics office and various committees under optional protocols.

13. 1/20/25 Cease and Desist to US Solicitor General "Cease and Desist issuing a potential Executive order codifying Transphobia into Federal policy"

14. Screenshot of Attachments on EX 7

15. Challenging the CT DMV in 2019 on P.A. 11-55 gender identity discrimination In Government Services

16. 11/7/24 request to the Indiana ACLU for help

17. 4/8/24 email to the Indiana Bureau of Motor Vehicles

18. 4/9/24 Opinion of Indiana Appeals Court in Non-binary ids caseCase No 23A-PL-899 (2014)

Indiana Court of Appeals Indiana Bureau of Motor Vehicles
and Joseph B. Hoage, in his official capacity
as Commissioner of the Indiana Bureau
of Motor Vehicles,
Appellants-Defendants,
v.
Fitz Simmons, A.G., S.D., C.O., K.W.,
W.A., B.W., K.H., S.R., J.T., K.O., S.O., and J.L.,

19. Emergency appeal to Expedite Department of Education FOIA FOIA 25-00652-F on:

"Under the Freedom of Information Act I am requesting 4 letters sent to Dr. Miguel Cardona in July 2024 1 to him and 3 hand copies of "forgiveness letters" to Warden Maldonado at Garner Correctional Institution. Please expedite for an emergency asylum application and to end the brutal systemic practices described within."

20. 11/6/24 decision by US Department of Education denying expedited processing in Appeal 25-00002-A.

21. 11/6/24 approval by US State Department to expedite FOIA Request Ref: F-2025-02637 on 8/25/24-9/10/24 calls made to US Consulate in Montreal made by Plaintiff from Laval Immigration Holding Centre during illegal arbitrary detainment.

22. 48 Hour Detention Review Hearing 8/29/24 held by Immigration and Refugee Board of Canada.

23. 7 day Detention Review Hearing 9/5/24 held by Immigration and Refugee Board of Canada.

24. 11/5/24 injunction filed in the King's Bench Court requesting “End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services.”

Jeremy M Lawson

V.

Joy Morrissey MP

The Registry Office of the Supreme Court of the United Kingdom

25. Email from the UK Supreme Court apologizing for misgendering the Plaintiff

26. 11/9/24 Rule 39 Interim measures request #6

27. 11/12/24 letter from the Filtering section at the European Court of Human Rights asking for unnecessary information, but respecting Plaintiff’s gender identity.
28. 1/15/25 action Federal Court of Canada in Ottawa would not accept updated submission via email original 12/5/24 action never acted on 1/1/25 action was rejected on procedural grounds against international instruments.

Borealis S Hedling

V.

Minister of Citizenship and Immigration

Minister of Public Safety and Emergency Preparedness

Minister of Global Affairs

The Canada Border Services Agency

The Immigration and Refugee Board of Canada

The Office of the Public Sector Integrity Commissioner of Canada

The Governor General of Canada

The Office of the Information Commissioner of Canada

29. 1/19/25 Permission for leave to appeal to the UK Supreme Court to the Inner House of the Court of Sessions. The following denied petitions to the Nobile officium

The Petition

of

Borealis S. Hedling

for
Allowing everyone to be able to advocate for human rights individually and collectively without fear.

The Petition
of
Borealis S Hedling
for
Expanding the courts of the UK authority to ensure the Government can adequately safeguard Human rights and honor international agreements.

The Petition
of
Borealis S Hedling
for
Honoring the Petitioner's Right to an Effective Remedy Under Article 13 of the European Convention on Human Rights

30. Email on claiming emergency Asylum at Peruvian Consulate in Hartford due to fear of law enforcement and filing actions in court

31. PRMI 12/6/24 potential foreclosure letter

32. 2/27/23 email to Cristina Mcgillis telling her the Plaintiff reported the issue with the Domestic Violence Cash Benefit Program to Astread Ferron-Poole.