# For refrence the 29/3/25 email: "Rewriting the letter from Chairman Carr to remove the word "Gender " 47 U.S.C. § 151"

1 message

**Borealis Hedling** <switzerlandpleasehelpme@gmail.com> Fri, Sep 19, 2025 at 6:09 a.m.
To: Stephanie.Kost@fcc.gov, adam.candeub@fcc.gov, hrc-sr-freedex@un.org, ogis@nara.gov, crt.speakerrequests@usdoj.gov, executive.office@dcbar.org, service@americanbar.org
Cc: dbauder@ap.org, Joint Committee on Justice Home Affairs and Migration <justice@oireachtas.ie>, C4Nstories@itn.co.uk, hrc-sr-torture@un.org, victims@omct.org, ogc@hq.dhs.gov, foiastatus@state.gov, foi@dfa.ie, foia@hq.dhs.gov, DOJ.OIP.FOIA@usdoj.gov, foiarequests@dodig.mil, hrwpress@hrw.org, press@amnesty.org, pressthehauge@state.gov

Wow this didn't age well... More reason to expedite the request since Adam should be disbarred

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Sat, Mar 29, 2025, 4:11 a.m.
Subject: Rewriting the letter from Chairman Carr to remove the word "Gender " 47 U.S.C. § 151
To: <adam.candeub@fcc.gov>, <contact@gao.gov>, <ContactOGE@oge.gov>, <christopher.sova@fcc.gov>, <peter.hyun@fcc.gov>, <kalun.lee@fcc.gov>, <pamela.kane@fcc.gov>, <Lynn.Kalagian@fcc.gov>, <MediaRelations@fcc.gov>, <campaignlaw@fcc.gov>
Cc: <gladlaw@glad.org>, <jpizer@lambdalegal.org>, <president@pflaghartford.org>, <MGordon@perkinscoie.com>, <AKallon@perkinscoie.com>, <Sarah.Warbelow@hrc.org>, <Cynthia.Weaver@hrc.org>, <Ami.Patel@hrc.org>, <KOlson@lambdalegal.org>, <OGonzalez-Pagan@lambdalegal.org>, <CTaylor@lambdalegal.org>, <SBuchert@lambdalegal.org>, <GRomanos@perkinscoie.com>, <BMoran@perkinscoie.com>, <MThurmon@perkinscoie.com>, <DSivalingam@perkinscoie.com>, <hrc-ie-sogi@un.org>, <hrc-sr-defenders@un.org>, <hrc-ie-internationalorder@un.org>, <hrc-ie-solidarity@un.org>, <hrc-sr-torture@un.org>, <victims@omct.org>, <proposals@urgentactionfund.org>, <whistleblower@urgentactionfund.org>, <generalcounsel@uconn.edu>, <info@dignitylgbti.org>, <info@accountablenow.org>, <info@csostandard.org>, <ethicscommittee@mail.house.gov>, <ethicsoffice@un.org>, <echrpress@echr.coe.int>, <democracy@coe.int>, <democracyinstitute@ceu.edu>, <democracyaction@citizen.org>, <litigation@transequality.org>, <litigation@hrc.org>, <litigation@citizen.org>

Good evening,
I have reviewed the letter from Chairman Carr to Bob Iger (attached) CEO of Disney. Per the also attached executive order "DEFENDING WOMEN
FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT". You must immediately change the word "Gender" to "sex". Judge Nagala in US District Court District of Connecticut Case No 3:25-cv-163-SVN made it clear this executive order is the law.

Lawson

V.

McFadden et al.

See Section 3(c) of the executive order

“(c) When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term “sex” and not “gender” in all applicable Federal policies and documents.”

Versus the Chairman stating in his letter

"As you may know, the Communications Act and Commission rules prohibit regulated entities like Disney’s ABC from discriminating on the basis of race, color, religion, national origin, age, or **gender.1**"

Versus the Statue cited even though many law use the word gender interchangeably. Specifically states the word "**sex**".

"For the purpose of regulating interstate and foreign commerce in communication by wire and radio so as to make available, so far as possible, to all the people of the United States, without discrimination on the basis of race, color, religion, national origin, or **sex**, a rapid, efficient, Nation-wide, and world-wide wire and radio communication service with adequate facilities at reasonable charges, for the purpose of the national defense, for the purpose of promoting safety of life and property through the use of wire and radio communications, and for the purpose of securing a more effective execution of this policy by centralizing authority heretofore granted by law to several agencies and by granting additional authority with respect to interstate and foreign commerce in wire and radio communication, there is created a commission to be known as the "Federal Communications Commission", which shall be constituted as hereinafter provided, and which shall execute and enforce the provisions of this chapter."

-47 U.S.C. § 151

Adam we must defend the women from Gender Ideology Extremism. The Chairman in using the word "Gender" instead of "Sex" violating the noted executive order. Regardless of classification being the first stage on the Genocide Watch 10 steps scale. We must stand with our president and judges even as a non-binary individual with no rights. We must follow "the law" not the Nuremberg Principles or Jus Cogens just "the law". I expect an immediate reissuance of that letter to conform with the executive order immediately. Or at least to mirror the statutes plain text language to ensure the FCC in heroically fighting "invidious forms of DEI discrimination" does not fall prey to it themselves. Disney in its heyday never had problems with racism, misogyny, or any problematic content until those "invidious forms of DEI discrimination".

"As you know, Disney started out a century ago as an iconic American company. For decades, Disney focused on churning out box office and programming successes. But then something changed. Disney has now been embroiled in rounds of controversy surrounding its DEI policies."

-FCC letter Chairman Carr to Bob Iger

It is not like you are willfully desensitizing people to create tension between protected classes. So you can justify an array of horrifying policies that don't meet Factor 3 of Section 102 (2) of the Immigration and Refugee Protection Act. To push an agenda of Hate villifying the very mechanisms that accomplish the systemic issues that better prevent the discrimination you are supposedly fighting.

"Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms."

-General information on Third Safe country agreement Canadian Citizenship and Immigration

See doesn't it sound stupid as shit "Gender Ideology Extremism" and "invidious forms of DEI discrimination". Non-binary and Trans individuals are human beings if the Canadian Government can use my pronouns while illegally detaining me with the US Government's consent. Or the Icelandic Government while psychologically torturing me saying this country is "safe" use my chosen name and pronouns. You probably realize I am right morally and legally. When judges commit felonies to continue these ridiculous policies you need to comply so update the letter :p.
Thanks,
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Fri, Mar 28, 2025, 9:33 p.m.
Subject: Emergency WB Complaint on Deputy Mayor Klase 42 U.S.C. § 1983, 1985 (2+3)
To: <black-burke@windsorcouncil.com>
Cc: <universitycompliance@uconn.edu>, <kim.fearney@uconn.edu>, <generalcounsel@uconn.edu>, <boardoftrustees@uconn.edu>, <president@uconn.edu>, <humanrights@uconn.edu>, <equity@uconn.edu>, <angelo.quaresima@uconn.edu>, <karen.violette@uconn.edu>, <walker@windsorcouncil.com>, <hoffman@windsorcouncil.com>, <king@windsorcouncil.com>, <colby@townofwindsorct.com>, <souza@townofwindsorct.com>, <nolan@townofwindsorct.com>, <goodman@townofwindsorct.com>, <maynard@townofwindsorct.com>, <bliss@townofwindsorct.com>, <jgoldberg@townofwindsorct.com>, <colby@townofwindsor.com>, <hrc-sr-defenders@un.org>, <foi@ct.gov>, <GovtRelations@redcross.org>, <ombudsman@redcross.org>, <proposals@urgentactionfund.org>

To Mayor Nuchette Black-Burke,

My chosen name is Borealis S. Hedling (Legal name: Jeremy M Lawson). I served on the Town of Windsor Human Relations Commission when I was a resident. As evident from the attachments labeled EX 42, 43 #1 and 43 #2. When the former Mayor Donald Trinks tried to suppress a lawful report about Sanctuary Cities. Filed in US District Court District of Columbia Case 1:24-cv-02615-TNM to verify my past civil rights advocacy.

Lawson

V.

The Department of Justice

I would appreciate it at this point if you reviewed the forwarded email "American Red Cross an Organizational Analysis on How to Be a Beacon of Hope in an Atmosphere of Hate". For a Summary on the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program by the Connecticut Department of Social Services (DSS). Unfortunately Darleen Klase as Executive Director of the Office of Skills and Development which trains DSS staff. Decided to manufacture evidence 3/6/24 per the attachment FOIA #12 and lie to Uconn's General Counsel and Compliance Office. Specifically about the plain text of Subsection B Conn Gen. § 17b-112a.

> **17b-112a states:**
>
> For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.
>
> As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

Also about P.A. 22-82 a law that made victims of domestic violence a protected class. She manufactured evidence by "answering" a FOIA request 7/27/23 to cover up the fact DSS did not meet a training deadline for a CHRO training I sent them the YouTube link for... Then 3/6/24 on the DSS side after lying to Uconn illegally claimed attorney client privilege when reporting back to DSS Chief of Staff Astread Ferron-Poole and Legal Director Matthew S Antoinette. Astread if you reviewed the Petition for a Writ of Mandamus helped falsify a police report to have me enforced disappeared and almost murdered given she was the individual I first made my whistleblower complaint to 2/27/23... The fabricated FOIA request is an exhibit in the Immediate EX Parte Temporary Injunction without hearing or notice I filed 4/3/24 that also led to the brutal illegal Incarceration. A commission of Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment" by dozens of state employees.

Jeremy M Lawson

V
The Connecticut Department of Social Services et al.

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV245082600S

Per the attached email showing I informed the US Department of Justice 4/8/24. The Federal Government chose to let this continue. Per the US District Court District of Connecticut Case No: 3:25-cv-163-SVN the Federal Courts did too.

Lawson

V.



McFadden et al.

Obviously the International community all the way up to the International Criminal Court, European Court of Human Rights, UN Security Council, the EU, NATO, and so on did too. For a problem that could have been solved with 1 email 2/27/23... When you don't per the 1st Amendment Redress the Grievances of a citizen who petitions their Government for help. This is the end result. If you retaliate against whistleblowers and use Law enforcement to silence human rights defenders... It is fascism and that is becoming less and less reversible by the day. Under 42 U.S.C. § 1986 and Article 13 of the UN Convention against Torture you need to promptly address this. The fact there is a UN Special Rapporteur cced on this email should give you pause.

This was incredibly random circumstances that connected these dots, but it hurts. I am not letting a town I specifically served in enhancing human rights not be told this information. Eventually it will be public knowledge and if this stories positive shift is a town standing by a human rights defender against crimes against humanity. It restores a very tiny shred of the faith the public may have in Government.

Thanks,
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They/ Them
+1-959-999-8957

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Fri, Mar 28, 2025, 1:58 a.m.
Subject: American Red Cross an Organizational Analysis on How to Be a Beacon of Hope in an Atmosphere of Hate
To: <compliance@redcross.org>
Cc: <ombudsman@redcross.org>, <GovtRelations@redcross.org>, <Cherae.Bishop@redcross.org>, <Jacqueline.Bassermann@redcross.org>, <Julie.Manes@redcross.org>, <eric.mondero@redcross.org>, <Christina.Thomas2@redcross.org>, <hrc-sr-defenders@un.org>, <hrc-ie-internationalorder@un.org>, <hrc-ie-solidarity@un.org>, <hrc-sr-torture@un.org>, <hrc-ie-sogi@un.org>, <hrc-sr-disability@un.org>, <info@frontlinedefenders.org>, <gladlaw@glad.org>, <generalcounsel@uconn.edu>, <mscanlon@ctcadv.org>, <sharrington@ctcadv.org>, <HRDSupportJapan@state.gov>, <HRDSupportTbilisi@state.gov>, <HRDSUPPORTBELGRADE@state.gov>, <HRDSupportIndonesia@state.gov>, <HRDSupportKingston@state.gov>, <HRDSupportPrague@state.gov>, <HRDSupportRangoon@state.gov>, <HRDSupportEmbVienna@state.gov>, <HRDSupportBrussels@state.gov>, <intake@freestate-justice.org>, <tmcwhite@freestate-justice.org>, <NOvian@freestate-justice.org>

Hi Kia,
I appreciate your reply, but as this this TED better expresses my extreme concerns.

The Danger of Silence (Clint Smith)

https://youtu.be/NiKtZgImdlY?si=sJc_7MP2SwVJ-yjc

"In the end we won't remember the words of our enemies, but the silence of our friends"

-MLK 1968

"Silence is the residue of fear."
-Clint Smith

As I state in a very focused analysis on the American Red Cross

"In my first response from The American Red Cross I received legitimate direct referrals. Sadly for a long time The UN, Amnesty International, NATO, The EU, The Council Of Europe, The Nordic Council of Ministers, The Inter-American Commission on Human Rights, Human Rights Watch, ICRC, and many more shunned me. Or worse, refer me to nowhere or gaslight me. The problem with my 2nd response from the American Red Cross is it refers me back to organizations that have shown competent or disregard for human rights."

"Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,"

-Preamble Universal Declaration of Human Rights

**Compliance** 3:08 p.m.

to me

Good Afternoon Borealis:

Thank you for reaching out to the Office of Ethics and Compliance (OEC) and sharing your concerns. We have reviewed all of your communications from 02/24/2025 - today 03/27/2025. We provided you with additional points of contacts that might be able to assist on 02/28/2025 and saw your confirmation that you did reach out to them.

We appreciate your detailed communications and understand the gravity of the issues you have raised. However, we must clarify that the Office of Ethics & Compliance within the American Red Cross can only address matters within its scope and jurisdiction. We encourage you to continue reaching out to the relevant organizations and agencies that are better suited to handle these issues.

Please let us know if there are specific concerns directly related to the American Red Cross that we can assist with. We are here to support you within our capacity.

Best Regards,

**Kia Johnson**
Compliance Manager
Office of Ethics and Compliance | **American Red Cross**

***Report a compliance issue or concern using the Concern Connection Line (CCL) at 1-888-309-9679 or redcross.ethicspoint.com.***

The problem is the system was never built to handle my form of speaking truth to power. Also entering purely ethical expressions of International Law into courts as "litigation". It creates confusion as seen from the Table of Contents from my Petition for a Writ of Mandamus. This is per my suggestions a moral issue. This just evil. Powerful people just can't

fathom they crossed a line they can't buy their way out of. That someone who was incredibly vulnerable, but was shown limited kindness used that to fight them.

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ....................................................................3

INTRODUCTION ....................................................................6

STATEMENT OF JURISDICTION ....................................................................8

RELIEF SOUGHT ....................................................................8

ISSUE PRESENTED ....................................................................8

FACTS NECESSARY TO UNDERSTAND ISSUE PRESENTED ................8

I. THIS COULD HAVE BEEN FIXED WITH 1 EMAIL 2/27/23 ............8
II. ENFORCED DISAPPEARING AND ATTEMPTING TO MURDER PEOPLE FOR SENDING YOU DOMESTIC VIOLENCE STICKERS IS EXTREME. SO EXTREME THEY CLAIMED ASYLUM IN CANADA ....................................................................16
III. EVEN AFTER TELLING THE UNITED NATIONS AND CLAIMING ASYLUM AGAIN IN ICELAND THE PETITIONER WAS STILL LEFT TO DIE OF EXPOSURE ....................................................19
IV. BACK ON US SOIL TO DIE IN THE GUTTER WITH THE US GOVERNMENT'S EXPRESS CONSENT AND KNOWLEDGE ......21

REASONS WHY THE WRIT SHOULD BE ISSUED ................................23

A. The State of Connecticut attempted to murder a human rights defender during a 133 day illegal imprisonment 4/11/24-8/23/24. The imprisonment was in response to filing a civil rights injunction that implicated the Governor and Attorney General in a 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy. Based on the state not taking victims of domestic violence at their word for emergency benefits as required by law since 11/28/22. The Petitioner reported the issue 2/27/23. The Department of Justice has known since 4/8/24. Has conspired with the State Department to have the



Petitioner illegally refouled 2 times and allowed Canada to detain them illegally for 16 days 8/25/24-9/10/24 for writing another civil rights injunction showing the US was not a "third safe country". Then letting Icelandic police kidnap and refoul the Petitioner 11/12/24 with a concurrent Rule 39 interim measures request, appeal of an illegally denied international protection claim, and having referred Icelandic authorities to the International Criminal Court. Knowing this and the consistent pattern of abuse could cause the Petitioner's suicide. The Attorney General is liable under international law and has no constitutional authority to act in any capacity the court needs to be made aware.

CONCLUSION ....................................................................25

## Using Our Code

As a Red Crosser, you may face difficult or unclear situations related to our work. This decision roadmap can help you analyze your choices so you can make decisions that are ethical and comply with our Code and other Red Cross policies.



**Is my decision honest and ethical?**

**Does my decision comply with the law, as well as Red Cross policies, values and standards?**

**Is my decision in the best interests of Red Cross clients, customers and donors?**

**How would my decision impact the reputation of the Red Cross if it became public?**

**What Red Cross resources can help me with the matter before I take action?**

The Red Cross Concern Connection Line (CCL)
**1-888-309-9679** | **redcross.ethicspoint.com**

**What Can The American Red Cross do to Alleviate Human Suffering:**

1. Better define "Neutrality" it is not supposed to be borderline disregard for emergency situations. Atmospheric and systemic concerns that go this deep need to be met with solidarity and courage. Some issues are moral not political.

2. Stand by Trans and Non-binary individuals as human beings. Discrimination based on casting gender identity as an extreme ideology is an ideology itself in itself based on hate.

3. Support Human Rights Defenders by specifically mentioning them alongside NGOs in your listed priorities and published materials as valuable partners.

4. Better coordination between different divisions with the Red Cross. My guess is this information has not been shared in a manner that allows it to be analyzed as thoroughly as necessary if following the "Using the Code" tool above.

24

**Most Importantly Explicitly Add the Requirement to Also Follow International Law to your Code of Business Ethics and Conduct. Provide Training on Understanding it.**

### Our Responsibilities

**Acting with Integrity**

As Red Crossers, we must approach all aspects of our work honestly, fairly and in good faith.

- **Follow** all applicable federal, state and local laws and regulations and Red Cross policies, as well as complete all of the trainings required to comply with the Code.
- **Take action** when we have questions or concerns about compliance, ethics or business conduct issues by using any of the resources listed in the Speaking Up section.
- **Never retaliate** against a Red Crosser for raising a concern or asking a question. The Red Cross does not tolerate retaliation.

**Handling Concerns: Special Role of Supervisors and Managers**

Red Cross leaders and managers have special obligations to establish an ethical workplace. Supervisors and managers should lead by example and listen to concerns and divergent opinions in a manner that encourages Red Crossers to raise issues when something doesn't seem right.

In order to build and maintain a team culture of trust and integrity:

- Lead by example in your decision making. Follow up on how your team is completing projects and confirm that they are achieving results the right way.
- Speak with your team about integrity and ethics. Be clear that you expect Red Crossers to approach their work ethically at all times.
- Demonstrate to your team that you will make time to listen, even if they are sharing difficult feedback or news.

The Red Cross Concern Connection Line (CCL)
1-888-309-9679 | redcross.ethicspoint.com

3

I am vulnerable adult in an emergency situation. Law enforcement keeps kidnapping me. So how you decide to alleviate my suffering is probably just validating the legitimacy of my suggestions publicly. I know per your own code of ethics you need to break down barriers and seek the help of your broader organization and Board of Governors. I can't be left to stand

alone. Civil society can't afford to not show solidarity anymore it defeats the purpose of why we do this work. Sadly the American Red Cross, Free State Justice, and the Connecticut Coalition Against Domestic were the only non-profits to pass the most simple ever devised. Fear just is stalling the next part. Also this took a fair amount of effort :).

Thanks,

Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them
+1-959-999-8957

---

**13 attachments**

- **American Red Cross Analysis on Being a Beacon of Hope.PDF**
  6.9 MB
- **Petition for a Writ of Certiorari .PDF**
  100 KB
- **Emergency Petition a Writ of Mandamus.PDF**
  2.1 MB
- **EX 61 The Greatest threat to Democracy no Attorney's have Ethics (FOIA request).PDF**
  1.1 MB
- **EX 42 Windsor HRC call out Town Council 2017.pdf**
  62 KB
- **EX 43 #1 Blocked report to Windsor Town Council.PDF**
  71 KB
- **EX 43 #2 Sanctuary City Report.PDF**
  233 KB
- **EX 2 FOIA #12.PDF**
  2.3 MB
- **7-27-23 FOIA fabrication.PDF**
  143 KB
- **EX 3 US DOJ knows 4-8-24.PDF**
  1.1 MB
- **2-3-25 Emergency EX Parte Temporary Restraining Order .PDF**
  536 KB
- **EX 1 Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government.PDF**
  130 KB
- **Carr-Letter-to-Disney-DEI-03252027.pdf**
  211 KB