US District Court District of Columbia

Case No 1:26-cv-0527-UNA

Emergency Motion to Consolidate

Hedling

V.

The German Press Council et al.

The Plaintiff respectfully requests the Court consolidate this Litigation with the new filing Hedling V Candeub et al on an Emergency basis.

I. Background

The Plaintiff filed this instant lawsuit February 14, 2026 after numerous Press Ethics Mechanisms globally encouraged suppressing information requesting the following relief:

“Wherefore the Plaintiff Prays the Court
1. Declares Media Outlet Press Ethics Mechanisms have a duty to address suppression of information that threatens fundamental freedoms.

2. Declares Media Outlet Press Ethics Mechanisms have a duty of candor to the public if they violate International Criminal Law by engaging in suppression of information of vital public importance.

3. Declares it is a violation of International Criminal Law to aid and abet Crimes Against Humanity, Genocide, and Wars of Aggression via concealment of legal remedies from victims of those atrocities”

Filing an April 25, 2026 Emergency Motion to Expedite, Appoint Counsel, and for a Speedy Hearing under Rule 57. Noting Secure Dropping an Emergency Notice on Shunning Being Torture in US District Court District of Columbia Case No 1:26-cv-0057-UNA Hedling V Johnson to the following media outlets.

1. BBC
2. Associated Press
3. Aftenposten
4. Aftonbladet
5. Bloomberg Industry Group
6. Bloomberg
7. CBC

8. Dagbladet
9. Derspiegel
10. Financial Times
11. Forbes
12. Forbidden Stories
13. Greek leaks
14. News 24
15. New York Times
16. NRK
17. Propublica
18. Suddeutsche Zeitung
19. The Economist
20. The Globe and Mail
21. The Guardian
22. The Washington Post

## II. The Federal Communications Commission Encouraging Torture of Human Rights Defenders and Violations of International Criminal Law

As noted in the new filing Hedling V Candeub et al. The below snippet from a March 29, 2025 email to the General Counsel of the Federal Communications Commission their enforcement priorities are absurd.

**Rewriting the letter from Chairman Carr to remove the word "Gender " 47 U.S.C. § 151**
1 message

**Borealis** <borealis.appeals@gmail.com> Sat, Mar 29, 2025 at 4:11 a.m.
To: adam.candeub@fcc.gov, contact@gao.gov, ContactOGE@oge.gov, christopher.sova@fcc.gov, peter.hyun@fcc.gov, kalun.lee@fcc.gov, pamela.kane@fcc.gov, Lynn.Kalagian@fcc.gov, MediaRelations@fcc.gov, campaignlaw@fcc.gov
Cc: gladlaw@glad.org, jpizer@lambdalegal.org, president@pflaghartford.org, MGordon@perkinscoie.com, AKallon@perkinscoie.com, Sarah.Warbelow@hrc.org, Cynthia.Weaver@hrc.org, Ami.Patel@hrc.org, KOlson@lambdalegal.org, OGonzalez-Pagan@lambdalegal.org, CTaylor@lambdalegal.org, SBuchert@lambdalegal.org, GRomanos@perkinscoie.com, BMoran@perkinscoie.com, MThurmon@perkinscoie.com, DSivalingam@perkinscoie.com, hrc-ie-sogi@un.org, hrc-sr-defenders@un.org, hrc-ie-internationalorder@un.org, hrc-ie-solidarity@un.org, hrc-sr-torture@un.org, victims@omct.org, proposals@urgentactionfund.org, whistleblower@urgentactionfund.org, generalcounsel@uconn.edu, info@dignitylgbti.org, info@accountablenow.org, info@csostandard.org, ethicscommittee@mail.house.gov, ethicsoffice@un.org, echrpress@echr.coe.int, democracy@coe.int, democracyinstitute@ceu.edu, democracyaction@citizen.org, litigation@transequality.org, litigation@hrc.org, litigation@citizen.org

Good evening,
I have reviewed the letter from Chairman Carr to Bob Iger (attached) CEO of Disney. Per the also attached executive order "DEFENDING WOMEN
FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT". You must immediately change the word "Gender" to "sex". Judge Nagala in US District Court District of Connecticut Case No 3:25-cv-163-SVN made it clear this executive order is the law.

Lawson

V.

McFadden et al.

See Section 3(c) of the executive order

"(c) When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents."

Versus the Chairman stating in his letter

"As you may know, the Communications Act and Commission rules prohibit regulated entities like Disney's ABC from discriminating on the basis of race, color, religion, national origin, age, or **gender.1"**

Versus the Statue cited even though many law use the word gender interchangeably. Specifically states the word "**sex"**.

"For the purpose of regulating interstate and foreign commerce in communication by wire and radio so as to make available, so far as possible, to all the people of the United States, without discrimination on the basis of race, color, religion, national origin, or **sex**, a rapid, efficient, Nation-wide, and world-wide wire and radio communication service with adequate facilities at reasonable charges, for the purpose of the national defense, for the purpose of promoting safety of life and property through the use of wire and radio communications, and for the purpose of securing a more effective execution of this policy by centralizing authority heretofore granted by law to several agencies and by granting additional authority with respect to interstate and foreign commerce in wire and radio communication, there is created a commission to be known as the "Federal Communications Commission", which shall be constituted as hereinafter provided, and which shall execute and enforce the provisions of this chapter."

-47 U.S.C. § 151

Adam we must defend the women from Gender Ideology Extremism. The Chairman in using the word "Gender" instead of "Sex" violating the noted executive order. Regardless of classification being the first stage on the Genocide Watch 10 steps scale. We must stand with our president and judges even as a non-binary individual with no rights. We must follow "the law" not the Nuremberg Principles or Jus Cogens just "the law". I expect an immediate reissuance of that letter to conform with the executive order immediately. Or at least to mirror the statutes plain text language to ensure the FCC in heroically fighting "invidious forms of DEI discrimination" does not fall prey to it themselves. Disney in its heyday never had problems with racism, misogyny, or any problematic content until those "invidious forms of DEI discrimination".

"As you know, Disney started out a century ago as an iconic American company. For decades, Disney focused on churning out box office and programming successes. But then something changed. Disney has now been embroiled in rounds of controversy surrounding its DEI policies."

-FCC letter Chairman Carr to Bob Iger

It is not like you are willfully desensitizing people to create tension between protected classes. So you can justify an array of horrifying policies that don't meet Factor 3 of Section 102 (2) of the Immigration and Refugee Protection Act. To push an agenda of Hate villifying the very mechanisms that accomplish the systemic issues that better prevent the discrimination you are supposedly fighting.

"Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms."

-General information on Third Safe country agreement Canadian Citizenship and Immigration

See doesn't it sound stupid as shit "Gender Ideology Extremism" and "invidious forms of DEI discrimination". Non-binary and Trans individuals are human beings if the Canadian Government can use my pronouns while illegally detaining me with the US Government's consent. Or the Icelandic Government while psychologically torturing me saying this country is "safe" use my chosen name and pronouns. You probably realize I am right morally and legally. When judges commit felonies to continue these ridiculous policies you need to comply so update the letter :p.
Thanks,
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them

Conclusion

The Plaintiff respectfully requests the Court consolidate this Litigation with the new filing Hedling V Candeub et al on an Emergency basis.

Signed on the 29th of April 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,

/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957