US District Court District of Columbia

Case No 1:26-cv-01534-UNA

Motion To Appoint Counsel and for for 30(b)(6) Depositions before service

Hedling

V.

Candeub et al.

The Plaintiff respectfully requests Appointment of Counsel under Article 14 of the UN Convention against Torture. Requests 30(b)(6) Depositions before service of the Federal Communications Commission for the following Topic

1. Regarding acts of omission allowing News Distortion via suppression of information of Torture of the Plaintiff since March 29, 2025.

Along with 30(b)(6) Depositions before service of the Walt Disney Company for the following Topic.

2. Efforts to block lawful access to data against the General Data Protection Regulation since May 1, 2026.

1. Background

The Plaintiff filed this instant lawsuit April 29, 2026 requesting

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, ADAM CANDEUB, FEDERAL COMMUNICATIONS COMMISSION, THE WALT DISNEY COMPANY for Declaratory Relief 1. Declares Diversity, Equity, and Inclusion Policies are protected activities under the Declaration on the Right and Responsibility of Individuals, Groups and Organs of Society to Promote and Protect Universally Recognized Human Rights and Fundamental Freedoms. 2. Declares Corporations have a collective responsibility to assist human rights defenders for the benefit of society. As well as interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

II. Disney Believes Torture of Neurodivergent Human Rights Defenders is a Collective Responsibility

Per Disney's overt bad faith and not proportionate attempt to withhold information by "verifying" the Plaintiff's identity. Per the below UN Special Procedures report Depositions are needed.

12:28 Fri, May 22

mail.proton.me/u/4/inbox/4S8aR1OTg7QL5JYS

Your storage is 96% full. To continue using Proton products, free up space or upgrade for more storage.

## Print email

### Re: Response to Disney Data Protection Team for more information and identification

From EMEA.dataprotection@disney.com <EMEA.dataprotection@disney.com>

To dauntless.peace@proton.me <Dauntless.peace@proton.me>

Date Friday, May 22nd, 2026 at 11:24 AM

Dear Borealis S Hedling,

Thank you for your email.

We refer the right of access under the UK and EU data protection laws and note the right belongs to the data subject. The controller is required to use "all reasonable measures to verify the identity of a data subject who requests access" (see Recital 46 of the GDPR). Therefore, we are unable to action a subject access request or disclose personal data without verifying the requestor's identity.

With best wishes,

**THE WALT DISNEY COMPANY LTD**
DATA PROTECTION OFFICE, EMEA

---

**From:** Dauntless.peace <Dauntless.peace@proton.me>
**Sent:** 20 May 2026 2:49 PM
**To:** Disney Data Protection <EMEA.dataprotection@disney.com>
**Cc:** hrwdc@hrw.org <hrwdc@hrw.org>; correspondence@attorneygeneral.gov.uk <correspondence@attorneygeneral.gov.uk>; cpsdirect.vrrandcomplaints@cps.gov.uk <cpsdirect.vrrandcomplaints@cps.gov.uk>; newsdesk@fcdo.gov.uk <newsdesk@fcdo.gov.uk>; Data.Protection@fcdo.gov.uk <Data.Protection@fcdo.gov.uk>; reportingconcerns@fcdo.gov.uk <reportingconcerns@fcdo.gov.uk>; info@dignity.dk <info@dignity.dk>; info@redress.org <info@redress.org>; SIPO Complaints <complaints@sipo.ie>
**Subject:** Response to Disney Data Protection Team for more information and identification

**This Message is From an External Sender**
Caution: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,
For clarification the emails came from j_emt@hotmail.com to as noted in US District of Columbia Columbia Case No 1:26-cv-01534-UNA Hedling v Candeub et al. Emails began around October 2024.

" datgcommunications@abctv.com

Cancel Print

12:29 Fri, May 22 92%

mail.proton.me/u/4/inbox/4S8aR10Tg7QL5JYS

Your storage is 96% full. To continue using Proton products, free up space or upgrade for more storage.

## Print email

twdc.corpcomms.europe@disney.com "

I am suspect of commitments to verify identity when you are aware of potential Transnational Repression making official documents impossible to obtain. Your assertions may exceed data minimization and right to access data standards in the General Data Protection Regulation.
Thanks,
Borealis S Hedling
They / Them

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Dauntless.peace <Dauntless.peace@proton.me>
Date: On Wednesday, May 13th, 2026 at 12:27 PM
Subject: Complaint against Open Briefings for oververification and failing to appropriately respond to GDPR Request
To: icocasework@ico.org.uk <icocasework@ico.org.uk>
CC: datarequest@openbriefing.org <datarequest@openbriefing.org>, hrwdc@hrw.org <hrwdc@hrw.org>, correspondence@attorneygeneral.gov.uk <correspondence@attorneygeneral.gov.uk>, cpsdirect.vrrandcomplaints@cps.gov.uk <cpsdirect.vrrandcomplaints@cps.gov.uk>, reportingconcerns@fcdo.gov.uk <reportingconcerns@fcdo.gov.uk>, newsdesk@fcdo.gov.uk <newsdesk@fcdo.gov.uk>, info@dignity.dk <info@dignity.dk>, SIPO Complaints <complaints@sipo.ie>, info@redress.org <info@redress.org>

> Good afternoon,
> I would like to as with my previous complaint with the Royal Household make a direct complaint to the Information Commissioner to avoid revictimization and further gaslighting by the Data controller Open Briefings. They only responded April 19, 2026 to Undermine my Deeds Poll and reinforce signposting me to hostile civil society organizations that are deliberately indifferent to torture of neurodivergent Human Rights Defenders was appropriate. Have not respond since as required by the General Data Protection Regulation. To tell me the request being "complex" might take 2 additional months. Even if they did it would be an abuse of discretion to put them outside the 3 month time window for a potential complaint to the UK Charity Commission the underlying data was sought to support.
>
> For an organization who should uniquely understand the concept of Transnational Repression of human rights defenders their actions are absurd bad faith excercises to avoid liability and manage reputation. Not good faith attempts to verify my identity as a data controller.
>
> Thanks,
> Borealis S Hedling

Cancel Print

recognize the sender and know the content is safe.

UNITED NATIONS
HUMAN RIGHTS
OFFICE OF THE HIGH COMMISSIONER

**Reference:** sea6lva8

**Date:** Friday, May 22, 2026

**Type:** Follow-up information

**Original:** English

**Consent:** Not required

## Related mandates

- international order
- business
- torture
- Transitional justice
- disability

## Submitted by


**Name:** Borealis Hedling

**Type:** Individual

**Pronouns:** They / Them

**Salutation:**

**First name (used name):** Borealis

**Family name (used name):** Hedling

**Gender identity (self-identified):** Non-binary

**Email:** Dauntless.peace@proton.me

**Telephone:** +19599998957

**Address:**
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)


## Case details

**If the original submission was made online please provide the submission reference if known:** fuo8c06c

**The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:**
23/11/24-present

**Details:**
With no response from the United Nations since November 23, 2024 except former UN Special Rapporteur on Human Rights Defender endorsing my illegal foreclosure February 18, 2026 in refusing help. Subsequent smear campaign by Trinity College Dublin threatening use of law enforcement by Secretary Victoria Butler February 23, 2026. in retaliation for reporting her for torture Feburary 12, 2026 as codified in a February 8, 2026 UN Special Procedures report. I'm addition to April 14, 2026 the Petition Section of the UN High Commissioner for Human Rights blocking a Article 22 Complaint against Ireland for medical care and due process. Stalled actions on a good faith report to the UN Office of Internal Oversight Services regarding this pattern of abuse April 15, 2026. Subsequent disclosure to the UNHCR OIG. Now major corporations are withholding data to shield states effectively by proxy assuming liability under Chapter 2 Article 5 of the Articles on Responsibility of States for Internationally Wrongful Acts. Torturing or normalizing my abuse fir attempting to establish a Permanent Court of Human Rights to ensure non-recurrence is an act of global solidarity. Even with ongoing litigation in US District Court District of Columbia Case No 1:26-cv-01534-UNA Hedling V Candeub et al. Requesting the below Disney decided to withhold information from a Lawful Subject Access Request made May 1, 2026 knowing I had no "official documents" due to Transnational Repression.

"WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against
Defendants, ADAM CANDEUB, FEDERAL COMMUNICATIONS COMMISSION, THE WALT
DISNEY COMPANY for Declaratory Relief 1. Declares Diversity, Equity, and Inclusion Policies
are protected activities under the Declaration on the Right and Responsibility of Individuals,
Groups and Organs of Society to Promote and Protect Universally Recognized Human Rights
and Fundamental Freedoms. 2. Declares Corporations have a collective responsibility to assist
human rights defenders for the benefit of society. As well as interest, costs, punitive damages, attorney's fees, and such other relief as this Court
may deem just and proper. The People via a
Jury are the only competent authority to judge this case."

As I drop off an Asylum application at the Cuban Embassy in Dublin May 21, 2026 before Donald J Trump not even legally holding the office of





the Presidency having committed the Crime Against Humanity of Mass Deportation as noted in US District Court District of Columbia Case No 1:25-cv-04178-UNA Hedling V Trump et al. Encourages thr complete collapse of International Customary Law. Governor Ned Lamont and Attorney General William Tong show US officials can participate in enforced disappearance, illegal incarceration, attempted extrajudicial killings, and brutal campaigns to destroy whistleblowers and neurodivergent Human Rights Defenders with complete impunity. With the consent and enforcement of the UN, COE, NATO, OAS, and dozens of countries in violation of the UN Charter up to the Secretary-General.

## Conclusion

The Plaintiff respectfully requests Appointment of Counsel under Article 14 of the UN Convention against Torture. Requests 30(b)(6) Depositions before service of the Federal Communications Commission for the following Topic

1. Regarding acts of omission allowing News Distortion via suppression of information of Torture of the Plaintiff since March 29, 2025.

Along with 30(b)(6) Depositions before service of the Walt Disney Company for the following Topic.

2. Efforts to block lawful access to data against the General Data Protection Regulation since May 1, 2026.

Signed on the 22nd of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling (formerly Jeremy M Lawson)
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957