US District Court District of Columbia

Case No 1:26-cv-0526-UNA

Motion To Recuse and Reconsider and Leave to File Out of Time

Hedling

V.

Roberts et al.

The Plaintiff respectfully requests the Court allow filing of this motion late given continued Transnational Repression context, denial of legal support, and medical support. The presiding Judge recuse himself for violations of Article 16 of the ICCPR Denial of Legal Personhood, Article 12-14 of the UN Convention Against Torture, and US Constitution Amendments 1, 4, 5, and 8. In addition the violations of 18 U.S.C. § 241. In addition to violations of the 2008 ADA Amended and Section 504 of the 1973 Rehabilitation Act. For Issuing on July 22, 2026 dozens of demands for payment of filing fees to a destitute victim of torture with threats of dismissal for failure to prosecute  if not received within 30 days. The Court grant the requested Declaratory and Injunctive relief from February 23, 2026

**Declaratory Relief:**

1. Declare only Juries and the US Supreme Court have personal jurisdiction over Borealis S Hedling.

2. Declares the Plaintiff is immune from court fees.

3. Declares the US Supreme Court and Juries are the “competent authority” under Article 13 of the UN Convention against Torture to provide prompt and impartial review to the Plaintiff

Injunctive Relief:

1. Require all Federal Judges the annually review the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition).

2. Immediately Transfer the following case to the US Supreme Court Original Jurisdiction Docket
US District Court District of Columbia Case No 1:25-cv-04062-UNA
Hedling
v.
Meek et al.

3. Immediately have the 6 Justices who declared the President was immune from International criminal law recuse themselves in all matters regarding Borealis S Hedling

4. Any relief this Court Deems Just and Proper.

## I. Background

As is frantically documented in the aforementioned dozens of cases the Plaintiff can't afford to progress. The Plaintiff is a human rights defender who On February 27th 2023 informed Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email. In retaliation for making a Whistleblower complaint in May 2023 and subsequently after resignation and filing injunctions such as EX 1 February 23, 2024 case which is no longer even public record in Connecticut. The State of Connecticut decided to effectively enforce disappear the Plaintiff April 11, 2024 destroy 4 stacks of conditionally under seal evidence. Hold the Plaintiff in incommunicado detention in solitary confinement with no toilet paper for 18 days. Sexually humiliated, tortured, threatened with beatings, and attempted an extra Judicial killing via forcible Ativan withdrawal. Then effectively tried the Plaintiff in absentia using a Motion for a Continuance. Holding them 43 days past the maximum 90 day sentence and the Judicial Branch of the US finds that legal.

That upon claiming asylum in Canada August 24, 2024 the Plaintiff instead of being treated in accordance with the UN Convention Against Torture or 1951 UN Convention on the Status of Refugees was illegally detained with the State Department's consent and knowledge. In violation of the 1868 Hostage Act, 22 U.S.C. § 1732 and Robert Levinson Hostage Recovery and Hostage-Taking Accountability Act. Eventually on a 2nd claim of asylum colluding to conduct a cross border police kidnapping with Icelandic authorities November 12, 2024. As detailed in a January 16, 2026 Affidavit in support of a Motion to Appeal in Forma Pauperis in US District Court District of Columbia Case No 1:25-cv-0766-JEB JGG et al v. Trump et al. Inevitably the Judicial Conference of the United States found it prudent to discipline or suspend any judges who participated in denial of remedy or violations of international criminal law in any of the dozens of cases the Plaintiff filed. Moreover when faced with EX 3 a Motion for a Summary Judgement June 7, 2026 requesting the following in US District Court District of Columbia Case No 1:26-cv-0057-UNA Hedling v. Johnson The Court retaliated by asking the Plaintiff "show cause"

"Declaratory Relief
1. Declares Impeachment actions relating to violations of International Criminal Law can be brought actio popularis directly to the Senate as the House of Representatives is no longer a "competent authority".

2. Declares Members of Congress can help human rights defenders no matter where they are located.

Injunctive Relief

1. Affirms this action meets the Requirements of being properly drafted Articles of Impeachment against Judge Trevor N McFadden. On the following 4 charges:

● "Violating Article 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

● "Torture of a Human Rights Defender"

● "Failing to Postpone the 2024 Election undermining the Right of Self-Determination"

● "Participating in the Systemic Crime Against Humanity of Falsely Maintaining the Designation of being a Safe Third Country

2. Immediately informs Chief Justice John Roberts he will need to preside over Judge Trevor N McFadden's Trial in the Senate on an Emergency Basis.

3. Any relief this Court Deems Just and Proper."

The Plaintiff indeed did technically show cause and requested oral accommodations to show it. Including a fairly troubling invocation EX 4 of the legacy of Sophie Scholl in noting courts treatment of those who have moral courage and refuse to let impunity go unchallenged. Instead of the Presiding Judge following the UN CAT or the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition). He unilaterally demanded payment to discredit the fact dozens of US Federal Judges had violated 18 U.S.C. § 241 before him.

## II. Command Responsibility

The idea of command Responsibility as noted in EX 5 the September 12, 2026 Petition to the Nobile Officium.

The Petition
of
Borealis S Hedling
for
Ensuring Survivors of Torture have an Enforceable Right to Rehabilitation

Doesn't have to be based on direct knowledge it can be based on "ought to have known" much as with the Lord President of the Court of Session and Lord Justice General. John Roberts is responsible for the Judicial Conference of the United States. Thus culpable for every Federal Judge who would violate international criminal law to protect a profession over democracy, human rights, and rule of law.

8:23 Thu, Sep 10 78%

Microsoft Copilot | Spectral-Base-R | SIPO - Make a co | house of lords v p

sipo.ie/en/form/d43b9-make-a-compla

Coimisiún um Chaighdeáin in Oifigí Poiblí
Standards in Public Office Commission

**employee or member (councillor) of a local authority (county or city council)?**

No, my complaint is not about an employee or member of a local authority

## Details of your complaint

Edit

**First name of the person the complaint is about**

Helen

**Last name of the person the complaint is about**

McEntree

**Their title, position or role (if known)**

Minister of Foreign Affairs and Defense

**Their organisation**

Department of Foreign Affairs and Defense

**Alleged action or omission by the person the complaint is about**

Minister McEntree as detailed in numerous complaints has actively allowed the Minister of Justice and dozens of Governments to participate in acts of Transnational Repression against the complainant. In addition to ignoring violations of International criminal law by Donald J Trump who "presidency" is as legally questionable as Catherine Connolly's. That mass deportation to CECOT, extra judicial killings under the guise of addressing narco terrorism, and lying overtly about the Minab School bombing is rewarded with a Presidential welcome and lucrative hosting of the Irish Open at a Trump Organization Property. Instead of immediate incarceration.

8:23 Thu, Sep 10 78%

Microsoft Copilot | Spectral-Base-R | SIPO - Make a co | house of lords v p

sipo.ie/en/form/d43b9-make-a-compla

**State how you believe that these alleged acts or omissions are inconsistent with the proper performance of their functions or with the maintenance of public confidence in their position**

Regina v. Bow Street Metropolitan Stipendiary Magistrate and Others, Ex parte Pinochet Ugarte would suggest Donald J Trump holds no legal immunity to arrest as he is not legally protected as a visiting head of state. That per an FOI request made to the UK Cabinet Office Helen McEntree much like Andy Burhman don't prioritize addressing Transnational Repression or Torture. Their silence actively encourages the complete break down of Jus Cogens and Erga Omnes. As presidential oaths become meaningless platitudes and the Oireachtas is more concerned about suppression of records around why they didn't establish a Court of Universal Jurisdiction than establishing one

## Your details

Edit

**Your first name**

Borealis

**Your last name**

Hedling

**Your address line 1**

Travelodge Plus

**Your address line 2**

44 Townsend ST RM 120

**Your address line 3**

Dublin 2 Ireland

**Your email address**

Conclusion

The Plaintiff respectfully requests the Court allow filing of this motion late given continued Transnational Repression context, denial of legal support, and medical support. The presiding Judge recuse himself for violations of Article 16 of the ICCPR Denial of Legal Personhood, Article 12-14 of the UN Convention Against Torture, and US Constitution Amendments 1, 4, 5, and 8. In addition the violations of 18 U.S.C. § 241. In addition to violations of the 2008 ADA Amended and Section 504 of the 1973 Rehabilitation Act. For Issuing on July 22, 2026 dozens of demands for payment of filing fees to a destitute victim of torture with threats of dismissal for failure to prosecute if not received within 30 days. The Court grant the requested Declaratory and Injunctive relief from February 23, 2026

**Declaratory Relief:**

1. Declare only Juries and the US Supreme Court have personal jurisdiction over Borealis S Hedling.

2. Declares the Plaintiff is immune from court fees.

3. Declares the US Supreme Court and Juries are the “competent authority” under Article 13 of the UN Convention against Torture to provide prompt and impartial review to the Plaintiff

Injunctive Relief:

1. Require all Federal Judges the annually review the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition).

2. Immediately Transfer the following case to the US Supreme Court Original Jurisdiction Docket
US District Court District of Columbia Case No 1:25-cv-04062-UNA
Hedling
v.
Meek et al.

3. Immediately have the 6 Justices who declared the President was immune from International criminal law recuse themselves in all matters regarding Borealis S Hedling

4. Any relief this Court Deems Just and Proper.

Signed Signed on the 12th of September 2026 at Travelodge Plus 44 Townsend ST Rm 120
Dublin 2
(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them

Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957