US District Court District of Columbia

Case No: 1:26-cv-0406-UNA

Motion to Clarify

Hedling

V.

The Department of State et al.

The Plaintiff respectfully requests the Court Clarify if the following helps support the requested relief from August 21, 2026 requesting the following and how it impacts the September 17, 2026 decision.

"3. Declares there is a conclusive presumption any Judgements rendered against the Plaintiff by US Federal Courts are unlawful and unenforceable."

I. Background

The Plaintiff filed a Motion to Recuse, Reconsider, and Consolidate August 21, 2026 showing due to violations of the UN CAT by the US Circuit Court of Appeals and supported by historical bias shown in this case record in Jeremy M Lawson v. The Department of Justice Appeal No: 25-5398. Any order that would route the Plaintiff to a hostile inaccessible forum would be unenforceable under international law. On September 17, 2026 concurrent to the Plaintiff filing EX 1 a Case at the Permanent Court of Arbitration

BOREALIS SERENITY HEDLING
(Human Rights Defender / Whistleblower)
Travelodge Plus, 44 Townsend St, Room 120, Dublin 2, Ireland
`Dauntless.peace@proton.me`
— Claimant
AND:

1. THE ATTORNEY GENERAL OF THE UNITED KINGDOM
   (Representing the Crown and the Foreign, Commonwealth & Development Office)
   Royal Courts of Justice, London, United Kingdom
2. THE GOVERNMENT OF IRELAND
   (Representing the Health Service Executive, SPIRASI, the International Protection Appeals Tribunal, and the Legal Services Regulatory Authority)
   Office of the Attorney General, Government Buildings, Dublin, Ireland

3. THE GOVERNMENT OF NEW ZEALAND
(Representing the High Court Registry and the Office of Human Rights Proceedings)
Crown Law Office, Wellington, New Zealand
4. THE GOVERNMENT OF THE UNITED STATES OF AMERICA
(Representing the Federal and State Judicial Networks)
Department of Justice, Washington, D.C., United States
— Respondents

The US District Court via Judge Timothy Kelly issued an order dismissing the case without prejudice US District Court of Columbia Case No 1:26-cv-0526-UNA Hedling V Roberts et al. Asserting John Roberts has command Responsibility when numerous judges commit violations of international criminal law and requesting the following relief

**Declaratory Relief:**
1. Declare only Juries and the US Supreme Court have personal jurisdiction over Borealis S Hedling.
2. Declares the Plaintiff is immune from court fees.
3. Declares the US Supreme Court and Juries are the “competent authority” under Article 13 of the UN Convention against Torture to provide prompt and impartial review to the Plaintiff
Injunctive Relief:
1. Require all Federal Judges the annually review the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition).
2. Immediately Transfer the following case to the US Supreme Court Original Jurisdiction Docket
US District Court District of Columbia Case No 1:25-cv-04062-UNA
Hedling
v.
Meek et al.
3. Immediately have the 6 Justices who declared the President was immune from International criminal law recuse themselves in all matters regarding Borealis S Hedling
4. Any relief this Court Deems Just and Proper.

Also per EX 2 the actual Motion numerous violations of international criminal law and violations of the right to self determination and peaceful transition of power. Within both the executive and legislative branch. No reasonable person would issue this order only a judge committing further felonies to undermine a legal framework to hold the executive accountable for crimes against humanity, Torture, and War Crimes

## Conclusion

The Plaintiff respectfully requests the Court Clarify if the following helps support the requested relief from August 21, 2026 requesting the following and how it impacts the September 17, 2026 decision.

“3. Declares there is a conclusive presumption any Judgements rendered against the Plaintiff by US Federal Courts are unlawful and unenforceable.”

Signed on the 18th of September 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

