**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 1:26-cv-03287-TJK |

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 77 MEDIA ORGANIZATIONS FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Proposed amici curiae the Reporters Committee for Freedom of the Press (the "Reporters Committee"), Advance Local Media LLC, Agence France-Presse, American Broadcasting Companies, Inc., The Associated Press, Association of Alternative Newsmedia, The Association of Minnesota Public Educational Radio Stations, The Atlantic Monthly Group LLC, Axios, The Baltimore Banner, Bloomberg News, Boston Globe Media Partners, LLC, C-SPAN, The Center for Investigative Reporting, Chicago Public Media, Inc., Committee to Protect Journalists, Condé Nast, Courthouse News Service, The Daily Beast Company LLC, Dow Jones & Company, Inc., The E.W. Scripps Company, Financial Times, First Amendment Coalition, Forbes Media LLC, Free Press, FRONTLINE / WGBH Educational Foundation, The Guardian U.S., Hearst Corporation, HuffPost, Inter American Press Association, The Intercept Media, Inc., International Documentary Assn., KQED Inc., LAist, Los Angeles Times Communications LLC, McClatchy Media Company, LLC, The Media Institute, Media Law Resource Center, Minnesota Public Radio, National Freedom of Information Coalition, National Press Club Journalism

Institute, The National Press Club, National Press Photographers Association, National Public Radio, Inc., NBCUniversal Media, LLC, New England First Amendment Coalition, New England Newspaper and Press Association, Inc., The New Republic, New York Public Radio, The New York Times Company, News/Media Alliance, Newsday LLC, The NewsGuild - CWA, Online News Association, Open Vallejo, Oregon Public Broadcasting, PBS NewsHour, PEN America, Penguin Random House LLC, Pittsburgh Post-Gazette, Pro Publica, Inc., Pulitzer Center, Radio Television Digital News Association, Reuters News & Media Inc., The Seattle Times Company, Slate, Society of Environmental Journalists, Society of Professional Journalists, Student Press Law Center, TIME USA, LLC, Tully Center for Free Speech, USA Today Co., Inc., Vox Media Group, LLC, WAMU, The Washington Post, The Washington Sun, WBUR, and WNET (together, "amici") respectfully request leave to file the attached brief in support of Plaintiffs' Motion for Preliminary Injunction. LCvR 7(o)(1); *see also* Fed. R. App. P. 29(a)(4).

In support of this Motion, amici state as follows:

1. Courts have "broad discretion to permit . . . participat[ion] [of] amici curiae," and find amicus participation appropriate when amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). An amicus brief should "normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (same).

2. Lead amicus the Reporters Committee is an unincorporated nonprofit association of reporters and editors founded by leading journalists and media lawyers in 1970. Today, its

attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists. The Reporters Committee regularly appears as amicus in this and other federal and state courts on First Amendment issues of importance to journalists. *See* Br. of Amici Curiae Reps. Comm. for Freedom of the Press & 23 Media Orgs., *N.Y. Times Co. v. Dep't of Defense*, No. 25-04218-PLF (D.D.C Jan. 15, 2026), ECF No. 17-1; Br. of Reps. Comm. for Freedom of the Press as Amicus Curiae, *Associated Press v. Budowich*, No. 1:25-cv-00532-TNM (D.D.C. Feb. 24, 2025), ECF No. 17-1; Br. of Amici Curiae Reps. Comm. for Freedom of the Press, White House Correspondents' Ass'n & 46 News & Media Orgs., *Associated Press v. Budowich*, No. 25-5109 (D.C. Cir. Oct. 6, 2025); Br. of Amici Curiae Reps. Comm. for Freedom of the Press & Comm. to Protect Journalists, *Radio Free Europe/Radio Liberty, Inc. v. Lake*, No. 1:25-cv-00799-RCL (D.D.C. Mar. 28, 2025), ECF No. 17-1; Br. of Amici Curiae Reps. Comm. for Freedom of the Press & Indep. NPR Member Stations, *Nat'l Pub. Radio, Inc. v. Trump*, No. 1:25-cv-01674-RDM (D.D.C. June 20, 2025), ECF No. 26-1; Br. of Amici Curiae Reps. Comm. for Freedom of the Press, Comm. to Protect Journalists, PEN Am., Press Freedom Ctr. at the Nat'l Press Club, & Soc'y of Pro. Journalists, *Widakuswara v. Lake* (and related appeals), Nos. 25-5144, 25-5145, 25-5150, 25-5151 (D.C. Cir. July 28, 2025).

3. The Reporters Committee is joined on this brief by 77 news and media organizations: Advance Local Media LLC, Agence France-Presse, American Broadcasting Companies, Inc., The Associated Press, Association of Alternative Newsmedia, The Association of Minnesota Public Educational Radio Stations, The Atlantic Monthly Group LLC, Axios, The Baltimore Banner, Bloomberg News, Boston Globe Media Partners, LLC, C-SPAN, The Center for Investigative Reporting, Chicago Public Media, Inc., Committee to Protect Journalists, Condé

Nast, Courthouse News Service, The Daily Beast Company LLC, Dow Jones & Company, Inc., The E.W. Scripps Company, Financial Times, First Amendment Coalition, Forbes Media LLC, Free Press, FRONTLINE / WGBH Educational Foundation, The Guardian U.S., Hearst Corporation, HuffPost, Inter American Press Association, The Intercept Media, Inc., International Documentary Assn., KQED Inc., LAist, Los Angeles Times Communications LLC, McClatchy Media Company, LLC, The Media Institute, Media Law Resource Center, Minnesota Public Radio, National Freedom of Information Coalition, National Press Club Journalism Institute, The National Press Club, National Press Photographers Association, National Public Radio, Inc., NBCUniversal Media, LLC, New England First Amendment Coalition, New England Newspaper and Press Association, Inc., The New Republic, New York Public Radio, The New York Times Company, News/Media Alliance, Newsday LLC, The NewsGuild - CWA, Online News Association, Open Vallejo, Oregon Public Broadcasting, PBS NewsHour, PEN America, Penguin Random House LLC, Pittsburgh Post-Gazette, Pro Publica, Inc., Pulitzer Center, Radio Television Digital News Association, Reuters News & Media Inc., The Seattle Times Company, Slate, Society of Environmental Journalists, Society of Professional Journalists, Student Press Law Center, TIME USA, LLC, Tully Center for Free Speech, USA Today Co., Inc., Vox Media Group, LLC, WAMU, The Washington Post, The Washington Sun, WBUR, and WNET.[1]

4. Amici are uniquely positioned to provide the Court with information and insight relevant to the Court's determination of Plaintiffs' Motion for Preliminary Injunction. They include news outlets with White House credentials, organizations whose members hold such credentials, outlets from across the country that rely on the coverage of White House

[1] The proposed amicus curiae brief includes complete corporate disclosures as well as an addendum containing statements of interest for each proposed amicus.

correspondents, and journalism and press freedom groups that advocate for First Amendment and newsgathering rights. Amici know firsthand the importance of physical access by the press to government places and personnel, as well as the need for independence from undue government influence so that journalists can keep the public informed and perform their watchdog role. The proposed brief highlights the history and importance of news media access to the White House, details how the President's actions violate decades of Supreme Court jurisprudence invalidating viewpoint discrimination, and contextualizes the eviction of disfavored news organizations from the White House within the administration's other efforts to punish the free press.

5. This Motion is filed in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter. This Motion is filed two days after Plaintiffs filed their Motion for Preliminary Injunction.

6. All parties have consented to the filing of this brief.

For the above-stated reasons, amici respectfully request that the Court grant the requested relief and accept the attached brief for filing.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Bruce D. Brown*
Bruce D. Brown (DC Bar No. 457317)
*Counsel of Record*
Lisa Zycherman (DC Bar No. 495277)
Gabriel Rottman (DC Bar No. 992728)
Marietta Catsambas (DC Bar No. 1617526)
Allyson Veile (DC Bar No. 1766038)
Annie Seminara (*of counsel*)
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Email: bruce.brown@rcfp.org

*Counsel for Proposed Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 77 MEDIA ORGANIZATIONS FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Bruce D. Brown*
Bruce D. Brown (DC Bar No. 457317)
*Counsel of Record for Proposed Amici Curiae*