**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CABLE NEWS NETWORK, INC., MS NOW Cable, LLC, POLITICO LLC, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 1:26-cv-03287-TJK

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 77 MEDIA ORGANIZATIONS FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

Upon this Court's review and full consideration of the Unopposed Motion of the Reporters Committee for Freedom of the Press and 77 Media Organizations for Leave to File an Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction, it is hereby

ORDERED that the Motion is GRANTED, and

ORDERED that the attached brief of the Reporters Committee for Freedom of the Press and 77 Media Organizations as amici curiae is hereby deemed filed in the above-captioned case.

Dated: _______________

_________________________________
Hon. Timothy J. Kelly
United States District Judge