**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs,*<br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants.* | Case No. 1:26-cv-03287-TJK |

**MOTION FOR LEAVE TO FILE AMICUS BRIEF on behalf of THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL ASSOCIATION OF BLACK JOURNALISTS, NATIONAL NEWSPAPER PUBLISHERS ASSOCIATION, AND APRIL D. RYAN IN SUPPORT OF PLAINTIFFS**

Olivia N. Sedwick (D.C. Bar No.: 1600928)
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel.: 410-580-5777
osedwick@naacpnet.org

Kristen Clarke (D.C. Bar No. 973885)
HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC
2900 Van Ness St. NW
Washington D.C. 20008
kclarke@law.howard.edu

Under Federal Rule of Appellate Procedure 29(a)(3) and District of Columbia District Court LCvR. 7(o), *amici curiae*, The National Association for the Advancement of Colored People ("NAACP"), The National Association of Black Journalists ("NABJ"), the National Newspaper Publishers Association ("NNPA"), and April D. Ryan (collectively "*Amici*"), move for leave to file the concurrently submitted amicus brief in support of Plaintiffs. All parties have consented to the filing of this brief. Thus, *Amici* file this Motion and in support thereof, state the following:

As explained in the Statements of Interest in the concurrently filed brief, *Amici* are non-profit organizations and individuals that litigate, advocate and educate in areas of social justice, including emphasizing racial justice and eradicating discrimination. Accordingly, *Amici* individually and collectively share a significant commitment to ensuring that the longstanding and well-settled law undergirding the guarantee of free speech and free press remains upheld.

The Court should use its discretion to grant this Motion, and permit *Amici* to file their concurrently submitted brief because they represent an interest that "is not represented" and "ha[ve] unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C 2008).

The accompanying brief of *Amici* explains how the Administration's ban of CNN, MS NOW, and Politico from the White House grossly runs afoul of the First Amendment right to receive information. Specifically, the brief explains that the ban on these outlets amounts to de facto discrimination because it interferes with Black Americans' ability to assert their right to receive information from trusted news outlets. Lastly, the brief discusses how Black Americans have always valued First Amendment freedoms and have asserted their importance throughout history.

## CONCLUSION

For the foregoing reasons, *Amici* respectfully move for leave from the Court to file the brief accompanying this motion. *Amici* do not seek oral argument on their brief.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Olivia N. Sedwick*

Olivia N. Sedwick
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
osedwick@naacpnet.org

*Counsel for Amicus Curiae*

**CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 324 words, excluding parts exempted by Federal Rules of Appellate Procedure 32(f).

This brief complies with the typeface requirements of LCvR 5.1(d) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Times New Roman.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Olivia N. Sedwick*

Olivia N. Sedwick
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
osedwick@naacpnet.org

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of Columbia by using the appellate CM/ECF system.

I certify that I am a registered CM/ECF user and that all parties have registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Olivia N. Sedwick*

Olivia N. Sedwick
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
osedwick@naacpnet.org

*Counsel for Amicus Curiae*