**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs,*<br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants.* | Case No. 1:26-cv-03287-TJK |

**NOTICE OF ERRATA**

Proposed *amicus curiae* National Association for the Advancement of Colored People, *et al.* files these errata to its Unopposed Motion for Leave to File an *Amicus Curiae* Brief (ECF No. 41) and Brief of *Amicus Curiae* (ECF No. 41-1) to advise the Court of these corrections to *amici*'s filing:

(1) *Amici* hereby attach a proposed order, which was not attached to the original motion. *Amici* ask that the proposed order be considered jointly with ECF Nos. 41 and 41-1;

(2) *Amici* hereby attach a revised Table of Contents and Table of Authorities, which corrects certain page numbers in, and should be considered to replace, the Table of Contents and Table of Authorities in *amici*'s proposed amicus brief, ECF No. 41-1.

The corrected filing submission attached to this errata notice does not feature any substantive changes to the body of the unopposed motion (ECF No. 41) or the proposed amicus brief (ECF No. 41-1). There are no changes or additions beyond those identified above.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Olivia N. Sedwick*

Olivia N. Sedwick
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
osedwick@naacpnet.org

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of Columbia by using the appellate CM/ECF system.

I certify that I am a registered CM/ECF user and that all parties have registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Olivia N. Sedwick*

Olivia N. Sedwick
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel.: (410) 580-5777
osedwick@naacpnet.org

*Counsel for Amicus Curiae*