**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants.* | Case No.: 1:26-cv-03287-TJK |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL ASSOCIATION OF BLACK JOURNALISTS, NATIONAL NEWSPAPER PUBLISHERS ASSOCIATION, AND APRIL D. RYAN AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS**

Upon this Court's review and full consideration of the Unopposed Motion of the National Association for the Advancement of Colored People, National Association of Black Journalists, National Newspaper Publishers Association, and April D. Ryan for Leave to File Amicus Curie Brief, it is hereby

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that the attached *amicus* brief of the National Association for the Advancement of Colored People, National Association of Black Journalists, National Newspaper Publishers Association, and April D. Ryan as *amici curiae* is hereby deemed filed in the above-captioned case.

Dated: _______________

_________________________________
Hon. Timothy J. Kelly
United States District Judge