## TABLE OF CONTENTS

INTERESTS OF AMICI CURIAE .......... 1

SUMMARY OF ARGUMENT .......... 3

I. **THE BAN RUNS AFOUL OF THE FIRST AMENDMENT RIGHT TO RECEIVE INFORMATION AND HAS A STARK IMPACT ON BLACK VIEWERS OF NETWORK BROADCAST JOURNALISM** .......... 4

A. While Not Exclusive, CNN, MS NOW, and Politico are Among News Media Outlets that Many Black Americans Trust .......... 6

B. This Administration's Pattern of Imposing Media Bans Not Only Affects the Communities that these Reporters Reach but Impairs the Ability of Targeted Reporters to do Their Jobs Effectively. .......... 9

C. Technology has Fundamentally Changed the Way Americans Consume News Media. .......... 13

CONCLUSION .......... 15

CERTIFICATE OF COMPLIANCE .......... 17

CERTIFICATE OF SERVICE .......... 18

## TABLE OF AUTHORITIES

CASES

*Bd. of Educ., Island Trees Union Free Sch. Dist. No. 26 v. Pico*, 457 U.S. 853 (1982) ........................5

*First Nat'l Bank of Bos. v. Bellotti*, 435 U.S. 765 (1978)........................5

*Grosjean v. Am. Press Co*., 297 U.S. 233 (1936) ........................6

*Lamont v. Postmaster Gen.*, 381 U.S. 301, 308 (1965) ........................5

*Martin v. City of Struthers*, 319 U.S. 141 (1943) ........................5

*Mills v. Alabama*, 384 U.S. 214 (1966) ........................6

*Red Lion Broad. Co. v. FCC*, 395 U.S. 367 (1969)........................5

*Stanley v. Georgia*, 394 U.S. 557 (1969)........................5

OTHER AUTHORITIES

*Alice Allison Dunnigan*, KY. WOMEN'S HIST. PROJECT, https://kywomenshistoryproject.com/alice-allison-dunnigan/........................13

Amy Mitchell, *Large Majorities of Newsmax and OAN News Consumers Also Go to Fox News*, PEW RSCH. CTR. (Mar. 23, 2021), https://www.pewresearch.org/journalism/2021/03/23/large-majorities-of-newsmax-and-oan-news-consumers-also-go-to-fox-news/........................8

*April Ryan*, GEO. WASH. SCH. OF MEDIA & PUB. AFF., https://smpa.gwu.edu/april-ryan ........................10

April Ryan, *I'm a Black Woman. Trump Loves Insulting People Like Me.*, WASH. POST (Nov. 10, 2018), https://www.washingtonpost.com/outlook/2018/11/10/im-black-woman-white-house-reporter-trump-loves-insulting-people-like-me/. ........................10

*Black Americans' Experiences With* News, PEW RSCH. CTR. (Sep. 26, 2023), https://www.pewresearch.org/journalism/2023/09/26/black-americans-experiences-with-news/?ct=1790528884092 ........................9

*Black Representation in Newsrooms*, PEW RSCH. CTR. (Sep. 26, 2023), https://www.pewresearch.org/journalism/2023/09/26/black-representation-in-newsrooms. ........................4

*CNN Ranks as Top 5 Most-Watched Network in All of Cable in March and* Q1, CNN (Apr. 1, 2025), https://cnnpressroom.blogs.cnn.com/2025/04/01/cnn-ranks-as-top-5-most-watched-network-in-all-of-cable-in-march-and-q1 ........................7

*Congress of Racial Equality (CORE)*, STANDFORD UNIV. MARTIN LUTHER KING, JR. RSCH. & EDUC. INST., https://kinginstitute.stanford.edu/congress-racial-equality-core ............ 12

David Jackson, *Donald Trump Says He May Revoke Press Credentials for Other Reporters, Not Just CNN's Jim Acosta*, USA TODAY (Nov. 9, 2018), https://www.usatoday.com/story/news/politics/2018/11/09/donald-trump-threatens-other-reporters-white-house-press-passes/1942013002/ ............ 10

Deborah Bailey, *A Pioneer in Journalism, Harry McAlpin Became the First Black White House Correspondent*, NAT'L NEWSPAPER PUBLISHERS ASS'N, https://nnpa.org/a-pioneer-in-journalism-harry-mcalpin-became-the-first-black-white-house-correspondent/ ............ 12

Derrick Johnson & Gary Bledsoe, *Honoring the 60th Anniversary of the Voting Rights Act*, NAACP (Aug. 6, 2025), https://naacp.org/articles/honoring-60th-anniversary-voting-rights-act ............ 12

Emily Tomasik & Christopher St. Aubin, *More Americans Prefer to Watch the News than Read or Listen to It*, PEW RSCH. CTR. (Nov. 20, 2025), https://www.pewresearch.org/short-reads/2025/11/20/more-americans-prefer-to-watch-the-news-than-read-or-listen-to-it/ ............ 13

Eva Simpson, *Media: Faltering Printing Presses of Black America*, THE INDEP. (Aug. 24, 1998, 19:02 EDT) ............ 14

Lisa Goodnight, *'The Mother of a Movement': First Black Woman White House Correspondent is Finally Getting Recognition*, POYNTER (Nov. 21, 2018), https://www.poynter.org/reporting-editing/2018/the-mother-of-a-movement-first-black-woman-white-house-correspondent-is-finally-getting-recognition/ ............ 15

Michael Lipka, *8 Facts About Black Americans and the News*, PEW RSCH. CTR. (Feb. 13, 2024) ............ 15

MIYA WILLIAMS FAYNE, THE BLACKISH PRESS: CONTENT, OWNERSHIP, AND AUDIENCE OF DIGITAL BLACK NEWS OUTLETS 13, 18 (2026) ............ 14

Paul Farhi, *When Radio Reporter April Ryan Tangles With the White House, People Listen*, WASH. POST (Apr. 4, 2017), https://www.washingtonpost.com/lifestyle/style/when-radio-reporter-april-ryan-tangles-with-the-white-house-people-listen/2017/04/03/b2744ce8-18c0-11e7-9887-1a5314b56a08_story.html ............ 10

*The African American Odyssey: A Quest for Full Citizenship*, LIBR. OF CONG., https://www.loc.gov/exhibits/african-american-odyssey/depression-new-deal-and-world-war-ii.html ............ 12

*Trump 'in Crude Oval Office Outburst About Migrants'*, BBC (Jan. 12, 2018), https://www.bbc.com/news/world-us-canada-42656433 ............ 8

*Trump Calls Somali Immigrants 'Garbage . . . They Contribute Nothing'*, CNN, at 03:08 (Dec. 3, 2025), https://www.youtube.com/watch?v=gzVVPrXSFAA ........ 8

*What History Teaches Us: How Newspapers Have Evolved to Meet Market Demands*, UNIV. OF N.C. CTR. FOR INNOVATION AND SUSTAINABILITY IN LOC. MEDIA, https://www.cislm.org/what-history-teaches-us-how-newspapers-have-evolved-to-meet-market-demands/ ........ 14

YOUGOV SURVEY: TRUST IN MEDIA, YOUGOV, 21, https://ygo-assets-websites-editorial-emea.yougov.net/documents/Trust_in_Media_poll_results_TewWyVH.pdf ........ 6

REGULATIONS

Exec. Order No. 14, 253, 90 Fed. Reg. 14563 (Apr. 3, 2025) ........ 8