**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,

*Plaintiffs,*

v.

DONALD J. TRUMP, ET AL.,

*Defendants.*

Civil Case No. 1:26-cv-03287-TJK

**SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR.**

**SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR.**

I, Theodore J. Boutrous, Jr., hereby declare as follows:

1. I am over 18 years of age and make this declaration based upon my own personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I represent the Plaintiffs in the above-captioned case. I make this supplemental declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. Attached as **Exhibit N** is a true and correct copy of a transcript published by TIME, entitled "Read the Full Transcript of Donald Trump's 2026 Interview With TIME," dated October 1, 2026, of an interview of President Donald J. Trump conducted at the White House on September 28, 2026, available at https://time.com/article/2026/10/01/donald-trump-2026-interview-transcript/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of October 2026 in Washington, D.C.

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.