**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs*, v. DONALD J. TRUMP, ET AL., *Defendants*. | Civil Case No. 1:26-cv-03287-TJK<br>**SUPPLEMENTAL DECLARATION OF JULIA MARSH** |

**SUPPLEMENTAL DECLARATION OF JULIA MARSH**

I, Julia Marsh, hereby declare as follows:

1. I am Executive Editor, Washington of POLITICO LLC (POLITICO). I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge and on information available to me in my role at POLITICO. I make this supplemental declaration in support of Plaintiffs' Motion for a Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath.

2. On October 4, 2026, POLITICO learned from White House Press Office staff that it would not be permitted to serve as the print pooler for the President's October 5, 2026 trip to Nebraska. POLITICO had been scheduled to serve as the print pooler for that trip as part of the White House print press pool rotation. That assignment was in addition to POLITICO's currently scheduled October 14, 2026 print pool assignment at the White House. Because POLITICO will not be permitted to serve as the print pooler for the October 5 trip, it will be unable to perform its assigned print pool duties or travel with the President to Nebraska. POLITICO has not received an explanation for its exclusion from the October 5 print pool assignment.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on this 5th day of October 2026 in Washington, D.C.

JULIA MARSH