**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Civil Case No. 1:26-cv-03287-TJK<br><br>**SUPPLEMENTAL DECLARATION OF SUDEEP REDDY** |

**SUPPLEMENTAL DECLARATION OF SUDEEP REDDY**

I, Sudeep Reddy, hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge, my review of MS NOW's business records, and information provided to me in the course of my duties by MS NOW personnel with knowledge of the matters described. I am the Washington Bureau Chief of MS NOW Cable, LLC (MS NOW), a Plaintiff in this action. I make this supplemental declaration in support of Plaintiffs' Motion for a Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath.

2. I have served as MS NOW's Washington Bureau Chief since June 2025. In the course of my duties, I am familiar with MS NOW's White House operations, including the White House credentials its journalists hold, its participation in the White House press pool, and the workspaces and equipment MS NOW maintains on the White House complex.

3. The White House has not invited MS NOW to serve as the secondary television pooler since the President announced the September 18, 2026 ban. During the approximately seven months preceding the ban, the White House invited MS NOW to serve as the secondary television pooler generally every two to three weeks—specifically, on March 2, March 9, April 3,

May 1, May 13, May 28, June 30, July 22, August 15, and August 30, 2026. MS NOW's continued exclusion from the secondary television pool rotation prevents its journalists from covering events that only pool members may attend.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of October 2026 in Washington, D.C.

Sudeep Reddy