RECEIVED
MAILROOM
OCT - 5 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CABLE NEWS NETWORK, INC.,
MS NOW CABLE, LLC,
POLITICO LLC,
AKAYLA GARDNER,
CHEYENNE HASLETT,
BETSY KLEIN,
Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
STEVEN CHEUNG, in his official capacity as Assistant to the President for Communications,
SEAN M. CURRAN, in his official capacity as Director of the Secret Service,
SUSAN WILES, in her official capacity as White House Chief of Staff,
Defendants.
Civil Action No. 26-3287 (TJK)

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Luis Thomas Jacob Leal Sr., respectfully moves for leave to file the accompanying proposed amicus curiae brief.

1. Proposed amicus is a Toledo, Ohio resident and is associated with the LTJLSR Trust and community editorial activities conducted under Toledo Sword News / nechild.org.

2. Proposed amicus has an interest in issues involving public information, community journalism, access to governmental information, preservation of records, and the ability of members of the public and independent publishers to communicate information concerning matters of public interest.

3. Proposed amicus does not seek to become a party to this action, does not seek damages, and does not seek relief personal to himself.

4. The proposed brief is intended to provide a limited public-interest perspective concerning the importance of clear standards, procedural fairness, preservation of records, and orderly review when government access or credentials affecting news gathering and public information are restricted.

5. Proposed amicus recognizes that the Court must decide the case on the record properly before it and does not ask the Court to treat allegations or unverified assertions as established facts.

6. The proposed submission instead identifies matters that proposed amicus believes may assist the Court in considering the broader public-interest implications of the issues presented.

7. The proposed submission is intended to remain focused on the questions presented by the case and is not intended to duplicate the arguments of the existing parties.

8. To the extent the proposed brief includes historical records, correspondence, financial materials, or other documents, those materials are identified separately and are submitted subject to the Court's determination concerning relevance, authentication, and admissibility.

9. Proposed amicus further recognizes that the Court has discretion concerning whether and to what extent an amicus submission should be received and considered.

10. Proposed amicus respectfully submits that the proposed brief can be received without unfairly delaying the proceeding or imposing an undue burden on the parties.

**WHEREFORE**

proposed amicus curiae Luis Thomas Jacob Leal Sr. respectfully requests that the Court grant leave to file the accompanying Proposed Amicus Curiae Brief and accompanying exhibits, subject to any limitations the Court determines appropriate.

Respectfully submitted,

Luis Thomas Jacob Leal Sr.

Proposed Amicus Curiae

LTJLSR Trust

3332 Stanhope Dr.

Toledo, Ohio 43606

Telephone: 419.932.0767

Email: echalon@webtv.net