RECEIVED
MAILROOM
OCT - 5 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CABLE NEWS NETWORK, INC.,
MS NOW CABLE, LLC,
POLITICO LLC,
AKAYLA GARDNER,
CHEYENNE HASLETT,
BETSY KLEIN,
Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
STEVEN CHEUNG, in his official capacity as Assistant to the President for Communications,
SEAN M. CURRAN, in his official capacity as Director of the Secret Service,
SUSAN WILES, in her official capacity as White House Chief of Staff,
Defendants.

Civil Action No. 26-3287 (TJK)

## NOTICE OF FILING EXHIBITS

Luis Thomas Jacob Leal Sr., proposed amicus curiae, hereby gives notice of the separate filing of the following exhibits in support of the Proposed Amicus Curiae Brief:

Exhibit A: [DESCRIPTION OF EXHIBIT] HEALTH CARE - FREE COLLEGE BONDS

Exhibit B: [DESCRIPTION OF EXHIBIT] WALL / INFRASTRUCTURE BOND

Exhibit C: [DESCRIPTION OF EXHIBIT] SUPPORTING APPRAISAL AGENCYS RESPONSES

Each exhibit is submitted for the limited purpose identified in the Proposed Amicus Curiae Brief and is subject to the Court's determination concerning relevance, authentication, and admissibility.

Respectfully submitted,

[signature] 9-27-2026

Luis Thomas Jacob Leal Sr.

Proposed Amicus Curiae

LTJLSR Trust

3332 Stanhope Dr.

Toledo, Ohio 43606

Telephone: ______________________________