Outlook

**Motion to Proceed Without Prepayment of Costs, Fees, or Security**

**From** I I <echalon@webtv.net>
**Date** Sat 9/26/2026 3:17 PM
**To** I I <echalon@webtv.net>

RECEIVED
MAILROOM
OCT - 5 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
[DIVISION NAME] CIVIL

[FULL CASE CAPTION] SEE MOTION CNN ETAL V DONALD J TRUMP

Case No. [CASE NUMBER] 26 CIV 3287 (TJK)
Judge [JUDGE'S NAME/INITIALS]

MOTION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY
(IN FORMA PAUPERIS)

I, Luis Thomas Jacob Leal Sr., appearing pro se, respectfully move this Court for permission to proceed without prepayment of applicable costs, fees, or security in connection with the accompanying filing.

1. I am presently unable to prepay the applicable filing costs and fees without substantial financial hardship.

2. I therefore respectfully request that the Court permit this matter to proceed without prepayment of applicable costs, fees, or security.

3. This request is made in good faith and is based upon my present financial circumstances.

4. I respectfully request that the Court consider this motion together with the accompanying filing and permit that filing to be received and processed without requiring advance payment of the applicable fee.

5. If the Court requires a specific financial affidavit, fee-waiver application, or additional documentation, I respectfully request an opportunity to provide it in the form directed by the Court.

WHEREFORE, I respectfully request that the Court:

A. Grant this Motion to Proceed Without Prepayment of Costs, Fees, or Security;

B. Accept and process the accompanying filing without requiring advance payment of the applicable filing fee;

C. Permit the matter to proceed in accordance with the applicable rules of the Superior Court; and

D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Luis Thomas Jacob Leal Sr.
Pro Se
~~LTJL SR Trust~~
3332 Stanhope Dr.
Toledo, Ohio 43606
Email: echalon@webtv.net

Date: 9-27-2026

ELECTRONIC FILING / EMAIL SUBMISSION

I certify that the foregoing document is being submitted electronically by email to the Court for filing. The original document bearing my handwritten signature will be retained and/or mailed to the Court as required.

/s/ Luis Thomas Jacob Leal Sr.
Luis Thomas Jacob Leal Sr.