United States District Court for the District of Columbia | DC

Cable News Network (CNN), et al., Plaintiffs,

-v-

Donald J. Trump, et al., Defendants,

-v-

Robert L. Tatum, Intervening Plaintiff.

RECEIVED
MAILROOM
OCT - 5 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Case no. 26-CV-3287

-Pleading / Complaint of Intervening Plaintiff, R. Tatum-

Jurisdiction

1. CNN stated statutory jurisdiction in its complaint, Doc #1; I agree & refer to pl. statement. I intervene per FRCivP 24(a)(2).

Parties

2. CNN et al. are US news outlets

3. Donald J. Trump, et al., are / represents the Executive office of the US gov.

4. Robert L. Tatum is a US citizen & consumer of US news

Facts

5. I, Robert L. Tatum, as a US citizen have rights secured under the US Constitution, including the 1st Am. right to a free press. The Framers' intent in protecting free press was for the benefit of the US citizenry, not the press themselves, in that a free press helps ensure gov. accountability, necessary to a modern functioning democracy.

6. In response to pl. CNN et al. engaging in agenda-based news, propogandizing the US & the world in manner that reasonably affects National Security, Trump et al. arbitrarily revoked CNN et al.'s press access, prompting the filing of this lawsuit. [see Doc #1, & Tatum's FRCivP 24 Motion, Facts, p.1-4]

7. If either party @ ¶¶2-3 prevails, my rights / interests stated @ ¶5 will be violated -- Trump's position is seeking to allow arbitrary revoking of free press, setting a dangerous precedent as well; CNN's position is seeking to allow them to disceminate propaganda against NS interests unfettered, which affects my interests in safety & security, and as a by-product has made the US press ineffective at the democracy-defending functions the Framers intended in protecting free press in the 1st Am.

Cause of Action

8. The Facts above, esp. the matters stated @ ¶7, show intervention, to prevent violation of my rights etc., is requisite.

Relief Requested

Order of the Court, Requiring arbitration for all parties, and dismissal of this lawsuit thereafter.

Dated this 24th of September, 2026. Signed: [signature]

Robert Tatum Intervening-Pl. PO Box 19033
Green Bay WI 54307 (920) 432-4877