**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br>*Plaintiffs*,<br>*v.*<br>DONALD J. TRUMP, ET AL.,<br>*Defendants*. | Case No. 1:26-cv-03287-TJK |

**SUPPLEMENTAL CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1, I, the undersigned, counsel of record for Plaintiff Cable News Network, Inc. (CNN) hereby supplement the prior disclosure statement of Plaintiff CNN of September 21, 2026 (Dkt. No. 3) as follows:

CNN is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc., which is a wholly owned subsidiary of Skydance Corporation, a publicly traded company (NYSE: SKYD). Harbor Lights Entertainment, Inc. (formerly known as National Amusements, Inc.), a privately held company, beneficially owns all of the Class A voting stock of Skydance Corporation. No publicly held corporation owns 10% or more of Skydance Corporation's Class A or Class B common stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: October 9, 2026

Respectfully submitted,

/s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for Plaintiff Cable News Network, Inc.*

**Admitted Pro Hac Vice*