**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CABLE NEWS NETWORK, INC. et al.,

*Plaintiffs*,

v.

DONALD J. TRUMP et al.,

*Defendants*.

Civil Action No. 26-3287 (TJK)

# ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for a Preliminary Injunction, ECF No. 32, is **GRANTED**.
2. Defendants (except for President Trump) and their agents, representatives, and all persons or entities acting in concert with them, shall not execute, implement, or enforce the September 18, 2026, decision to revoke the White House "hard pass" press credentials held by employees of CNN, MS NOW, and POLITICO, thereby maintaining the status quo since the Court's entry of a temporary restraining order on September 24, 2026. ECF No. 24.
3. Plaintiffs shall post a $1.00 bond in accordance with Federal Rule of Civil Procedure 65(c) by October 19, 2026.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: October 13, 2026