**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. 1:26-cv-03287-TJK<br><br>**EXPEDITED HEARING REQUESTED** |

**PLAINTIFFS' MOTION FOR A FURTHER PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rules 65.1(c) and (d), Plaintiffs Cable News Network, Inc. (CNN), MS NOW Cable, LLC (MS NOW), POLITICO LLC (POLITICO), Betsy Klein, Akayla Gardner, and Cheyenne Haslett, by and through their undersigned counsel, respectfully move the Court for a further preliminary injunction enjoining Defendants (except for President Trump) and all those acting in concert with them, pending final judgment in this action, from (1) excluding Plaintiffs and their journalists from the Oval Office, Air Force One, and other presidential events opened to the White House press pool when Plaintiffs are scheduled to serve in their respective pool rotations; (2) removing Plaintiffs from, or otherwise interfering with, their scheduled rotations in the primary television network pool (CNN), the secondary television pool (MS NOW), and the print pool (POLITICO) because of the content or viewpoint of their reporting; and (3) otherwise depriving Plaintiffs of the access to the Oval Office, Air Force One, and press-pool events that they had before September 18, 2026.

This Court has twice held that Plaintiffs are likely to prevail on their claims that the ban the President announced on September 18, 2026, violates the First Amendment and the Due Process Clause of the Fifth Amendment. ECF No. 24; ECF Nos. 49, 50. Since the Court entered its preliminary injunction on October 13, 2026, Defendants have continued to exclude Plaintiffs

from certain nonpublic fora. Specifically, the White House has barred CNN from Air Force One on each of the six occasions since September 18 on which CNN was scheduled to travel with the President as the designated television network pooler—September 21, September 26, October 1, October 16, October 21, and October 26—has not designated MS NOW as the secondary television pooler once since September 18, and has removed POLITICO from two scheduled print-pool assignments. Defendants imposed each exclusion without advance notice, without any articulated standard, and without any opportunity to be heard. The only explanations Defendants have offered for excluding Plaintiffs are public statements that repeat Defendants' same complaints regarding the content of Plaintiffs' reporting about the President and his administration that this Court has already found likely to constitute unconstitutional retaliation and viewpoint discrimination. ECF No. 50 at 16–20.

As detailed in the accompanying Memorandum of Points and Authorities, preliminary injunctive relief is warranted because Plaintiffs are likely to prevail on the merits of their claims that the exclusions impose viewpoint-discriminatory and unreasonable restrictions on access to a nonpublic forum, retaliate against Plaintiffs for newsgathering and speech protected by the First Amendment, and violate the Due Process Clause; because the exclusions inflict irreparable injury on Plaintiffs for which there is no adequate remedy at law; and because the balance of equities and the public interest favor an injunction. Plaintiffs further request that the Court dispense with any security under Rule 65(c) or require only a nominal bond, as it did in granting Plaintiffs' prior motion for a preliminary injunction. ECF No. 50 at 25. Pursuant to Local Rule 7(m), counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion. Defendants oppose this motion.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities; the Declarations of Alicia Jennings, David Vigilante, Sudeep Reddy, Julia Marsh, and

Theodore J. Boutrous, Jr., and the exhibits thereto. A proposed order describing with particularity the relief sought is also attached. This Motion seeks only further, additional preliminary injunctive relief addressing the exclusions detailed in the accompanying Memorandum of Points and Authorities; it does not seek to replace or otherwise disturb the Court's existing preliminary injunction.

Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully request that the Court set this Motion for hearing as soon as practicable, and in any event no later than 21 days after its filing. CNN is next scheduled to serve as the designated television network pooler on October 31, November 5, 10, 15, 20, 25, and 30, 2026. MS NOW has not been designated as the secondary television network pooler at any time since the President announced the ban. And POLITICO has been prevented from serving in the print press pool and targeted by Defendants on the basis of its reporting. Nothing in Defendants' words or conduct suggests that they will honor those assignments in full or refrain from further targeting Plaintiffs absent judicial intervention. Each pool rotation Plaintiffs are prevented from performing is coverage of the President that is lost for good—not only to Plaintiffs, but to the other members of the press pool and the public. Plaintiffs are prepared to proceed on any schedule the Court sets and propose that Defendants' opposition be filed within seven days after service of this Motion, *see* LCvR 65.1(c), and that Plaintiffs' reply be filed within three days thereafter.

Dated: November 4, 2026

Respectfully submitted,

*/s/. Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiffs*

**Admitted Pro Hac Vice*