**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Civil Case No. 1:26-cv-03287-TJK **DECLARATION OF ALICIA JENNINGS** |

**DECLARATION OF ALICIA JENNINGS**

I, Alicia Jennings, hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge, my review of CNN's business records, and information obtained in the course of my duties from CNN personnel with knowledge of the matters described.

2. I am the Deputy Bureau Chief of the Washington, D.C. bureau of Cable News Network, Inc. (CNN), a Plaintiff in this action. I make this declaration in support of Plaintiffs' Motion for a Further Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath. In the course of my duties, I am familiar with CNN's White House operations, including the work of CNN's White House correspondents, producers, photojournalists, and camera crews; CNN's participation in the White House press pool, including its rotations as the designated television network pooler; and the facilities and equipment CNN maintains on the White House complex.

**CNN's Facilities on the White House Complex**

3. CNN maintains a booth adjacent to the James S. Brady Press Briefing Room and two standing broadcast positions on the North Lawn of the White House, from which CNN

correspondents report live. CNN keeps broadcast and transmission equipment throughout the White House complex, all at its own expense, and it bears the costs associated with maintaining those facilities and reporting from the White House.

**CNN's Participation in the White House Press Pool**

4. The press pool ensures press coverage of the presidency in various settings—including the Oval Office and Air Force One—that cannot accommodate the full White House press corps. The pool arrangement also benefits the White House, as with the pool nearby, White House staff can quickly gather and brief a representative group of journalists and, through them, communicate with the public.

5. Press pool coverage of the President is not confined to the White House grounds: members of the press accompany the President when he travels and gather and report news from wherever he happens to be, including from the press cabin of Air Force One, and on the tarmac before and after the President travels on Air Force One. When CNN journalists are inside the Oval Office, the press cabin of Air Force One, or on the tarmac fulfilling their pool responsibilities, they are not merely observers or passive recipients of information. They gather news, interacting directly with the President and others present by asking questions and following up on those questions, often on issues and topics the President and his administration do not want to talk about; videographers make split second decisions about what video to capture as events unfold. Journalists report news from those spaces, in real time, for distribution through the pool to the rest of the press corps and then on to the public by filing dispatches and transmitting photographs and video.

6. The primary television network pool operates under long-established rules and customs that the White House and the participating networks alike have observed for decades. The

White House has long recognized and assisted in coordinating pool coverage. It identifies the designated television network pooler in its daily guidance and press schedule, sets pool call times, coordinates logistics with the designated network, solicits travel manifests, and admits the designated crew to Air Force One and other presidential events. The White House bills CNN and other pool members for seats that its reporters use on Air Force One, meals, ground transportation, and travel workspaces, among other expenses. Members of the primary television network pool also work with the White House to address security-related issues. For example, during the current administration, the primary television network pool, working with the White House, agreed on a method for securely broadcasting live the President's remarks before the departure of Marine One, to help ensure the safety and security of the President and others on board.

7. For the 45 years that CNN has been a member of the primary television network pool, the White House has honored CNN's scheduled rotations—including by admitting CNN's crew to the Oval Office, Air Force One, and other presidential events designated for pool coverage—as a matter of settled, mutually understood practice. Before September 18, 2026, to my knowledge, no President or White House official had ever removed a primary television network pooler from a scheduled rotation, barred the designated pooler from the Oval Office or Air Force One, or excluded a network from the primary television network pool because it disliked the content of its coverage. Nor, to my knowledge, has the White House ever articulated any standard under which a member of the primary television network pool may be removed from its scheduled rotation or excluded from pool events.

8. CNN commits substantial resources to ensure that broadcast-quality transmission is possible from the White House complex. Those investments include not only production equipment but also the installation and maintenance of fiber optic cable throughout the facility, at

the expense of CNN and the other members of the pool. The five networks that make up the primary television network pool share the cost of maintaining it; CNN bears 20 percent of that shared cost. In addition to its share of the costs of the pool, CNN also pays the full cost of its own coverage when it serves as the designated television network pooler—including crews, cameras, transmission and editing equipment, and staffing—and it pays for all travel required to cover the President when he is traveling across the country and across the globe. CNN's annual costs for these operations regularly average $2,500,000. These are recurring financial and operational commitments necessary to maintain the primary television network pool, and they are not fully offset by subscriber fees, which typically offset only about half of these costs. CNN has made these substantial, long-term investments in reliance on the White House's consistent practice, over decades, of designating CNN and the other members of the primary television network pool to cover the President in the Oval Office, in connection with his travel aboard Air Force One, and at other events open only to the pool, and it has structured its Washington operations around fulfilling its pool obligations.

**The President's Use of the Oval Office and Air Force One to Brief and Take Questions From the Press**

9. Presidents of both parties have used Air Force One as a forum for press briefings and taking questions from reporters. Under President Trump, Air Force One and the Oval Office have become two of the primary spaces for journalists to interact with President Trump and other officials, and to gather and report news about their activities.

10. I identified each occasion between January 20, 2025, and September 30, 2026, on which President Trump appeared before and took questions from members of the press in the James S. Brady Press Briefing Room, in the Oval Office, and aboard Air Force One or on the

tarmac before or after boarding Air Force One. I did so by reviewing Roll Call's Factbase, which is available at https://rollcall.com/factbase/trump/search. A three-person team then reviewed the footage and/or the accompanying transcript of each of those events and counted the number of questions the President fielded at each.

**The Court's Preliminary Injunction and the White House's Continued Exclusion of CNN From Air Force One**

11. On October 13, 2026, the Court granted Plaintiffs' Motion for a Preliminary Injunction and continued the relief afforded by its Temporary Restraining Order. ECF No. 49. The Court also denied Defendants' request for a stay pending appeal. ECF No. 50 at 26.

12. Approximately three days later, the White House again barred CNN from fulfilling its duties as designated television network pooler on Air Force One. CNN was scheduled to serve as the designated television network pooler on Friday, October 16, 2026, both for the in-town pool and out-of-town travel pool for the President's trip to Dalton, Georgia, and Palm Beach, Florida. In connection with the trip, CNN timely submitted a manifest for Air Force One. On October 15, 2026, however, CNN learned that it had been excluded from the out-of-town travel pool and thus would be prevented from providing pool coverage of the President's trip. CNN received no official communication from anyone at the White House providing any reason for its exclusion.

13. On October 21, 2026, the White House barred CNN from fulfilling its duties as the designated television network pooler on Air Force One. Although CNN submitted a manifest in connection with the President's trip to Clemson, South Carolina, the White House Press Office omitted CNN from the travel pool, preventing CNN from fulfilling its assigned out-of-town pool duties and leaving the trip without scheduled television pool coverage. CNN received no official communication from anyone at the White House providing any reason for its exclusion.

14. On October 26, 2026, the White House barred CNN from traveling aboard Air Force One for the President's trip to Mississippi, despite its scheduled assignments as the designated television network pooler. As with each prior exclusion, the White House provided CNN no notice and no explanation.

15. In all, since September 18, 2026, CNN has been denied access to Air Force One each of the six times it has been scheduled to travel with the President as the designated television network pooler—on September 21, September 26, October 1, October 16, October 21, and October 26, 2026. On no occasion did the White House articulate any standard under which a member of the press pool may be barred from performing a scheduled pool rotation or excluded from the Oval Office or Air Force One when serving as the designated pooler; it provided CNN no notice before any of these exclusions—leaving CNN to learn of its exclusion from the White House Office of Communication's daily guidance and press schedule emails or from the pool chair—and it has afforded CNN no opportunity to be heard. On each occasion, the other four members of the primary television network pool declined to provide pool coverage in CNN's place, and no primary television network pooler accompanied the President. CNN is next scheduled to serve as the designated television network pooler on November 5, 10, 15, 20, 25, and 30, 2026. Nothing in Defendants' words or conduct suggests they will honor those assignments in full.

**The Harm to CNN**

16. If Defendants are permitted to exclude CNN from Air Force One, the Oval Office, and other events designated for pool coverage, CNN will be unable to serve as the designated television network pooler or travel with the President, and it will be unable to fulfill its obligations to the other networks in the primary television network pool and to the other news organizations dependent on CNN for access to the pool feed. Since the ban was announced, CNN has been

prevented on every scheduled occasion from performing its role as the designated television network pooler in connection with the President's travel on Air Force One, and it will remain unable to perform that role for as long as Defendants' exclusions continue.

17. Preventing CNN from performing its duties as designated television network pooler inflicts a distinct and irreparable harm. Each missed rotation means lost coverage of the President—often the only television coverage available. Because this President most often briefs the press and takes questions from the Oval Office and in connection with his travel on Air Force One, exclusion from those settings removes CNN from the places where the news is most often made. That loss affects not only CNN, but also the other four members of the primary television network pool, 14 subscribers, the more than 1,000 affiliates that receive the pool feed through CNN, and the public. CNN continues to bear substantial costs associated with participation in the primary television network pool—approximately $2,500,000 in annually recurring expenses—yet it is barred from performing the duties that investment supports.

18. Defendants' actions to bar CNN from fulfilling its pool responsibilities harm not just CNN but also the other pool members. The significant expenses required to provide coverage for the primary television network pool require the five pool networks to share those costs. Barring one of those cost-sharing participants from fulfilling its pool duties in turn forces the other pool members either to go without pool coverage on CNN's designated days, or to shoulder additional costs and make operational changes to fill in for CNN.

19. Defendants' continued exclusions also harm CNN in ways that cannot be measured or repaired after the fact. They deprive CNN and its journalists of the ability to gather news firsthand at the seat of the Executive Branch and wherever the President travels.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of November 2026 in Washington, DC.

Alicia K. Jennings
Alicia Jennings