**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Defendants*. | Case No. 1:26-cv-03287-TJK |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A FURTHER PRELIMINARY INJUNCTION**

Upon consideration of the Motion for a Further Preliminary Injunction filed by Plaintiffs Cable News Network, Inc. (CNN), MS NOW Cable, LLC (MS NOW), POLITICO LLC (POLITICO), Betsy Klein, Akayla Gardner, and Cheyenne Haslett, and the entire record herein, and the Court having found that (1) Plaintiffs are likely to succeed on the merits of their claims that Defendants' exclusion of Plaintiffs from the Oval Office, Air Force One, and other events opened to the White House press pool violates the First Amendment and the Due Process Clause of the Fifth Amendment; (2) Plaintiffs will suffer irreparable harm in the absence of preliminary relief; and (3) the balance of equities and the public interest favor preliminary relief, it is hereby:

**ORDERED** that Plaintiffs' Motion for a Further Preliminary Injunction is **GRANTED**;

**ORDERED** that Defendants (except for President Trump) and all those acting in concert with them are **ENJOINED** from excluding Plaintiffs CNN, MS NOW, and POLITICO, or their journalists, including Plaintiffs Betsy Klein, Akayla Gardner, and Cheyenne Haslett, from the Oval Office, Air Force One, or any other location or event opened to the White House press pool when the Plaintiff news organization is scheduled to serve in its respective pool rotation;

**ORDERED** that Defendants (except for President Trump) and all those acting in concert with them are **ENJOINED** from removing Plaintiffs from, or otherwise interfering with, Plaintiffs' scheduled rotations in the primary television network pool, the secondary television pool, or the print pool, on the basis of the content or viewpoint of Plaintiffs' reporting, and from otherwise depriving Plaintiffs of the access to the Oval Office, Air Force One, and press-pool events that they had before September 18, 2026;

**ORDERED** that Defendants (except for President Trump) shall permit Plaintiffs to perform their scheduled pool rotations, including travel aboard Air Force One as members of the traveling press pool, on the same terms and conditions that apply to the other members of the pool, and shall, in good faith, take such other steps as are necessary to prevent the enforcement or implementation of the September 18, 2026 ban through exclusions from the Oval Office, Air Force One, or other press-pool events; and

**ORDERED** that this Further Preliminary Injunction, in addition to the Preliminary Injunction entered by the Court on October 13, 2026, shall remain in effect pending final judgment in this action or further order of this Court.

**SO ORDERED.**

Dated: ________________, 2026

______________________________
TIMOTHY J. KELLY
United States District Judge