**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-3287 |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

The parties jointly and respectfully submit the following motion for the Court to set a briefing schedule for Plaintiffs' motion for a further preliminary injunction, ECF No. 55.

Plaintiffs filed their motion for a further preliminary injunction on November 4, 2026. Defendants seek a one-week extension of time to respond to that motion. Accordingly, the parties have conferred and jointly and respectfully request the Court order as follows:

- Defendants shall submit a response by Wednesday November 18, 2026
- Plaintiffs shall submit any reply by Wednesday November 25, 2026

In addition, Plaintiffs respectfully request the Court schedule any hearing on the motion for December 2, 3, or 11 to accommodate pre-existing travel and other commitments in November; Defendants do not oppose this request and can make themselves available for a hearing then or at any other time the Court may order.

Dated: November 5, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

/S/*Michael K. Velchik*
MICHAEL K. VELCHIK
Senior Counsel
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

*Attorneys for Defendants*
*s/Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
Katie Townsend (D.C. Bar No. 1026115)
Patrick J. Fuster (CA Bar No. 326789)*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com
PFuster@gibsondunn.com

Connor S. Sullivan (D.C. Bar No. D00506)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2459
CSSullivan@gibsondunn.com

Connor P. Mui (D.C. Bar No. 90009004)
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
CMui@gibsondunn.com

*Counsel for Plaintiffs*

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on November 5, 2026.

/s/Michael K. Velchik
MICHAEL K. VELCHIK