**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., MS NOW CABLE, LLC, POLITICO LLC, ET AL., *Plaintiffs,* v. DONALD J. TRUMP, ET AL., *Defendants.* | Civil Case No. 1:26-cv-03287-TJK **SUPPLEMENTAL DECLARATION OF ALICIA JENNINGS** |

**SUPPLEMENTAL DECLARATION OF ALICIA JENNINGS**

I, Alicia Jennings, hereby declare as follows:

1. I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge, my review of CNN's business records, and information obtained in the course of my duties from CNN personnel with knowledge of the matters described.

2. I am the Deputy Bureau Chief of the Washington, D.C. bureau of Cable News Network, Inc. (CNN), a Plaintiff in this action. I make this supplemental declaration in support of Plaintiffs' Motion for a Further Preliminary Injunction. If called to do so, I could and would competently testify to these matters under oath.

3. Yesterday, November 5, 2026, the White House barred CNN from the Oval Office and thus prevented it from fulfilling its duties as the designated primary television network pooler. CNN was scheduled to serve as the designated primary television network pooler for the in-town pool that day. The White House Press Office nevertheless omitted CNN from its daily guidance and press schedule. Despite that omission, a CNN producer went to the lower press office and informed White House press staff that CNN's photojournalists, audio technicians, and editorial staff remained ready to fulfill CNN's pool responsibilities if any presidential event was opened to

pool coverage. At approximately 3:45 p.m. Eastern Time, White House press staff called the pool to assemble at the briefing room doors to be escorted to the Oval Office for an event with President Trump. CNN Senior White House Correspondent Kaitlan Collins, a CNN producer, and CNN's crew gathered with the other pool members, ready to fulfill CNN's pool duties. White House press staff, however, did not permit CNN to accompany the other pool members into the Oval Office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of November 2026 in Washington, DC.

Alicia K. Jennings
Alicia Jennings