CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 20001
02 7W
0008034592 OCT 15 2026
$ 002.27⁰

RETURN TO SENDER:
MAIL MUST HAVE PIOC
FULL DOC NAME &
NUMBER TO BE
ACCEPTED

STATE OF WISCONSIN DEPARTMENT OF CORRECTIONS

[redacted]
ROBERT TATUM
[redacted]

[redacted]

KH